ORIGINAL

RECEIVED
JAN 3 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

LaBARGE, Inc.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] GARY T. CARR

Firm Name: 05- 1C

Post Office Box: PO BOX 300129

Street Address: 6253 WESTMINSTER PL

City-State-Zip: ST. LOUIS, MO 63130

Telephone & Facsimile Numbers: (O) 314-725-6464 (F) 314-725-6868

E-mail address: GTC10485@aol.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Contract action against Library of Congress.

Government Agency Involved: 0

**See attached Sheet for three digit code.**

Amount Claimed: $ 37,624.84

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003