SOLICITATION NO. ____________

CONTRACT NO. H70015

THE LIBRARY OF CONGRESS

# THE LIBRARY OF CONGRESS

CASSETTE BOOK MACHINE - C-2

# PROCUREMENT AND SUPPLY DIVISION

PLAINTIFF'S EXHIBIT 1
tabbies

# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) — RATING — PAGE 1 OF PAGES

2. CONTRACT (Proc. Inst. Ident.) NO.: H70015

3. EFFECTIVE DATE:

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.: RFP87-3

5. ISSUED BY — CODE
Library of Congress
Procurement & Supply Division
1701 Brightseat Road
Landover, MD 20785

6. ADMINISTERED BY (If other than Item 5) — CODE

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)
LaBarge Electronics
Attn: Tom R. Wright, V.P., Contract Administration
9422 East 55th Place
Tulsa, OK 74145

CODE — FACILITY CODE

8. DELIVERY: ☐ FOB ORIGIN ☒ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT: None

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: — ITEM

11. SHIP TO/MARK FOR — CODE
Shipping as directed through U. S. Postal Service

12. PAYMENT WILL BE MADE BY — CODE
Library of Congress
Financial Mgmt. Office, LM 617
101 Independence Ave., S.E., Washington, DC 20

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA: 0350141 - 31F

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| 1 | Cassette Machine, C-2 | 27,900 | ea. | 93.78 | |
| 2 | Charging Circuit for #1 | | ea. | .30 | |
| 3 | Automatic Disconnect for #1 | | ea. | 1.18 | |
| | Total | | ea. | 95.26 | |

15G. TOTAL AMOUNT OF CONTRACT ▶ $ 2,657,754.

## 16. TABLE OF CONTENTS


| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I — THE SCHEDULE | | | | PART II — CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 1-32 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III — LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 1-47 | X | J | LIST OF ATTACHMENTS | 1-70 |
| | D | PACKAGING AND MARKING | | | | PART IV — REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 1-4 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 1-11 |
| X | F | DELIVERIES OR PERFORMANCE | 1-6 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 1-2 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 1-5 | | M | EVALUATION FACTORS FOR AWARD | |


*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 3 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ______ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)
Tom R. Wright
Vice Pres. Contract Administration

20A. NAME OF CONTRACTING OFFICER
John G. Kormos, Contracting Officer

19B. NAME OF CONTRACTOR
BY Tom R. Wright
(Signature of person authorized to sign)

19C. DATE SIGNED: 2-Feb-87

20B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

20C. DATE SIGNED: 2-17-87

November 20, 1985

Reference: Contract No. LC-3212, C-2

Dear Mr. Zebrowski:

Your October 10, 1985, letter regarding the increased cost to modify the charging circuit and provide automatic disconnet has been reviewed and is approved. A formal contract change will be issued once we receive your performance bond and the contract is released.

Sincerely yours,

John G. Kormos
Assistant Chief
Procurement & Supply Division
Contracting Officer

Mr. Gary A Zebrowski
Phi Technologies, Inc.
4605 North Stiles
Oklahoma City, OK 73105-3328

bcc: Mr. F. Kurt Cylke, NLS/BPH

JGK:hm

PHI TECH

Leaders In Technology & Service

October 10, 1985

Kurt Cylene NCS 10/16

Mr. John G. Kormos
Assistant Chief
Procurement & Supply Division
The Library of Congress
Landover Center Annex
1701 Brightseat Road
Landover, MD 20785

Dear John:

As you requested, I am supplying written quotations for the two C-2 modifications we discussed recently.

These modifications are described in the LIFE CYCLE COST REDUCTION PROPOSALS section of our C-2 solicitation. Specifically, they can be found in Item #3, (a) and (b).

This first modification would be to add "constant current charging circuitry" and a specially designed transformer with sufficient power to operate the tape player. The charge for adding this feature would be $.30 per unit.

The second modification would be to add "automatic disconnection circuitry using a power FET". The charge for adding this feature would be $1.18 per unit.

John, I certainly apologize for any inconvenience this may have caused you. Although I probably could have worded it more clearly, it was always my intent that the "initial material cost increases" referred to were not included in the bid price because the Life Cycle Cost Reduction Proposals were optional to you.

We, at Phi Technologies, anxiously look forward to working with you on this contract. If you require any additional information or assistance, please do not hesitate to call on us.

Sincerely,

Gary A. Zebrowski

Gary A. Zebrowski
Vice President

GAZ:uni



Phi Technologies, Inc. • 4605 North Stiles • Oklahoma City, OK 73105-3328, USA • (405) 521-9000 • TWX 910-831-3286 • FAX (405) 524-4254

# PART I - THE SCHEDULE

## SECTION C

## DESCRIPTIONS/SPECS/WORK STATEMENT

***National Library Service for the Blind and Physically Handicapped***

***The Library of Congress***

Approved by Director, NLS/BPH

Date 5/29/85

Specification: #101

Title: Cassette Book Machine, C-2 Series

Date: April 1985

Technical Certification

Engineering — May 24, 1985 Date

Quality Assurance — Robert Kost May 28, 1985 Date

Chief, MDD — 5/28/85 Date

BACKGROUND

The National Library Service for the Blind and Physically Handicapped (NLS) of the Library of Congress administers a free library service to eligible residents of the United States and citizens living abroad who cannot hold, handle, or read traditional print media because of visual or physical handicaps.

Using federal funds NLS annually publishes approximately 2,000 books and 70 magazines on cassettes, on discs, and in braille. Titles are selected to appeal to a wide variety of interests, and copyright permission is obtained from authors and publishers. Books and magazines are narrated and duplicated at a high quality professional standard. The quantity produced of any title is dependent on anticipated reader demand.

Playback machines and their accessories are designed to facilitate convenient use by handicapped people and to provide maximum reliability under environmental conditions that are sometimes harsh and handling that may be technically unsophisticated or inadvertently abusive. The equipment plays program materials at non-commercial speeds: 8 1/3 rpm for discs and 15/16 ips, 4-track for cassettes. All materials and equipment in the program can be sent to users and returned to libraries postage free.

A cooperating network of 56 regional libraries and more than 100 subregional libraries circulates recorded and braille books to some 400,000 adults and children out of a potential three million eligible population. Magazine subscriptions are provided on a direct-mail basis from the manufacturers. Users must generally deal with service centers in distant cities with communication by mail or phone and little or no personal contact. Everything comes and goes through a mail-order system. Fifty percent of the users are over sixty-four years old, and many depend on the NLS program for their major source of entertainment and connection with the world; ninety-five percent read recorded materials, five percent read braille.

Users are informed about new books, magazines, and services through bimonthly publications, annual catalogs, and subject bibliographies produced by NLS and through various publications produced and circulated by the regional and subregional libraries.

USER MATERIALS

Contractors who consider submission of a bid to produce books, equipment, or other progr-n products should be cognizant of the consumer-responsive nature of the program and that the specifications for these products have been developed to meet the special reader needs in the program. Materials are produced with those reader needs foremost in mind and improved through constant monitoring and consumer input. Contractors are expected to familiarize themselves with the equipment handling practices of blind and physically handicapped clientele and ensure that the equipment they produce will stand up under this type of use. A high degree of quality workmanship and product reliability is mandated by the product specification.

March 1985

SPECIFICATION #101

TABLE OF CONTENTS


| | PAGE |
|---|---|
| 1. SCOPE | 1 |
| 2. APPLICABLE DOCUMENTS | 1 |
| 3. REQUIREMENTS | 2 |
| 3.1 Prototype Model | 2 |
| 3.2 Preproduction and Production Approval Samples | 2 |
| 3.3 General Design Features | 3 |
| 3.3.1 Size | 3 |
| 3.3.2 Weight | 3 |
| 3.3.3 Controls | 3 |
| 3.3.4 Push Buttons | 3 |
| 3.3.5 Push Button Color Coding | 3 |
| 3.3.6 Cassette Loading | 3 |
| 3.3.7 Jack Bank | 3 |
| 3.4 Case Design | 3 |
| 3.4.1 Material | 3 |
| 3.4.2 Stability | 4 |
| 3.4.3 Rubber Feet | 4 |
| 3.4.4 Door Attachment | 4 |
| 3.4.5 Handle | 4 |
| 3.4.6 Protuberances | 4 |
| 3.4.7 Shoulder Strap | 4 |
| 3.4.8 Power Cord | 4 |
| 3.4.9 Appearance | 4 |
| 3.5 Battery and Power Supply | 4 |
| 3.5.1 Battery Performance | 4 |

TABLE OF CONTENTS (Con`t)


| | PAGE |
|---|---|
| 3.5.1.1 Battery Voltage | 5 |
| 3.5.1.2 Battery Capacity | 5 |
| 3.5.1.3 Charge Rate | 5 |
| 3.5.1.4 Current Drain | 5 |
| 3.5.2 Isolation Transformer | 5 |
| 3.5.3 Power Supply Performance | 5 |
| 3.5.4 Reverse Battery Installation | 5 |
| 3.5.5 Fuse | 5 |
| 3.5.6 U.L. Approval | 5 |
| 3.6 Tape Head | 6 |
| 3.6.1 Number of Tracks | 6 |
| 3.6.2 Track Switching | 6 |
| 3.6.3 Track Location | 6 |
| 3.6.4 Crosstalk | 6 |
| 3.7 Speaker | 6 |
| 3.7.1 Impedance | 6 |
| 3.7.2 Output Capacity | 6 |
| 3.8 Jack Bank | 6 |
| 3.8.1 Functions | 6 |
| 3.8.2 Protection | 7 |
| 3.8.3 Earphone and Headphone Output | 7 |
| 3.8.4 Auxiliary Output | 7 |

TABLE OF CONTENTS (Con`t)

| | | PAGE |
|---|---|---|
| 3.9 | Motor Assembly | 7 |
| 3.9.1 | Voltage | 7 |
| 3.9.2 | Two Speed Operation | 7 |
| 3.9.3 | Speed Tolerance | 7 |
| 3.9.3.1 | Play Speed | 7 |
| 3.9.3.2 | Fast Forward Speed | 7 |
| 3.9.4 | Wow and Flutter | 7 |
| 3.9.5 | Motor Electrical Noise | 7 |
| 3.9.6 | Variable Speed | 8 |
| 3.10 | Tape Deck | 8 |
| 3.10.1 | Tape Head Contact | 8 |
| 3.10.2 | Automatic Shut-off | 8 |
| 3.10.3 | Push Button Colors | 8 |
| 3.10.4 | Control Orientation | 8 |
| 3.10.5 | Push Button Layout | 8 |
| 3.10.6 | Cassette Acceptance | 8 |
| 3.10.7 | Cassette Position | 9 |
| 3.10.8 | Tape Head Insertion | 9 |
| 3.10.9 | Head Azimuth Position | 9 |
| 3.10.10 | Head Perpendicularity | 9 |
| 3.10.11 | Spindle Perpendicularity | 9 |
| 3.10.12 | Guide, Capstan, and Pressure Roller Perpendicularity | 9 |
| 3.10.13 | Other Member Perpendicularity | 9 |
| 3.10.14 | Radial Withdrawal Force | 9 |