TABLE OF CONTENTS (Con`t)

| | | PAGE |
|---|---|---|
| 3.10.15 | Drive Train Layout | 10 |
| 3.10.16 | Torque Values | 10 |
| 3.11 | Amplifier | 10 |
| 3.11.1 | Amplifier Performance | 10 |
| 3.11.1.1 | Rated Output Power | 10 |
| 3.11.1.2 | Harmonic Distortion | 10 |
| 3.11.1.3 | Frequency Response | 10 |
| 3.11.1.4 | Signal to Noise Ratio | 10 |
| 3.11.1.5 | Tone Control | 10 |
| 3.11.1.6 | Discontinuity | 11 |
| 3.11.2 | Construction | 11 |
| 3.11.2.1 | Printed Circuit Board | 11 |
| 3.11.2.2 | Modularity | 11 |
| 3.11.2.3 | Design Review | 11 |
| 3.11.2.4 | Accessibility | 11 |
| 3.12 | Machine Acoustical Noise | 11 |
| 3.13 | Maintenance and Technical Data | 11 |
| 3.14 | Short-Term Operation | 11 |
| 3.15 | Operational Life | 12 |
| 3.16 | Workmanship and General Examination | 12 |
| 4. | QUALITY ASSURANCE PROVISIONS | 12 |
| 4.1 | Responsibility for Inspection | 12 |
| 4.2 | Classification of Inspections | 12 |

TABLE OF CONTENTS (Con`t)

| | | PAGE |
|---|---|---|
| 4.2.1 | Qualification Inspections (4.3.1 and Table I) | 12 |
| 4.2.2 | Incoming Materials Inspections (4.3.2 and Table II) | 12 |
| 4.2.3 | Quality Conformance Inspections (4.3.3. and Table III) | 13 |
| 4.2.4 | Acceptance Inspections (4.3.4 and Table IV) | 13 |
| 4.3 | Definition of Inspections | 13 |
| 4.3.1 | Qualification Inspections | 13 |
| 4.3.2 | Incoming Materials Inspections | 18 |
| 4.3.2.1 | Lot | 18 |
| 4.3.3 | Quality Conformance Inspections | 20 |
| 4.3.4 | Acceptance Inspections | 22 |
| 4.3.4.1 | Lot | 23 |
| 4.4 | Reporting of Test Results | 24 |
| 4.4.1 | Reports | 24 |
| 4.4.2 | Methods Certification | 24 |
| 4.4.3 | Fault Correction | 24 |
| 4.5 | Recalls and NLS Inspections | 25 |
| 4.5.1 | Recall | 25 |
| 4.5.2 | NLS Inspection | 25 |
| 4.5.3 | Plant Visits | 25 |
| 4.6 | Examinations, Measurements, and Tests | 25 |
| 4.6.1 | Order of Qualification Inspection | 25 |
| 4.6.2 | Preliminary Conditioning | 26 |
| 4.6.3 | Test Environment | 26 |
| 4.6.4 | General Examinations | 26 |

TABLE OF CONTENTS (Con't)

| | | | | PAGE |
|---|---|---|---|---|
| 4.6.5 | Machine Dimensions Measurements | | | 26 |
| 4.6.6 | Torque Measurements | | | 26 |
| 4.6.7 | Reference Tape | | | 27 |
| | 4.6.7.1 | Definition | | 27 |
| | 4.6.7.2 | Reference Tape and Cassette | | 27 |
| | 4.6.7.3 | Reference Output Level | | 27 |
| | | 4.6.7.3.1 | Power Supply Test Procedures | 27 |
| | 4.6.7.4 | Test Procedures | | 27 |
| | | 4.6.7.4.1 | Amplifier Rated Output Power and Discontinuity | 27 |
| | | 4.6.7.4.2 | Amplifier Output and Harmonic Distortion Equipment & Procedures | 27 |
| | | 4.6.7.4.3 | Frequency Response | 28 |
| | | 4.6.7.4.4 | Tone Control | 29 |
| | | 4.6.7.4.5 | Sound Pressure Level | 29 |
| | | 4.6.7.4.6 | Signal-to-Noise Ratio | 29 |
| | | 4.6.7.4.7 | Earphone and Headphone Output | 30 |
| | | 4.6.7.4.8 | Machine Noise | 30 |
| | | 4.6.7.4.9 | Interchannel Crosstalk | 30 |
| | | 4.6.7.4.10 | Head Insertion | 30 |
| 4.6.8 | Environment Test | | | 31 |
| 4.6.9 | Operational Tests | | | 31 |
| | 4.6.9.1 | Short-term Operational Test | | 31 |
| | 4.6.9.2 | Operational Life Test | | 32 |

TABLE OF CONTENTS (Con't)


| | | | PAGE |
|---|---|---|---|
| 4.6.10 | Other Tests | | |
| | 4.6.10.1 | Motor Assembly | 32 |
| | 4.6.10.2 | Wow and Flutter | 32 |
| | 4.6.10.3 | Motor Noise | 32 |
| | 4.6.10.4 | Auxiliary Output Voltage | 32 |
| | 4.6.10.5 | Battery Capacity | 33 |
| | 4.6.10.6 | Subjective Listening Test | 33 |
| 5. | PREPARATION FOR DELIVERY | | 33 |
| 5.1 | Machine Labeling | | 33 |
| | 5.1.1 | Property U.S. Government | 33 |
| | 5.1.2 | Serial Number/Machine | 33 |
| | 5.1.3 | Serial Number/Carton | 34 |
| | 5.1.4 | Model | 34 |
| | 5.1.5 | Warning | 34 |
| | 5.1.6 | Control Settings | 34 |
| 5.2 | Drop and Vibration Testing | | 34 |
| | 5.2.1 | Drop Testing | 34 |
| | 5.2.2 | Vibration Testing | 34 |
| 5.3 | Packing for Shipment | | 35 |
| | 5.3.1 | Container | 35 |
| | 5.3.2 | Instruction | 35 |
| | 5.3.3 | Container Labeling | 35 |
| | 5.3.4 | Manifold Inventory Cards | 35 |

TABLE OF CONTENTS (Con`t)


| | | PAGE |
|---|---|---|
| 6. | NOTES | 36 |
| 6.1 | Reference Cassette/Frequency Response - Azimuth | 36 |
| 6.2 | Reference Cassette/Harmonic Distortion | 36 |
| 6.3 | Flux Loop Harmonic Distortion | 36 |
| 6.4 | Voice-Over Indexing/Fast Forward Test Tape | 36 |
| 6.5 | Crosstalk Test Tape | 36 |

NLS
Specification #101

1. SCOPE

This specification establishes design, performance, and test requirements for AC and battery operated, portable, 2-speed, 4-track cassette players used in the Library of Congress talking book program, for the Blind and Physically Handicapped readers.

2. APPLICABLE DOCUMENTS

The following documents and publications, of the issue in effect on the date of invitation for bids, form a part of this specification. In the event of conflict between the documents and publications referenced herein and the content of this specification, the content of this specification shall be considered a superseding requirement.

Specifications:

National Library Service for the Blind and Physically Handicapped

#202 - Cassette Book Duplication
#603 - Battery Packs (Nickel Cadmium)

Standards:

MIL-STD 105 - Sampling Procedures and Tables for Inspection by Attributes

International Tape Association (ITA)
ITA Standard Interface Cassette Hardware/Software
ITA Standard - Audio Cassette Specification

(Copies of ITA Standards may be obtained by writing International Tape Association, 10 West 66th Street, New York, New York 10023)

International Electrotechnical Commission (IEC) Recommendations:
IEC 94 Amendment #1, #2, #3 and #4
Magnetic Tape Recording and Reproducing Systems
Dimensions and Characteristics

IEC 94A - Supplement to Publication 94, Amendment #1 and #2 Cassette for Commercial Tape Records and Domestic Use, Dimensions and Characteristics

(Copies of IEC Standards may be obtained from the American National Standards Institute, 1430 Broadway, New York, New York 10018.)

Electronic Industries Association (EIA) Standard:
RS-399A - Dimensional Standard Coplanar Magnetic Tape Cartridge Type CP II.

Bulletin: Consumer Products Engineering Bulletin #7 (November 1974) Audio Rectification.

3. REQUIREMENTS

3.1 Prototype Model

Bidders are required to submit one complete prototype machine with their bid package. The prototype can be constructed from a production machine obtained from NLS. Records of test results and certification of compliance with the requirements or deviations therefrom under this specification shall accompany this prototype.

3.2 Preproduction and Production Approval Samples

After contract award, one complete preproduction machine shall be provided by the contractor to NLS as scheduled under Special Conditions of the contract. From this machine, print texts of descriptions of operations and functions will be provided by NLS. Such instructions will be produced by the manufacturer in braille, large print, and recorded format and packaged with each production machine. Operation and functions must agree with the texts: any changes in function are the manufacturer's responsibility to incorporate in the instructions with NLS approval. A minimum of six (6) weeks is required for the production of instruction texts by NLS (see para. 5.3.2).

Two complete Production Approval Samples shall be submitted to NLS prior to production. These will be checked against the specification for:

a. Packaging and art work.
b. Mechanical and electrical performance characteristics
c. All instructions.

One Production Approval Sample will be retained by NLS as their laboratory reference unit. The other Production Approval Sample, will be returned to the plant to serve as a governing production model. Approval of these units in writing by the contracting officer shall constitute approval for beginning production. From this point on, the design is under NLS Configuration Control and all changes must be approved by the NLS Engineering Change Control Board.

The first 200 pieces of equipment manufactured are to be shipped to NLS for inspection. Further production or shipment of equipment to NLS agencies will not be permitted until these units are approved. NLS will require two weeks from date of receipt for this evaluation. Production (not just shipment) is to be stopped between the production of the first 200 units and receipt of approval in writing to continue production.

## 3.3 General Design Features

### 3.3.1 Size

Size - The overall external dimensions shall not exceed the following nominal values:

Length: 11 inches
Width: 9 inches
Height: 3.5 inches

### 3.3.2 Weight

Weight shall not exceed a nominal 7 pounds.

### 3.3.3 Controls

All controls shall be accessible from the top of the case. Control operation shall be from side to side. Volume, tone, and the continuously variable speed control shall be slide type controls. The arrangement of all other controls shall be such that vertical force is required for operation. Controls shall be easily located and identified.

### 3.3.4 Push Buttons

Push buttons shall be separated by and identified by raised markings. Functions shall be laid out horizontally. See LC drawings #S10110 through #S10114.

### 3.3.5 Push Button Color Coding

The play and stop function buttons shall be color coded according to Section 3.10.3.

### 3.3.6 Cassette Loading

The cassette loading area shall be enclosed and provide for retention and release of the cassette. Loading and unloading of the cassette shall be easily accomplished by a handicapped user.

### 3.3.7 Jack Bank

All jacks shall be flush mounted with the case. Raised markings shall indicate each jack function.

## 3.4 Case Design

### 3.4.1 Material

The case shall be molded from ABS polymer or high-impact polystyrene.

3.4.2 Stability

Case stability shall be such that the unit cannot be tipped when lying on the two longest dimensions.

3.4.3 Rubber Feet

Rubber feet or equivalent shall be provided to prevent machine skidding.

3.4.4 Door Attachment

All compartment doors shall be permanently attached to the case.

3.4.5 Handle

The handle shall be self-storing and shall be permanently attached to the case.

3.4.6 Protuberances

There shall be a minimum protuberance of latching devices, hinges, and other appurtenances.

3.4.7 Shoulder Strap

There shall be facilities for mounting a shoulder strap.

3.4.8 Power Cord

Battery and line cord storage shall be built-in. A heavy-duty eight (8) foot power cord shall be used.

3.4.9 Appearance

All corners and edges shall be rounded. The case shall be free of burrs, rough spots, and sharp edges.

3.5 Battery and Power Supply

A rechargeable battery and a power supply operating from a nominal 120 volts (105 to 130 volts range), 50/60 Hz is required.

3.5.1 Battery Performance

It is required that the cassette machine shall operate for six (6) hours on battery power (starting with a full charge) at 15/16 ips and meet all of the performance specifications during the entire period. The battery pack supplied shall be physically compatible with the earlier battery product used in the talking-book program and shall provide the characteristics listed below.

3.5.1.1 Battery Voltage

Nominal open circuit voltage of 7.2 volts. (Ranges approximately 6.1 volts to 8.5 volts depending upon charge.)

3.5.1.2 Battery Capacity

Nominal ampere/hour rating of 1.2 Ah. Requirement of paragraph 3.5.1 for six (6) hour operation is the dominant requirement for battery capacity.

3.5.1.3 Charge Rate

The power supply shall charge the battery at a c/10 rate; however, the battery shall be capable of sustaining a charge rate of nominal c/5 for 16 hours.

3.5.1.4 Current Drain

The battery shall be capable of operating the cassette-book machine at a nominal 160 ma. current drain for 6.0 hours with all parameters within the tolerances of this specification.

3.5.2 Isolation Transformer

The machine shall incorporate a built-in line isolation transformer.

3.5.3 Power Supply Performance

Design of the power supply shall be such that the battery may be charged over the line voltage range of 105 to 130 volts, 50/60 Hz when AC is in use and the machine is on or off.

3.5.4 Reverse Battery Installation

Provision shall be made to prevent the possibility of reverse battery installation.

3.5.5 Fuse

An in-line fuse shall be used to protect the battery against shorts.

3.5.6 U.L. Approval

U.L. approval is required.

3.6 Tape Head

3.6.1 Number of Tracks

The playback head shall be capable of 4-track monaural reproduction.

3.6.2 Track Switching

Provision shall be made for switching between tracks 1 and 3.

3.6.3 Track Location

The location of tracks 1 and 3 in the head shall conform to IEC Specification #94A.

3.6.4 Crosstalk

Interchannel crosstalk shall be -45 dB or better between 200 Hz -5.0 KHz.

3.7 Speaker

3.7.1 Impedance

The speaker shall be 4 ohms impedance.

3.7.2 Output Capacity

The amplifier/speaker/enclosure system shall be capable of producing 80 dB sound pressure level (S.P.L) (Reference 0.0002 dynes/cm2) when operated over a passband of 300 to 4000 Hz. Six (6) dB down at 200 and 5000 Hz is acceptable (reference 80 dB at 1000 Hz).

3.8 Jack Bank

3.8.1 Functions

Five jacks are required in the jack bank. Jack function is as follows:

a. Remote on-off function
b. Auxiliary output direct from the preamplifier.
c. Auxiliary input direct to the amplifier.
d. Earphone
e. Headphone

All jacks, with the exception of e, shall be 1/8-inch mini-jacks. The headphone jack shall be 1/4-inch standard phone. The earphone and headphone jack connections shall be paralleled. The layout and markings of the jack bank is shown in LC drawing #40513.

3.8.2 Protection

The amplifier shall be protected from open or short circuit conditions when plugs are inserted into the jacks.

3.8.3 Earphone and Headphone Output

An output of 25 mw shall be available at both the earphone and headphone jacks.

3.8.4 Auxiliary Output

An output of 100 millivolts into 50k ohms shall be available at the auxiliary output jack, using the Reference Output Level Section of the DIN Calibration tape at 1-7/8 ips (see 4.6.7.3 and Notes, Section 6).

3.9 Motor Assembly

3.9.1 Voltage

A DC motor, operated from a nominal 7.5 volts is required.

3.9.2 Two Speed Operation

The motor shall provide two speed operation at 1-7/8 ips and 15/16 ips. Speed change shall be electrically switchable. Speed shall be governed electronically.

3.9.3 Speed Tolerance

3.9.3.1 Play Speed

Play speed tolerance shall not exceed ± 2.0% measured at both 1-7/8 and 15/16 ips.

3.9.3.2 Fast Forward Speed

Voice indexing requires that the fast forward speed of the take up spindle be controlled at 250 r.p.m. ± 10%, when the variable speed control is at normal and the speed selector switch is at 15/16 ips.

3.9.4 Wow and Flutter

Wow and flutter shall not exceed 0.5% at 1-7/8 ips or 0.65% at 15/16 ips (NAB weighted).

3.9.5 Motor Electrical Noise

Motor electrical noise shall be a minimum of 50 dB below the Reference Level Section of the DIN Calibration tape (see 4.6.7.3).

3.9.6 Variable Speed

A built-in continuously variable speed control detented at normal speed shall be provided. The control shall provide continuous variation of speed from +100 percent to -12 percent of normal speed (i.e., 2.0 times to 0.8 times normal speed), at either 1-7/8 ips or 15/16 ips.

3.10 Tape Deck

3.10.1 Tape Head Contact

The tape deck shall be constructed in such a manner that partial tape/head contact is made when the deck is placed in fast-forward or rewind. Activation of these controls shall incorporate full throw locking requiring the stop function to be activated for release of fast-forward or rewind.

3.10.2 Automatic Shut-off

The tape deck shall incorporate a device that detects take up turntable motion. This device shall provide automatic shut-off of the machine when in either play, fast-forward or rewind mode within 1.5 to 2.5 seconds when sensing lack of take-up reel motion.

3.10.3 Push Button Colors

Push button color coding shall be as follows:

a. Bright red - stop
b. Bright green - play
c. Black - fast forward, rewind, and eject

3.10.4 Control Orientation

All reference to positions "normal, horizontal, vertical, up, down, left, right, etc." shall be from the operation viewpoint, with the cassette in the machine in such a position that the relevant label area is in a horizontal plane facing upward, and the tape head recess facing the operator.

3.10.5 Push Button Layout

Push button layout shall be horizontal, requiring vertical force for operation. The functions shall be as follows from left to right:

a. stop
b. rewind
c. play
d. fast-forward
e. eject

3.10.6 Cassette Acceptance

The machine shall satisfactorily accept the cassette as described in existing International Documents International Tape Association (ITA) Standard for Audio Cassette. The machine must be able to reproduce the recorded content of a cassette within Figure 1 IEC Document 94A.

3.10.7 Cassette Position

The machine shall be so designed that the cassette is positioned and supported while operating at support planes, prime reference line and reference hole, so defined in IEC Document 94A.

3.10.8 Tape Head Insertion

The tape head insertion shall be in accordance with the data given in the dimensional ITA Standard for (C-60) cassette in accordance with IEC Document 94A (see section 2.0 of this specification) with referenced addendums.

3.10.9 Head Azimuth Position

Deviation of the azimuth position of the head gap shall not exceed 3 dB + 1 dB from maximum output using the 5 KHz azimuth alignment at 15/16 ips. Deviation of azimuth between tracks 1 and 3 shall not exceed 3 dB.

3.10.10 Head Perpendicularity

The surface of the head or heads in contact with the tape shall be within 2 degrees perpendicular to the cassette support plane and within 2 degrees of each other.

3.10.11 Spindle Perpendicularity

The spindle axes shall be perpendicular to the referenced support plane within 2 degrees.

3.10.12 Guide, Capstan, and Pressure Roller Perpendicularity

The guides, capstan, and pressure roller shall be perpendicular to the support plane within 1 degree.

3.10.13 Other Member Perpendicularity

Any other member inserted into any part of the tape path shall be within 2 degrees perpendicular to the cassette support plane.

3.10.14 Radial Withdrawal Force

The machine shall not exert forces that result in over 0.5 Newtons (about 500 grams) radial withdrawal force of the tape or leader from the hub attachment at the end of the tape.

3.10.15 Drive Train Layout

Drive train layout shall be according to the limits and dimensions as indicated in Figure A of (IEC Document 94A). This figure indicates the required position of the left and right-hand spindles and their relationship to the capstan and prime reference line of the cassette.

3.10.16 Torque Values

a. Running torque: 35 to 70 gram centimeters (measured at take-up spindle).

b. Fast-forward mode: 55 gram centimeters (minimum).

c. Fast rewind mode same as (b).

d. Hold back torque: 1 to 6 gram centimeters in the play mode.

e. Rewind Time: @ 1-7/8 ips - 3.25 minutes maximum
@ 15/16 ips - 6.5 minutes maximum

3.11 Amplifier

3.11.1 Amplifier Performance

3.11.1.1 Rated Output Power

The amplifier shall be capable of 750 milliwatts minimum output into a 4 ohm load. (See para. 4.6.7.4.1)

3.11.1.2 Harmonic Distortion

Total harmonic distortion of the amplifier shall not exceed 3% at 600 milliwatts into 4 ohm load.

3.11.1.3 Frequency Response

The equalized amplifier frequency response shall be flat within ± 3 dB from 0.125 KHz to 8.0 KHz at 1-7/8 ips. Response for 15/16 ips shall be flat within ± 3 dB from 0.250 KHz to 4.0 KHz.

3.11.1.4 Signal to Noise Ratio

The unweighted signal-to-noise ratio shall be 50 dB minimum at either 15/16 or 1-7/8 ips.

3.11.1.5 Tone Control

The variable tone control shall provide a maximum roll off of approximately 6 dB/octave, 3 dB down at 1000 Hz and 7 dB down at 2000 Hz.