3.11.1.6 Discontinuity

Acceptable amplifiers shall not exhibit discontinuity in a sine wave at the point of zero axis (x coordinate) crossing. One thousand (1000) Hertz shall be employed as input to the amplifier. The input signal shall be set to a level sufficient to produce approximately half the maximum undistorted amplifier output into a resistive load. Amplifiers showing cross-over distortion on an oscilloscope shall be rejected.

3.11.2 Construction

3.11.2.1 Printed Circuit Board

The amplifier Printed Circuit Board shall be constructed of glass epoxy laminate G10 or equivalent approved by NLS.

3.11.2.2 Modularity

A modular plug-in design is required.

3.11.2.3 Design Review

Design review and approval of all printed circuit boards by the NLS Engineering Change Control Board is required.

3.11.2.4 Accessibility

Placement of the board in the cabinet shall be such that it is easily accessible for repair or replacement.

3.12 Machine Acoustical Noise

Mechanically generated noise emanating from the machine shall not exceed 2 dB above anechoic chamber ambient background reference level. AC shall be used as a power source. (See 4.6.7.4.8)

3.13 Maintenance and Technical Data

The contractor shall supply 3000 copies of a technical manual for the machine. The manual shall include a description of circuit operation, signal path flow, component values, and x-ray views. The technical manual shall be similar in scope to those previously provided by NLS for all equipment. A sample of the manual shall be provided by the manufacturer for NLS approval, prior to publication. The manual shall indicate all changes made during production and shall indicate the serial numbers affected.

3.14 Short-Term Operation

The machine shall be tested for proper operation in play mode at 15/16 and 1-7/8 ips. All controls must function normally within the requirements of Section 3 of this specification.

3.15 Operational Life

After the machine has been subjected to the operational life test of 4.6.9.2, it shall perform satisfactorily according to the requirement of paragraphs 3.9.3, 3.9.4, 3.9.5, 3.9.6, 3.10, 3.12, and 3.15. One thousand (1000) hours mean time between failure (MTBF) is required.

3.16 Workmanship and General Examination

The cassette-book machine shall be manufactured and processed in a careful and workmanlike manner in accordance with good assembly practice.

4. QUALITY ASSURANCE PROVISIONS

4.1 Responsibility for Inspection

The supplier is responsible for the performance of all inspection requirements specified herein. The supplier may utilize his own facilities or any reputable commercial laboratory acceptable to the Government. The Government reserves the right to perform any of the inspections set forth in this specification where such inspections are deemed necessary to assure that supplies and services conform to the prescribed requirements. A chart reflecting the organization of the Quality Assurance, Production, and Engineering Sections; the departmental reporting links; and the chain of authority relating to the contractor's product inspection system is required at the time of bid. All test equipment used must have a recent calibration traceable to the National Bureau of Standards.

Acceptability and approval of the organizations and system is required prior to contract award.

4.2 Classification of Inspections

The inspections herein specified are classified as follows:

a. Qualification Inspections 4.3.1
b. Incoming Materials Inspections 4.3.2
c. Quality Conformance Inspections 4.3.3
d. Acceptance Inspections 4.3.4

4.2.1 Qualification Inspections (4.3.1 and Table I)

Requires testing of a fully assembled machine for every specified parameter. Applies to Prototypes, production control samples and every five thousandth machine produced.

4.2.2. Incoming Materials Inspections (4.3.2 and Table II)

Indicates those parameters which may be measured as sub-assemblies during the production process and therefore need not be measured in the final assembly. Incoming materials must be sampled in

accordance with MIL-STD 105 General Inspection Level II and must meet an acceptance quality level (AQL) of 0.65 defects per 100 units.

4.2.3 Quality Conformance Inspections (4.3.3 and Table III)

Indicates tests performed during the machine final assembly process and upon the fully assembled machine prior to packing for shipment. All machines are subjected to 100% of these tests during production. There will be no relaxation of this requirement.

4.2.4 Acceptance Inspections (4.3.4 and Table IV)

Indicates sampled tests to be performed upon randomly selected machines after they have been packed for shipment. Sampling shall be in accordance with Mil-Std 105 General Inspection level II, and must meet an acceptable quality level (AQL) of .65 defects per 100 units.

4.3 Definition of Inspections

4.3.1 Qualification Inspections

Qualification inspection shall consist of each of the examinations, measurements, and tests listed in Table I. All samples subjected to the examinations, measurements and tests specified in Table I must conform to the associated requirements specified in Section 3. Tested prototype samples and complete test data shall accompany the suppliers bid. Two tested production control samples and complete test data shall be submitted to NLS for approval prior to the start of production.

During production, after each five thousand machines are produced, one shall be randomly sampled for a complete qualification inspection. This sample and complete production data shall be promptly submitted to NLS for verification that the design has not changed and that the production can continue.

TABLE I. EXAMINATIONS, MEASUREMENTS, AND TESTS

QUALIFICATION INSPECTIONS

| Examinations, Measurements, and Tests | Requirement Paragraph | Test Method Paragraph |
|---|---|---|
| Basic Design Factors | | |
| Size | 3.3.1 | 4.6.5 |
| Weight | 3.3.2 | 4.6.4 |
| Controls | 3.3.3 | 4.6.4 |
| Push Buttons | 3.3.4 | 4.6.4 |
| Color Coding | 3.10.3 | 4.6.4 |
| Cassette Loading | 3.3.6 | 4.6.4 |
| Jack Bank | 3.3.7 | 4.6.4 |
| Case Material | 3.4.1 | 4.6.4 |
| Case Stability | 3.4.2 | 4.6.4 |
| Rubber Feet | 3.4.3 | 4.6.4 |
| Door Attachment | 3.4.4 | 4.6.4 |
| Handle | 3.4.5 | 4.6.4 |
| Protuberance | 3.4.6 | 4.6.4 |
| Shoulder Strap | 3.4.7 | 4.6.4 |
| Power Cord | 3.4.8 | 4.6.4 |
| Case Appearance | 3.4.9 | 4.6.4 |
| Battery and Power Supply | 3.5 | 4.6.4 |
| Isolation Transformer | 3.5.2 | 4.6.4 |
| Power Supply Performance | 3.5.3 | 4.6.7.3.1 |

TABLE I. EXAMINATIONS, MEASUREMENTS, AND TESTS

QUALIFICATION INSPECTIONS (Cont.)

| Examinations, Measurements, and Tests | Requirement Paragraph | Test Method Paragraph |
|---|---|---|
| Basic Design Factors (Con't) | | |
| Reverse Battery Installation | 3.5.4 | 4.6.4 |
| Fuse | 3.5.5 | 4.6.4 |
| Tape Head | 3.6.1 | 4.6.4 |
| Number of Tracks | 3.6.1 | 4.6.4 |
| Track Switching | 3.6.2 | 4.6.4 |
| Track Location | 3.6.3 | 4.6.4 |
| Jack Bank | 3.8.1 | 4.6.4 |
| Two-Speed Operation | 3.9.2 | 4.6.4 |
| Speed Control | 3.9.6 | 4.6.4 |
| Tape Head Contact | 3.10.1 | 4.6.4 |
| Full Throw Locking | 3.10.1 | 4.6.4 |
| Automatic Shut Off | 3.10.2 | 4.6.4 |
| Push Button Layout | 3.10.5 | 4.6.4 |
| Amplifier Construction | 3.11.2.1 | 4.6.4 |
| Modular Design | 3.11.2.2 | 4.6.4 |
| Edge Connector | 3.11.2.2 | 4.6.4 |
| Amplifier Accessibility | 3.11.2.4 | 4.6.4 |
| Workmanship | 3.16 | 4.6.4 |

TABLE I. EXAMINATIONS, MEASUREMENTS, AND TESTS

QUALIFICATIONS INSPECTIONS (Cont.)

| Examinations Measurements, and Tests | Requirement Paragraph | Test Method Paragraph |
|---|---|---|
| Operational Factors | | |
| Controls | 3.3.3 | 4.6.9.1 |
| Cassette Loading | 3.3.6 | 4.6.9.1 |
| Handle Storage | 3.4.5 | 4.6.9.1 |
| Track Switching | 3.6.2 | 4.6.9.1 |
| Short Protection | 3.8.2 | 4.6.9.1 |
| Two-Speed Operation | 3.9.2 | 4.6.9.1 |
| Variable Speed | 3.9.6 | 4.6.9.1 |
| Tape Head Contact | 3.10.1 | 4.6.9.1 |
| Full Throw Locking | 3.10.1 | 4.6.9.1 |
| Automatic Shut Off | 3.10.2 | 4.6.9.1 |
| Subjective Listening Test | 3.11 | 4.6.10.6 |
| Short-Term Operation | 3.14 | 4.6.9.1 |
| Workmanship | 3.16 | 4.6.9.1 |
| Performance Parameters | | |
| Battery and Power Supply | 3.5 (3.5.1 thru 3.5.3) | 4.6.7.3.1 |
| Crosstalk | 3.6.4 | 4.6.7.4.9 |
| Speaker | 3.7.1 & 3.7.2 | 4.6.7.4.5 |
| Earphone and Headphone Output | 3.8.3 | 4.6.7.4.7 |
| Auxiliary Output | 3.8.4 | 4.6.10.4 |

TABLE I. EXAMINATIONS, MEASUREMENTS, AND TESTS

QUALIFICATIONS INSPECTIONS (Cont.)

| Examinations Measurements, and Tests | Requirement Paragraph | Test Method Paragraph |
|---|---|---|
| Performance Parameters (Con't) | | |
| Speed Tolerance (Play Mode) | 3.9.3.1 | 4.6.10.1 |
| Speed Tolerance (Fast Forward Mode) | 3.9.3.2 | 4.6.10.1 |
| Wow and Flutter | 3.9.4 | 4.6.10.2 |
| Motor Noise | 3.9.5 | 4.6.10.3 |
| Variable Speed Control | 3.9.6 | 4.6.10.1 |
| Cassette Acceptance | 3.10.6 | 4.6.5 |
| Cassette Position and Support | 3.10.7 | 4.6.5 |
| Head Insertion | 3.10.8 | 4.6.7.4.10 |
| Head Azimuth | 3.10.9 | 4.6.5 |
| Perpendicularity | 3.10.10, 3.10.11<br>3.10.12, 3.10.13 | 4.6.5<br>4.6.5 |
| Radial Withdrawal | 3.10.14 | 4.6.5 |
| Drive Train Layout | 3.10.15 | 4.6.5 |
| Torque Values | 3.10.16 | 4.6.6 |
| Amplifier rated output Power & Discontinuity | 3.11.1.1 | 4.6.7.4.1 |
| Harmonic Distortion | 3.11.1.2 | 4.6.7.4.2 |
| Frequency Response | 3.11.1.3 | 4.6.7.4.3 |

TABLE I. EXAMINATIONS, MEASUREMENTS, AND TESTS

QUALIFICATION INSPECTIONS (Cont.)

| Examinations, Measurements, and Tests | Requirement Paragraph | Test Method Paragraph |
|---|---|---|
| Performance Parameters (Con't) | | |
| Signal-To-Noise Ratio | 3.11.1.4 | 4.6.7.4.6 |
| Tone Control | 3.11.1.5 | 4.6.7.4.4. |
| Amplifier Zero Crossing Distortion | 3.11.1.6 | 4.6.7.4.1 |
| Machine Acoustical Noise | 3.12 | 4.6.7.4.8 |
| Short Term Operation | 3.14 | 4.6.9.1 |
| Operational Life | 3.15 | 4.6.9.2 |
| Workmanship | 3.16 | 4.6.4 |

4.3.2 Incoming Materials Inspections

Incoming materials inspections shall consist of each of the examinations, measurements, and tests listed in Table II. The contractor shall select the appropriate number of samples from incoming lots or batches. All sampling for examinations, measurements, and tests shall be in accordance with MIL-STD 105, General Inspection Level II, at an acceptable quality level (AQL) of .65 defects per hundred units.

4.3.2.1 Lot

A lot shall consist of any and all parts of one type received during one shipment.

TABLE II. EXAMINATIONS, MEASUREMENTS, AND TESTS

INCOMING MATERIALS INSPECTIONS

| Examinations, Measurements, and Tests | Requirement Paragraph | Test Method Paragraph |
|---|---|---|
| Basic Design | | |
| Push Buttons | 3.3.4 | 4.6.4 |
| Color Coding | 3.10.3 | 4.6.4 |
| Cassette Loading | 3.3.6 | 4.6.4 |
| Case Appearance | 3.4.9 | 4.6.4 |
| Fast Forward and Rewind Controls | 3.10.1 | 4.6.4 |
| Automatic Shut Off | 3.10.2 | 4.6.4 |
| Push Button Layout | 3.10.5 | 4.6.4 |
| Workmanship | 3.16 | 4.6.4 |
| Performance Parameters | | |
| Battery and Power Supply | 3.5.1-3.5.6 | 4.6.7.3.1 |
| Crosstalk | 3.6.4 | 4.6.7.4.9 |
| Speed Tolerance (Play Mode) | 3.9.3 | 4.6.10.1 |
| Speed Tolerance (Fast Forward Mode) | 3.9.3.2 | 4.6.10.1 |
| Wow and Flutter | 3.9.4 | 4.6.10.2 |
| Motor Electrical noise | 3.9.5 | 4.6.10.3 |
| Cassette Acceptance | 3.10.6 | 4.6.5 |
| Cassette Position and Support | 3.10.7 | 4.6.5 |

TABLE II. EXAMINATIONS, MEASUREMENTS, AND TESTS

INCOMING MATERIALS INSPECTIONS (Cont.)

| Examinations, Measurements, and Tests | Requirement Paragraph | Test Method Paragraph |
|---|---|---|
| Performance Parameters (Con't) | | |
| Head Insertion | 3.10.8 | 4.6.7.4.10 |
| Perpendicularity | 3.10.10 thru 3.10.13 | 4.6.5 |
| Radial Withdrawal | 3.10.14 | 4.6.5 |
| Torque Values | 3.10.16 | 4.6.6 |
| Amplifier Output | 3.11.1.1 | 4.6.7.4.1 |
| Harmonic Distortion | 3.11.1.2 | 4.6.7.4.2 |
| Frequency Response | 3.11.1.3 | 4.6.7.4.3 |
| Signal-to-Noise Ratio | 3.11.1.4 | 4.6.7.4.6 |
| Tone Control | 3.11.1.5 | 4.6.7.4.4 |
| Discontinuity | 3.11.1.6 | 4.6.7.4.1 |
| Workmanship | 3.16 | 4.6.4 |

4.3.3 Quality Conformance Inspections

Quality conformance inspections upon the assembled machine prior to packing shall consist of each of the examinations, measurements and tests listed in Table III.

All of the machines must be 100% tested for the requirements of Table III. Th-'e will be no relaxation of this requirement.

TABLE III. EXAMINATIONS, MEASUREMENTS, AND TESTS

QUALITY CONFORMANCE INSPECTIONS

| Examinations, Measurements, and Tests | Requirement Paragraph | Test Method Paragraph |
|---|---|---|
| Operational Features | | |
| Controls | 3.3.3 | 4.6.9.1 |
| Push Buttons | 3.3.4 | 4.6.4 |
| Cassette Loading | 3.3.6 | 4.6.9.1 |
| Handle Storage | 3.4.5 | 4.6.9.1 |
| Track Switching | 3.6.2 | 4.6.9.1 |
| Jack Bank | 3.8.1 | 4.6.9.1 |
| Short Protection | 3.8.2 | 4.6.9.1 |
| Two-Speed Operation | 3.9.2 | 4.6.9.1 |
| Variable Speed | 3.9.6 | 4.6.9.1 |
| Tape Head Contact | 3.10.1 | 4.6.9.1 |
| Full Throw Locking | 3.10.1 | 4.6.9.1 |
| Automatic Shut Off | 3.10.2 | 4.6.9.1 |
| Subjective Listening | 3.11 | 4.6.9.1 |
| Short-Term Operation | 3.14 | 4.6.9.1 |
| Performance Parameters | | |
| Battery and Power Supply | 3.5 | 4.6.7.3.1 |
| Earphone and Headphone Output | 3.8.3 | 4.6.7.4.7 |
| Auxiliary Output | 3.8.4 | 4.6.10.4 |
| Variable Speed Control | 3.9.6 | 4.6.10.1 |

TABLE III. EXAMINATIONS, MEASUREMENTS, AND TESTS

QUALITY CONFORMANCE INSPECTIONS (Cont.)

| Examinations, Measurements, and Tests | Requirement Paragraph | Test Method Paragraph |
|---|---|---|
| Performance Parameters (Con't) | | |
| Crosstalk | 3.6.4 | 4.6.7.4.9 |
| Speed Tolerance (Play Mode) | 3.9.3.1 | 4.6.10.1 |
| Speed Tolerance (Fast Forward Mode) | 3.9.3.2 | 4.6.10.1 |
| Wow and Flutter | 3.9.4 | 4.6.10.2 |
| Motor Electrical Noise | 3.9.5 | 4.6.10.3 |
| Torque Values | 3.10.16 | 4.6.6 |
| Amplifier Output | 3.11.1.1 | 4.6.7.4.1 |
| Harmonic Distortion | 3.11.1.2 | 4.6.7.4.2 |
| Frequency Response | 3.11.1.3 | 4.6.7.4.3 |
| Signal-to-Noise | 3.11.1.4 | 4.6.7.4.6 |
| Tone Control | 3.11.1.5 | 4.6.7.4.4 |
| Head Insertion | 3.10.8 | 4.6.7.4.10 |
| Speaker | 3.7.1-3.7.2 | 4.6.7.4.5 |
| Head Azimuth | 3.10.9 | 4.6.5 |
| Machine Noise | 3.12 | 4.6.7.4.8 |

4.3.4 Acceptance Inspections

Acceptance inspections shall consist of each of the examinations, measurements, and tests listed in Table IV. The contractor shall select the appropriate number of samples from the packed, ready-to-ship machines. All samples subjected to the examinations, measurements, and tests specified in Table IV must conform to the appropriate requirements specified in Section 3. Sampling for Table IV examinations, measurements and tests shall

be in accordance with MIL-STD 105, General Inspection Level II, and must meet an acceptable quality level (AQL) of .65 defects per hundred units.

4.3.4.1 Lot

A lot shall consist of any and all machines manufactured on one production line during any one given 8-hour time period.

TABLE IV. EXAMINATIONS, MEASUREMENTS, AND TESTS

ACCEPTANCE INSPECTIONS

| Examinations, Measurements, and Tests | Requirement Paragraph | Test Method Paragraph |
|---|---|---|
| Short-Term Operation | 3.14 | 4.6.9.1 |
| Variable Speed | 3.9.6 | 4.6.9.1 |
| Automatic Shut Off | 3.10.2 | 4.6.9.1 |
| Cassette Loading | 3.3.6 | 4.6.9.1 |
| Controls | 3.3.3 | 4.6.9.1 |
| Handle Storage | 3.4.5 | 4.6.9.1 |
| Track Switching | 3.6.2 | 4.6.9.1 |
| Two-Speed Operation | 3.9.2 | 4.6.9.1 |
| Tape Head Contact | 3.10.1 | 4.6.9.1 |
| Full Throw Locking | 3.10.1 | 4.6.9.1 |
| Workmanship | 3.16 | 4.6.9.1 |
| Jack Bank | 3.8.1 | 4.6.9.1 |
| Labeling and Packaging | 5.1 & 5.3 | 4.6.4 |

TABLE IV. EXAMINATIONS, MEASUREMENTS, AND TESTS

ACCEPTANCE INSPECTIONS (Cont'd)

| Examinations, Measurements, and Tests | Requirement Paragraph | Test Method Paragraph |
|---|---|---|
| Torque Values | 3.10.16 | 4.6.6 |
| Speed Tolerance (Play Mode) | 3.9.3.1 | 4.6.10.1 |
| Speed Tolerance (Fast Forward Mode) | 3.9.3.2 | 4.6.10.1 |
| Subjective Listening | 3.11 | 4.6.10.6 |
| Workmanship | 3.16 | 4.6.4 |

4.4 Reporting of Test Results

4.4.1 Reports

The contractor shall maintain a complete record of all test results for the duration of the contract. The test records shall be available to the Government at all reasonable times. The records shall include the information necessary to identify the lot, and the lot sample, the testing equipment, the inspector, and the date of the test. Lot inspection reports should be forwarded to NLS on a weekly basis.

4.4.2 Methods Certification

The contractor is required to provide written certification showing that his methods of quality control incorporate those established by this specification, under Section 4.

4.4.3 Fault Correction

Should NLS determine that significant fault or faults be found in production units, then correction of the fault or faults in previously produced units and production inspections or controls for prevention shall be instituted with no additional charge to NLS.

4.5 Recalls and NLS Inspections

4.5.1 Recall

Machines produced for the talking-book program are subject to recall or rework, based on the criteria under the Quality Assurance Section. It shall be the prerogative of the contracting officer to institute a recall at his discretion.

4.5.2 NLS Inspection

The right is reserved by the National Library Service for the Blind and Physically Handicapped, Library of Congress, to inspect any process or tests being performed. The Library representative shall have the authority, without advance notice, to select at random a sample machine or machines at any time during the course of the contract for testing to the specified requirements. These may be tested either at the contractor's facility, or the contractor will be required to express ship the machines to NLS Quality Assurance Section. The right is reserved by the National Library Service for the Blind and Physically Handicapped, Library of Congress, to reject any production lot represented by a tested sample which has been rejected.

4.5.3 Plant Visits

The right is reserved by the National Library Service for the Blind and Physically Handicapped, Library of Congress, to inspect plant facilities or manufacturing processes at any time without advance notice.

4.6 Examinations, Measurements, and Tests

4.6.1 Order of Qualification Inspection

a. The machine under test shall be subjected to the examinations, measurements, and tests listed in Table I. All electrical measurements are to be performed at the maximum and minimum battery voltage consistent with 3.5.1.

b. The machine shall be subjected to the environmental conditions of 4.6.8. The machine shall then be subjected to the measurement of 4.6.6 for conformance to the frictional torque requirement of 3.10.16. The machine shall then be subjected to the measurements listed in Table I.

c. The machine shall then be subjected to the operational life test of 4.6.9.2. Measurement for conformance to the frictional torque requirement shall be for the requirement of 3.10.16.

d. The machine shall then be subjected to the examinations, measurements, and tests listed in Table I.