4.6.2 Preliminary Conditioning

Test units shall be subjected to the test environment of 4.6.3 for a period of not less than 24 hours prior to performance of any measurement or test specified herein.

4.6.3 Test Environment

Except as otherwise specified herein, all measurements and tests shall be performed at an ambient temperature of 21 degrees C ± 2.8 degrees C (70 degrees F ± 5 degrees F) and a relative humidity of between 45 and 55 percent.

4.6.4 General Examinations

Test units shall be visually and/or aurally examined for proper operation and conformance to the applicable requirements in Tables I, II, III and IV.

4.6.5 Machine Dimensions Measurements

The following listed critical dimensions shall be measured for conformance to the measurements given in EIA RS-399A. Appropriate "GO" "NO-GO" gauges may be used to determine conformance to dimensional requirements.

Dimensions to be measured:

(a) Length
(b) Width
(c) Height
(d) Capstan: size and location (Reference EIA RS-399A)
(e) Locating Pins: size and location (Reference EIA RS-399A)
(f) Reproduce Head
(g) Hub spindles: size and location (Reference EIA RS-399A)
(h) Support plane flatness
(i) Spindle, capstan, and pinch roller: perpendicularity

4.6.6 Torque Measurements

Using a torque tester, such as the Waters Torque Watch Model 651X-2M or an approved cassette type torque indicator, measure the torque at the take up spindle for conformance with the requirement in paragraph 3.10.16 a and b. Measure the torque at the supply spindle for conformance with the requirement in paragraph 3.10.16 c.

4.6.7 Reference Tape

4.6.7.1 Definition

4.6.7.2 Reference Tape and Cassette

The reference tape shall consist of a BASF DIN Calibration Tape 4.75/3.81 mm (PES 12/c 521V) in accordance with DIN 45 513, Sheet 6, in a cassette housing that conforms to IEC 94A (see 6.1).

4.6.7.3 Reference Output Level

The reference output level is the output level that is obtained by reproducing the "Reference Level" section of the DIN Calibration Tape (see 4.6.7.2).

4.6.7.3.1 Power Supply Test Procedures

With 120 VAC applied, the machine shall meet all electrical performance requirements listed in Section 3 using test procedures of Section 4.

4.6.7.4 Test Procedures

The following cassette machine performance measurements are applicable to all tracks.

4.6.7.4.1 Amplifier Rated Output Power and Discontinuity

A General Radio Power Meter 1840-A or equivalent, shall be connected across a 4 ohm termination with the speaker disconnected. The power output of the amplifier shall conform to the requirement in 3.11.1.1 and noted. An oscilloscope trace shall not exhibit crossover distortion.

4.6.7.4.2 Amplifier Output and Harmonic Distortion Equipment & Procedures

Equipment:

(1) General Radio Power Meter 1840-A or equivalent

(2) Test Tape - 1 KHz recorded at 15/16 ips; 104 nanowebers per meter (see Section 6.2 for test tape). (Test tape shall be 8 dB below DIN Calibration Tape using reference level section.)

(3) Flux Loop (see Section 6.3)

(4) Distortion meter

(5) Audio signal generator

Procedure:

(1) Connect power meter across speaker terminals (disconnect speaker) and set for a four (4) ohm load.

(2) Insert the test tape and set machine to "play" mode, set tone control for maximum boost.

(3) Adjust volume control to provide power reading of 750 milliwatts (minimum). Remove test tape but do not disturb the volume setting.

(4) Connect leads from the flux loop to an audio signal generator and insert loop securely in front of the playback head. Adjust the generator for a 1 KHz signal and raise its output to duplicate the power reading in Step #3.

(5) Reduce the machine's volume setting to 600 milliwatts.

(6) Connect distortion meter (parallel) and record T.H.D. measurement, for conformance with requirement 3.11.1.2.

4.6.7.4.3 Frequency Response

The DIN Calibration Tape, frequency response section, shall be used. Playback equalization of the machine shall be adjusted to conform to the requirements in paragraph 3.11.1.3. A four (4) ohm resistive load shall be substituted at the speaker. With tone control set at maximum, set volume control for 200 mVr.m.s. at 315 Hz. Frequency response shall be recorded, readings shall conform to the requirements in 3.11.1.3.

4.6.7.4.4 Tone Control

Test conditions stated in 4.6.7.4.2 shall be identical with the tone control set for maximum effect. The frequency response shall roll off at approximately 6 dB/octave at 2.0 KHz.

4.6.7.4.5 Sound Pressure Level

An anechoic chamber shall be used for the following system measurement: Separation between the CBM speaker and the microphone shall be 1.7 meters. The microphone shall be oriented for perpendicular incidence. Signal input to the system shall be set to a level referenced to 80 dB SPL at 1000 Hz without clipping. With this reference and an equalized constant signal generator input to the preamp, the system shall be capable of producing 80 dB SPL at the test frequencies listed below:

| | | | | |
|---|---|---|---|---|
| 0.300 KHz | 0.700 KHz | 1.5 KHz | 2.5 KHz | 3.5 KHz |
| 0.500 KHz | 1.0 KHz | 2.0 KHz | 3.0 KHz | 4.0 KHz |

Variations between test frequencies shall not exceed ± 6 dB with the exceptions of 0.200 and 5.0 KHz. At 0.200 and 5 KHz, the SPL output shall not be more than 6 dB down reference SPL at 1.0 KHz. The system shall not exhibit a clipped waveform at any test frequency, nor exceed 3 percent THD at any frequency measured.

4.6.7.4.6 Signal-to-Noise Ratio

Using the reference level section of the reference tape cassette, adjust the amplifier for flat frequency response and the volume control for maximum rated amplifier power. Note the voltage reading across a resistive load substituted for the speaker. Refer to this voltage as Vo. Note the output voltage reading with the signal source removed. Refer to this voltage as Vn. Calculate signal-to-noise ratio from the formula:

$$S/N = (20 \text{ Log}_{10} {}^{V0}/Vn) \text{ dB}$$

for conformance with the requirement under paragraph 3.11.1.4.

4.6.7.4.7 <u>Earphone and Headphone Output</u>

Power output from the earphone and headphone jacks shall be measured using a GR 1840-A power level meter set at 8 ohms termination. Power output shall conform to the requirement of paragraph 3.8.3. THD shall not exceed 3 percent at 25 mw. (Use DIN Calibration Tape, azimuth alignment section.)

4.6.7.4.8 <u>Machine Noise</u>

No signal input shall be used. Volume control shall be set to a minimum. The unit under test shall be checked in four position quadrants maintaining 1.7 meters between the case outer surface and the microphone. An octave band analysis shall be conducted. Mechanically generated noise emanating from the CBM unit under test shall not exceed the Background Reference Level of the anechoic chamber by more than 2 dB in any octave measured, to conform to the requirement in 3.12.

4.6.7.4.9 <u>Interchannel Crosstalk</u>

Using crosstalk test tape (section 6.5), set tone control to maximum, disconnect speaker, and terminate with a four (4) ohm resistive load. Set band pass filter (GR 1952 or equivalent) to 1 KHz. Set output voltage for 3/4 rated power (750 mw). Denote this voltage as $V_0$. Toggle side selector switch and note voltage; denote this voltage as $V_1$. Calculate the crosstalk from the formula:

$$\text{Crosstalk dB} = 20 \text{ Log}_{10} \frac{V1}{V_0}$$

Interchannel crosstalk between all sides shall conform to the requirements in paragraph 3.6.4.

4.6.7.4.10 <u>Head Insertion</u>

Using an appropriate gauge, such as the Information Terminals Model M-300, determine the amount of head insertion and note "GO/NO-GO" acceptance for conformance to the requirement in paragraph 3.10.8.

4.6.8 Environmental Test

The CBM shall be able to provide satisfactory operation after being subjected to the following humidity test: The CBM shall be placed in an environment which has a minimum 90 percent relative humidity at 40 degrees C and cycled as follows:

Sixteen (16) hours in the high humidity chamber, 8 hours at 4.5 degrees C and 90 percent relative humidity. Recycle three times. Fifteen minutes after the obvious moisture has been wiped away, the unit will be tested for proper operation.

4.6.9 Operational Tests

4.6.9.1 Short-Term Operational Test

Insert a pre-recorded cassette into the machine. Place the machine in play mode. Check the following controls for proper operation:

1. Speed Control - Check for effectiveness in both speed-up and slow-down operation. Check detent effectiveness.

2. Volume and tone controls - Check for normal operation and intelligible undistorted sound.

3. Handle storage - Determine ease of operation.

4. Track switching - Switch between tracks for normal operation check.

5. Two-speed operation - Switch from 1-7/8 to 15/16 for normal operation check.

6. Tape/head contact - Place in fast-forward and rewind modes for tape/head contact check.

7. Full throw locking - confirm requirement for stop operation five times each from fast-forward, rewind, and play, without linkage binding.

8. Short protection - Insert shorted test plugs in earphone and headphone jacks. Check for output after removal, observe no change in output level.

9. Automatic shutoff - Wind test cassette to within a few seconds of end-of-tape. Confirm automatic shutoff four times at both 1-7/8 and 15/16/ ips.

10. Cassette loading - Confirm ease of loading with insertion/removal four times.

11. Workmanship - Visually inspect for burrs, dirt, cracks and general appearance.

4.6.9.2 Operational Life Test

Using a pre-recorded test cassette, the machine shall be life tested by repetitive cycling at 15/16 ips until it has reached 40 cycles or fails, whichever comes first. Upon completion of the 40 cycles the machine shall be retested for conformance to the requirements of 3.9.3, 3.9.4, 3.9.5, 3.9.6, 3.10.3.13, and 3.15 (one cycle consists of playing full length of a C-90 cassette in both directions). The Wiebull distribution technique shall be used to project 1000 hours MTBF for the machine.

4.6.10 Other Tests

4.6.10.1 Motor Assembly

A test cassette, recorded from a known frequency standard of 1.0 KHz, shall be counted by a frequency counter at either the headphone or earphone output jack. The counted frequency shall be noted and the percentage of fast or slow speed calculated. The calculation shall conform to the requirement in 3.9.3 or 3.9.6. Using a stroboscope, measure RPM of take-up reel in fast forward mode, with C-90 cassette loaded. Reading shall conform to the requirement in 3.9.3.2.

4.6.10.2 Wow and Flutter

A test cassette, recorded from a known frequency standard of 3.15 KHz, shall be used to measure wow and flutter at both 1-7/8 ips and 15/16 ips for conformance to the requirement of 3.9.4.

4.6.10.3 Motor Noise

The test procedure shall be that stated in 4.6.7.4.6 except that voltage readings shall be taken with the motor connected and disconnected and signal-to-noise ratio calculated for conformance to the requirement in 3.9.5.

4.6.10.4 Auxiliary Output Voltage

Terminate the auxiliary output jack with a 50K resistor typifying load impedance. Using the DIN Reference Cassette as a signal source, measure the voltage output across the resistor for conformance with 3.8.4.

4.6.10.5 Battery Capacity

Effective open circuit voltage - 7.2 volts
Uncycled state of charge - full
Pack condition - new
Cut off voltage - 6.0 volts
Ampere/hour rating - 1.2 Ah
Discharge rate - c/7.5 = 160 ma.
Ambient temperature - 70 degrees F.
Load resistance - 45 ohms
Load wattage - 5 watts

Test shall be accomplished through a 45 ohm, 5 watt resistor, a current reading meter and a voltage meter. The circuit shall operate until the cut off voltage of 6.0 volts is reached. Time lapse shall not be less than 6.0 hours for compliance with the requirement in paragraph 3.5.1.

4.6.10.6 Subjective Listening Test

A subjective listening test shall be performed by a panel convened for judging acceptability of sound quality, consistent with the requirements in paragraph 3.11. Approval of the sound quality by the listening panel is required prior to production approval.

5. PREPARATION FOR DELIVERY

5.1 Machine Labeling

5.1.1 Property U.S. Government

Each individual CBM shall be marked with permanent legible lettering, stating the following:

National Library Service for the Blind and Physically Handicapped, Property of the U.S. Government.

5.1.2 Serial Number/Machine

Each individual CBM shall be serialized externally and internally with a permanently attached serial number label.

5.1.3 Serial Number/Carton

Matching serialization shall be included on the outside of each individual CBM shipping carton. Overpacks shall include serial numbers as reflected in the NLS mailing label area.

5.1.4 Model

Each CBM shall be externally marked with the model designation (e.g., C-2).

5.1.5 Warning

The bottom of the machine case shall bear the following information in the order given:

WARNING: To prevent fire or shock hazard, do not expose this appliance to rain or moisture.

CAUTION: To prevent electric shock, do not remove cover. No user serviceable parts inside. Refer servicing to qualified service personnel.

Manufactured by ______(city)______ (state)______ for the National Library Service for the Blind and Physically Handicapped, Library of Congress.

5.1.6 Control Settings

Volume, tone, and speed controls shall be set to normal settings for use of the preloaded instructional cassette and taped down to prevent accidental disturbance during shipment.

5.2 Drop and Vibration Testing

The contractor is required to package the machine in such a manner that the following drop and vibration tests will not cause machine damage.

5.2.1 Drop Testing

The National Safe Transit Committee, Inc., Project IA, is the minimum acceptable test for qualifying a CBM. A Category I, 18-inch drop test is acceptable as noted under performance limits for packaged products less than 50 pounds.

5.2.2 Vibration Testing

The packaged machine must withstand a vibration test of 1 hour duration at 0.24 "displacement (0 $\pm$ 0.12" excursion) and a frequency of 35 cycles per second. The unit will be tested for prop-

er operation after the test. A report of the verification of the drop and vibration tests must be submitted to NLS within 2 weeks after the start of production.

### 5.3 Packing for Shipment

#### 5.3.1 Container

The CBM shall be packed for shipment to NLS, four to an overpack, each CBM packed in a polyfoam cocoon and in its own individual cardboard carton, the carton and the overpack having or exceeding the durability for RSC 275 board. Dimensions shall be determined by the contractor. A minimum requirement for sealing and shipping the overpack shall be that specified by the "two ship" method approved under UFC rule #41 prescribed by the Interstate Commerce Commission, except that no staples shall be used on the "opening end" of the carton. Each individual carton and the overpack shall be marked on the outside. Lettering must be approved by the NLS.

#### 5.3.2 Instruction

The contractor shall print and include an instruction sheet in large print, a return postcard and a save-the-container sheet with each machine. The contractor will provide a 4-track instruction cassette which will be packaged in each machine. Text of the instruction cassette and the large print instruction sheet will be GFE. A braille instruction sheet shall be provided by the contractor. Text shall be GFE.

#### 5.3.3 Container Labeling

a. The individual machine container shall be marked per carton drawing 56848.

b. The overpack container shall be marked per carton drawing 56847.

Placement of the machine inside the container shall agree with the direction of the arrows so that when the container is opened, the machine will be found with the cabinet handle easily accessible, and in its normal operating position.

#### 5.3.4 Manifold Inventory Cards

The manufacturer shall furnish and include the manifold inventory cards. These cards shall consist of 90 lb., color to be determined by the NLS, 3x5 inch postcards attached to each other by perforation. (Sample attached.) The manufacturer shall preprint the model and serial number on the blank line designated. The manifold cards shall be placed in a packing envelope with a clip and eyelet flap or NLS approved equivalent, and attached to

the outside of the shipping container. The serial numbers of the machines noted on the manifold cards shall correspond to those of the specific machines. An additional card shall contain the following statement:

(rubber stamp address area)

---

6. NOTES

All tapes used as signal sources in Section 4 shall be referenced to paragraph 6.1.

6.1 Reference Cassette/Frequency Response - Azimuth

The BASF DIN 45513/6, IEC 94 Calibration Tape (IEC-1 52105, Equalization 120+3180 Microseconds) may be obtained from:

Order Department
BASF Systems
Crosby Drive
Bedford, Massachusetts 01730.

6.2 Reference Cassette/Harmonic Distortion

The Reference Cassette for Harmonic Distortion may be obtained from:

Telex Communications Inc.
9600 Aldrich Avenue South
Minneapolis, Minnesota 55420

6.3 Flux Loop Harmonic Distortion

Flux Loop for Harmonic Distortion Tests may be obtained from:

Telex Communications Inc.
9600 Aldrich Avenue South
Minneapolis, Minnesota 55420

6.4 Voice-Over Indexing/Fast Forward Test Tape:

Available from NLS on a loan basis. Contact contracting officer listed.

6.5 Crosstalk Test Tape

Available from NLS on a loan basis. Contact contracting officer listed.

PART I - THE SCHEDULE

SECTION E

INSPECTION AND ACCEPTANCE

52.246-2 INSPECTION OI UPPLIES—FIXED-PRICE. (APR 198.

(a) Definition. "Supplies," as used in this clause, includes but is not limited to raw materials, components, intermediate assemblies, end products, and lots of supplies.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Library covering supplies under this contract and shall tender to the Library for acceptance only supplies that have been inspected in accordance with the inspection system and have been found by the Contractor to be in conformity with contract requirements. As part of the system, the Contractor shall prepare records evidencing all inspections made under the system and the outcome. These records shall be kept complete and made available to the Library during contract performance and for as long afterwards as the contract requires. The Library may perform reviews and evaluations as reasonably necessary to ascertain compliance with this paragraph. These reviews and evaluations shall be conducted in a manner that will not unduly delay the contract work. The right of review, whether exercised or not, does not relieve the Contractor of the obligations under the contract.

(c) The Library has the right to inspect and test all supplies called for by the contract, to the extent practicable, at all places and times, including the period of manufacture, and in any event before acceptance. The Library shall perform inspections and tests in a manner that will not unduly delay the work. The Library assumes no contractual obligation to perform any inspection and test for the benefit of the Contractor unless specifically set forth elsewhere in this contract.

(d) If the Library performs inspection or test on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, without additional charge, all reasonable facilities and assistance for the safe and convenient performance of these duties. Except as otherwise provided in the contract, the Library shall bear the expense of Library inspections or tests made at other than the Contractor's or subcontractor's premises; provided, that in case of rejection, the Library shall not be liable for any reduction in the value of inspection or test samples.

(e) (1) When supplies are not ready at the time specified by the Contractor for inspection or test, the Contracting Officer may charge to the Contractor the additional cost of inspection or test.

(2) The Contracting Officer may also charge the Contractor for any additional cost of inspection or test when prior rejection makes reinspection or retest necessary.

(f) The Library has the right either to reject or to require correction of nonconforming supplies. Supplies are nonconforming when they are defective in material or workmanship or are otherwise not in conformity with contract requirements. The Library may reject nonconforming supplies with or without disposition instructions.

(g) The Contractor shall remove supplies rejected or required to be corrected. However, the Contracting Officer may require or permit correction in place, promptly after notice, by and at the expense of the Contractor. The Contractor shall not tender for acceptance corrected or rejected supplies without disclosing the former rejection or requirement for correction, and, when required, shall disclose the corrective action taken.

(h) If the Contractor fails to promptly remove, replace, or correct rejected supplies that are required to be removed or to be replaced or corrected, the Library may either (1) by contract or otherwise, remove, replace, or correct the supplies and charge the cost to the Contractor or (2) terminate the contract for default. Unless the Contractor corrects or replaces the supplies within the delivery schedule, the Contracting Officer may require their delivery and make an equitable price reduction. Failure to agree to a price reduction shall be a dispute.

(i) (1) If this contract provides for the performance of Library quality assurance at source, and if requested by the Library, the Contractor shall furnish advance notification of the time (i) when Contractor inspection or tests will be performed in accordance with the terms and conditions of the contract and (ii) when the supplies will be ready for Library inspection.

(2) The Library request shall specify the period and method of the advance notification and the Library representative to whom it shall be furnished. Requests shall not require more than 2 workdays of advance notification if the Library representative is in residence in the Contractor's plant, nor more than 7 workdays in other instances.

(j) The Library shall accept or reject supplies as promptly as practicable after delivery, unless otherwise provided in the contract. Library failure to inspect and accept or reject the supplies shall not relieve the Contractor from responsibility, nor impose liability on the Library, for nonconforming supplies.

(k) Inspections and tests by the Library do not relieve the Contractor of responsibility for defects or other failures to meet contract requirements discovered before acceptance. Acceptance shall be conclusive, except for latent defects, fraud, gross mistakes amounting to fraud, or as otherwise provided in the contract.

(1) If acceptance is not conclusive for any of the reasons in paragraph (f) hereof, the Library, in addition to any other rights and remedies provided by law, or under other provisions of this contract, shall have the right to require the Contractor (1) at no increase in contract price, to correct or replace the defective or nonconforming supplies at the original point of delivery or at the Contractor`s plant at the Contracting Officer`s election, and in accordance with a reasonable delivery schedule as may be agreed upon between the Contractor and the Contracting Officer; provided, that the Contracting Officer may require a reduction in contract price if the Contractor fails to meet such delivery schedule, or (2) within a reasonable time after receipt by the Contractor of notice of defects or nonconformance, to repay such portion of the contract as is equitable under the circumstances if the Contracting Officer elects not to require correction or replacement. When supplies are returned to the Contractor, the Contractor shall bear the transportation cost from the original point of delivery to the Contractor`s plant and return to the original point when that point is not the Contractor`s plant. If the Contractor fails to perform or act as required in (1) or (2) above and does not cure such failure within a period of 10 days (or such longer period as the Contracting Officer may authorize in writing) after receipt of notice from the Contracting Officer specifying such failure, the Library shall have the right to contract or otherwise to replace or correct such supplies and charge to the Contractor the cost occasioned the Library thereby.

PART I - THE SCHEDULE

SECTION F

DELIVERIES OR PERFORMANCE

52.212-9 VARIATION IN QUANTITY. (APR 1984)

(a) A variation in the quantity of any item called for by this contract will not be accepted unless the variation has been caused by conditions of loading, shipping, or packing, or allowances in manufacturing processes, and then only to the extent, if any, specified in paragraph (b) below.

(b) The permissible variation shall be limited to:

0 Percent increase

0 Percent decrease

This increase or decrease shall apply to the total quantity.

52.212-2 DESIRED AND REQUIRED TIME OF DELIVERY. (APR 1984)

(a) The Governme desires delivery to be made ac ding to the following schedule:

DESIRED DELIVERY SCHEDULE

| ITEM NO. | QUANTITY | WITHIN DAYS AFTER DATE OF CONTRACT | |
|---|---|---|---|
| | | Start | Complete |
| A | | 180 | 360 Award |
| B | | 180 | 360 Award |

If the offeror is unable to meet the desired delivery schedule, it may, without prejudicing evaluation of its offer, propose a delivery schedule below. However, the offeror's proposed delivery schedule must not extend the delivery period beyond the time for delivery in the Government's required delivery schedule as follows:

OFFEROR'S PROPOSED DELIVERY SCHEDULE

| ITEM NO. | QUANTITY | WITHIN DAYS AFTER DATE OF CONTRACT |
|---|---|---|
| | | |
| | | |
| | | |

(b) Attention is directed to the Contract Award provision of the solicitation that provides that a written award or acceptance of offer mailed or otherwise furnished to the successful offeror results in a binding contract. The Government will mail or otherwise furnish to the offeror an award or notice of award not later than the day the award is dated. Therefore, the offeror shall compute the time available for performance beginning with the actual date of award, rather than the date the written notice of award is received from the Contracting Officer through the ordinary mails. However, the Government will evaluate an offer that proposes delivery based on the Contractor's date of receipt of the contract or notice of award by adding five days for delivery of the award through the ordinary mails. If, as so computed, the offered delivery date is later than the required delivery date, the offer will be considered nonresponsive and rejected.

52.212-13 STOP-WORK ORDER. (APR 1984)

(a) The Contracting Officer may, at any time, by written order to the Contractor, require the Contractor to stop all, or any part, of the work called for by this contract for a period of 90 days after the order is delivered to the Contractor, and for any further period to which the parties may agree. The order shall be specifically identified as a stop-work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. Within a period of 90 days after a stop-work order is delivered to the Contractor, or within any extension of that period to which the parties shall have agreed, the Contracting Officer shall either--

(1) Cancel the stop-work order; or

(2) Terminate the work covered by the order as provided in the Default, or the Termination for Convenience of the Library, clause of this contract.

(b) If a stop-work order issued under this clause is canceled or the period of the order or any extension thereof expires, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in writing, accordingly, if--

(1) The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

(2) The Contractor asserts a claim for the adjustment within 30 days after the end of the period of work stoppage; provided, that, if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon the claim asserted at any time before final payment under this contract.

(c) If a stop-work order is not canceled and the work covered by the order is terminated for the convenineце of the Library, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d) If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

52.212-15 GOVERNMENT DELAY OF WORK. (APR 1984)

(a) If the performance of all or any part of the work of this contract is delayed or interrupted (1) by an act of the Contracting Officer in the administration of this contract that is not expressly or impliedly authorized by this contract, or (2) by a failure of the Contracting Officer to act within the time specified in this contract, or within a reasonable time if not specified, an adjustment (excluding profit) shall be made for any increase in the cost of performance of this contract caused by the delay or interruption and the contract shall be modified in writing accordingly. Adjustment shall also be made in the delivery or performance dates and any other contractual term or condition affected by the delay or interruption. However, no adjustment shall be made under this clause for any delay or interruption to the extent that performance would have been delayed or interrupted by any other cause, including the fault or negligence of the Contractor, or for which an adjustment is provided or excluded under any other term or condition of this contract.

(b) A claim under this clause shall not be allowed (1) for any costs incurred more than 20 days before the Contractor shall have notified the Contracting Officer in writing of the act or failure to act involved, and (2) unless the claim, in an amount stated, is asserted in writing as soon as practicable after the termination of the delay or interruption, but not later than the day of final payment under the contract.

52.247-34 F.O.B. DESTINATION. (APR 1984)

(a) The term "f.o.b. destination," as used in this clause, means--

(1) Free of expense to the Government, on board the carrier's conveyance, at a specified delivery point where the consignee's facility (plant, warehouse, store, lot, or other location to which shipment can be made) is located; and

(2) Supplies shall be delivered to the destination consignee's wharf (if destination is a port city and supplies are for export), warehouse unloading platform, or receiving dock, at the expense of the Contractor. The Government shall not be liable for any delivery, storage, demurrage, accessorial, or other charges involved before the actual delivery (or "constructive placement" as defined in carrier tariffs) of the supplies to the destination, unless such charges are caused by an act or order of the Government acting in its contractual capacity. If rail carrier is used, supplies shall be delivered to the specified unloading platform of the consignee. If motor carrier (including "piggyback") is used, supplies shall be delivered to truck tailgate at the unloading platform of the consignee. If the Contractor uses rail carrier or freight forwarder for less than carload shipments, the Contractor shall assure that the carrier will furnish tailgate delivery if transfer to truck is required to complete delivery to consignee.