(b) The Contractor shall—

(1) (i) Pack and mark the shipment to comply with contract specifications; or

(ii) In the absence of specifications, prepare the shipment in conformance with carrier requirements;

(2) Prepare and distribute commercial bills of lading;

(3) Deliver the shipment in good order and condition to the point of delivery specified in the contract;

(4) Be responsible for any loss of and/or damage to the goods occurring before receipt of the shipment by the consignee at the delivery point specified in the contract;

(5) Furnish a delivery schedule and designate the mode of delivering carrier; and

(6) Pay and bear all charges to the specified point of delivery.

PART I - THE SCHEDULE

SECTION G

CONTRACT ADMINISTRATION DATA

PART I - THE SCHEDULE

SECTION G - CONTRACT ADMINISTRATION DATA

G.1. Invoices

Invoices shall be submitted in an original and two copies to the Library of Congress Accounting Office, LM 617, 101 Independence Avenue, S.E., Washington, DC 20540. To constitute a proper invoice, the invoice must include the following information and/or attached documentation:

(1) Name of the business concern and invoice date.

(2) Contract number or other authorization for delivery of property or performance of service.

(3) Description, price, and quantity of property and services actually delivered or rendered.

(4) Shipping and payment terms.

(5) Name (where practicable), title, phone number, and complete mailing address of responsible official to who payment is to be sent.

G.2. Payment Due Date

Payments under this contract will be due on or before the 30th calendar day after the latter of:

(1) The date of actual receipt of a proper invoice in the office designated to receive the invoice, or

(2) The date the supplies or services, including contractually allowed partial deliveries or partial performance periods, are accepted by the Library.

PART I - THE SCHEDULE

SECTION H

CONTRACT SPECIAL REQUIREMENTS

PART I - THE SCHEDULE

SECTION H - <u>SPECIAL CONTRACT REQUIREMENTS</u>

H.1. <u>Conduct of Work</u>

A Contracting Officer's Technical Representative (COTR) will be designated to represent the Library for the purpose of coordinating with the Contractor in administering the technical aspects of contract performance. The COTR may issue written or oral instructions to fill in details in the Scope of Work set forth in this contract via the Contracting Officer. The COTR is not authorized, however, to make any changes which affect the contract amount, terms or conditions. The Contracting Officer is the only party authorized to bind the Library.

H.2. <u>Interpretation of Contract Requirements</u>

No interpretation of any provision of this contract, including applicable specifications, shall be binding on the Library unless furnished or agreed to in writing by the Contracting Officer.

H.3. <u>Advertising of Award</u>

The Contractor agrees not to refer to awards in commercial advertising in such manner as to state or imply that the product or service provided is endorsed or preferred by the Library to be superior to other products or services. The Contractor agrees not to distribute or release information which states or infers that the Library of Congress endorses, uses, or distributes the Contractor's product.

H.4. <u>Method of Award</u>

Award will be made in a lump sum to a responsive and responsible bidder on the basis of the lowest cost to the ultimate destination. The Library further reserves the right to award all or some of the items bid or reject all bids as may be in the Library's interest.

H.5. <u>Liquidated Damages</u>

If the Contractor fails to begin deliveries within 360 calendar days from award, the Contractor shall pay the Library of Congress, as fixed and agreed Liquidated Damages, one hundred ($100) dollars per day for each calendar day delay.

If the delay is more than 30 calendar days, then by written notice to the contractor, the Library may terminate the right of the contractor to deliver any portions of the contract items not yet delivered pursuant to Article II, Default of SF 32.

H.9. SHIPMENT

Shipments of machines furnished under this contract are to be made through the United States Postal Service under the provisions of Section 138 of the Postal Manual. Arrangements for the delivery of the completed units to the Post Office or for pick up by the Post Office are to be made by the contractor. Therefore, all offers must be FOB U.S. Postal Service. Vendor may arrange each shipping list so that the Post Office can ship machines regionally. Shipments of machines via U.S. Postal Service shall be verified by Certificates of Mailing. Forms similar to the draft Certification of Mailing enclosed in this solicitation shall be provided by the contractor as approved by USPS as an alternate for Form 3877 as permitted in Part 165.133 of the Postal Service Manual. To the extent practical, machines will be shipped in sequential serial number order, and approximately 3/4" X 3/4" adhesive labels bearing the model number and serial number of each machine being shipped shall be affixed to the corresponding square of the Certificates of Mailing. Copies of the Certificates shall be sent by first class mail to NLS and to the addressee of the shipment.

H.10. PREPRODUCTION SAMPLES

Prior to the performance of any fabrication work included or implied by the contract documents, the Contractor shall produce two of the cassette machines as preproduction samples for inspection by the Library of Congress. These samples shall be the basic machine with accepted desirable features.

All production samples presented for inspection shall be submitted complete, 90 calendar days prior to production of any machines. These machines will be used to prepare machine operating instructions.

The preproduction sample(s) must conform to all specification requirements. The acceptance of any previous prototype shall in no way be considered as justification for assuming that the preproduction sample(s) fully meet specifications or that deviations will be granted.

If the Library disapproves the preproduction sample(s), the contractor shall immediately make the required corrections prior to the scheduled start of production. If the sample is not corrected to the satisfaction of the Library, the contractor shall be deemed to have failed to make delivery within the meaning of the "Default" clause of this contract and this contract shall be subject to "Termination for Default."

H.6. QUALITY ASSURANCE

A. The Library of Congress quality assurance representative shall have full authority for determining the contractor's conformance with the Library of Congress Quality Standards.

B. The Library of Congress quality assurance representative may at any time, and as often as deemed necessary, perform inspections to verify the contractor's quality assurance system is performing adequately.

C. All quality assurance procedures must be agreed upon by Library of Congress quality assurance representative. Experience and manpower for effective quality control implementation must be included.

D. A Chart reflecting the organization of the quality assurance, production and engineering sections; the departmental reporting links; and the chain of authority relating to the contractor's product inspection system is required. Acceptability and approval of the organization and system is required prior to contract award.

E. Machine shipments shall not begin until the NLS Quality Assurance Representative has inspected and approved the first production lot. At least 14-day notice to the date the lot will be ready is required to permit travel arrangements.

H.7. SERVICE GUARANTEE

The Contractor shall fully warrant the entire machine against parts failure and faulty workmanship for the period of two years. The warranty shall cover parts and labor and shall run for two years from the date the last machine is shipped. All warranty work will be performed at the contractor's plant. Machines returned for warranty repairs shall be repaired and shipped to sender within 5 working days.

H.8. LIBRARY FURNISHED PROPERTY

The clause set forth in 41 CFR 107.203.21 is incorporated into this contract by reference for use and protection of Library owned tooling provided by the contractor.

H.11. PRODUCTION CONTROL SAMPLES

The first two cassette machines that are manufactured from the contractor's production line shall be submitted to the Library as production control samples. These machines shall conform to the contract in every aspect. One machine shall be returned to the contractor and shall be used in the contractor's assurance program for the control of the remaining machines.

Failure of these machines to fully comply with the contract will require stoppage of the production process until all defects are corrected to the Library's satisfaction.

H.12. TOOLING

Tooling for the cassette machine case will be provided by the Library of Congress as Government Furnished Property. Items A through G apply to the acquisition of additional tooling which may be required for manufacture.

A. Tool Life - Tooling shall be capable of producing a minimum 250,000 pieces of the molded part/printed circuit boards, knobs, etc.

B. Production Rate - Tooling must be capable of producing a minimum 500 parts/8-hour shift.

C. Identification - Tooling must be identified as Library of Congress property by means of engraving or permanently attached identification plate.

D. Drawing - The successful bidder shall provide two copies of completed and detailed tool drawings after tool acceptance. Modifications of the tooling shall be indicated with updated drawings.

E. Description - A complete written description of the tooling is required. Example #1: One each - single cavity high pressure injection mold to produce cabinet part #__________. Reference drawing #'s______________.

F. Photographs - Color photographs of each tooling piece from two viewpoints is required.

G. Storage, preservation, and normal maintenance shall be the responsibility of the successful bidder until written release of the tooling by the Library of Congress is received.

H.13. ENGINEERING CHANGE PROCEDURE

The engineering change procedure, as submitted with the bid and approved by the Library of Congress, is a part of and incorporated into this contract. All procedures shall be adhered to by the contractor.

# PART II - SECTION I

## CONTRACT CLAUSES

52.202-1 DEFINITIONS. (APR 1984)

(a) "Head of the agency" (also called "agency head") or "Secretary" means the Secretary (or Attorney General, Administrator, Governor, Chairperson, or other chief official, as appropriate) of the agency, including any deputy or assistant chief official of the agency, and, in the Department of Defense, the Under Secretary and any Assistant Secretary of the Departments of the Army, Navy, and Air Force and the Director and Deputy Director of Defense agencies; and the term "authorized representative" means any person, persons, or board (other than the Contracting Officer) authorized to act for the head of the agency or Secretary.

(b) "Contracting Officer" means a person with the authority to enter into, administer, and/or terminate contracts and make related determinations and findings. The term includes certain authorized representatives of the Contracting Officer acting within the limits of their authority as delegated by the Contracting Officer.

(c) Except as otherwise provided in this contract, the term "subcontracts" includes, but is not limited to, purchase orders and changes and modifications to purchase orders under this contract.

52.203-1 OFFICIALS NOT TO BENEFIT. (APR 1984)

No member of or delegate to Congress, or resident commissioner, shall be admitted to any share or part of this contract, or to any benefit arising from it. However, this clause does not apply to this contract to the extent that this contract is made with a corporation for the corporation's general benefit.

52.203-3 GRATUITIES. (APR 1984)

(a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative--

(1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and

(2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

(b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

(c) If this contract is terminated under paragraph (a) above, the Government is entitled--

(1) To pursue the same remedies as in a breach of the contract; and

(2) In addition to any other damages provided by law, to exemplary damages of not less than 3 nor more than 10 times the cost incurred by the Contractor in giving gratuities to the person concerned, as determined by the agency head or a designee. (This subparagraph (c)(2) is applicable only if this contract uses money appropriated to the Department of Defense.)

(d) The rights and remedies of the Government provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.

52.203-5 COVENANT AGAINST CONTINGENT FEES. (APR 1984)

(a) The Contractor warrants that no person or agency has been employed or retained to solicit or obtain this contract upon an agreement or understanding for a contingent fee, except a bona fide employee or agency. For breach or violation of this warranty, the Government shall have the right to annul this contract without liability or, in its discretion, to deduct from the contract price or consideration, or otherwise recover, the full amount of the contingent fee.

(b) "Bona fide agency," as used in this clause, means an established commercial or selling agency, maintained by a contractor for the purpose of securing business, that neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds itself out as being able to obtain any Government contract or contracts through improper influence.

"Bona fide employee," as used in this clause, means a person, employed by a contractor and subject to the contractor's supervision and control as to time, place, and manner of performance, who neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds out as being able to obtain any Government contract or contracts through improper influence.

"Contingent fee," as used in this clause, means any commission, percentage, brokerage, or other fee that is contingent upon the success that a person or concern has in securing a Government contract.

"Improper influence," as used in this clause, means any influence that induces or tends to induce a Government employee or officer to give consideration or to act regarding a Government contract on any basis other than the merits of the matter.

52.215-1 EXAMINATION OF RECORDS. (APR 1984)--As Modified by the Library of Congress

(a) This clause applies if this contract exceeds $10,000 and was entered into by negotiation.

(b) The Librarian of Congress or a duly authorized representative of the Library of Congress and the Comptroller General of the United States or a duly authorized representative of the General Accounting Office shall, until 3 years after final payment under this contract or for any shorter period specified in Federal Acquisition Regulation (FAR) Subpart 4.7, Contractor Records Retention, have access to and the right to examine any of the Contractor's directly pertinent books, documents, papers, or other records involving transactions related to this contract.

(c) The Contractor agrees to include in first-tier subcontracts under this contract a clause to the effect that the Librarian of Congress, or a duly authorized representative of the Library of Congress and the Comptroller General or a duly authorized representative of the General Accounting Office shall, until 3 years after final payment under the subcontract or for any shorter period specified in FAR Subpart 4.7, have access to and the right to examine any of the subcontractor's directly pertinent books, documents, papers, or other records involving transactions related to the subcontract. "Subcontract," as used in this clause, excludes (1) purchase orders not exceeding $10,000 and (2) subcontracts or purchase orders for public utility services at rates established to apply uniformly to the public, plus any applicable reasonable connection charge.

(d) The periods of access and examination in paragraphs (b) and (c) above for records relating to (1) appeals under the Disputes clause, (2) litigation or settlement of claims arising from the performance of this contract, or (3) costs and expenses of this contract to which the Librarian or Comptroller General, or a duly authorized representative have taken exception shall continue until such appeals, litigation, claims, or exceptions are disposed of.

52.219-8 UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS. (JUN 1985)

(a) It is the policy of the United States that small business concerns and small business concerns owned and controlled by socially and economically disadvantaged individuals shall have the maximum practicable opportunity to participate in performing contracts let by any Federal agency, including contracts and subcontracts for subsystems, assemblies, components, and related services for major systems. It is further the policy of the United states that its prime contractors establish procedures to ensure the timely payment of amounts due to pursuant to the terms of their subcontracts with small business concerns and small business concerns owned and controlled by socially and economically disadvantaged individuals.

(b) The Contractor hereby agrees to carry out this policy in the awarding of subcontracts to the fullest extent consistent with efficient contract performance. The Contractor further agrees to cooperate in any studies or surveys as may be conducted by the United States Small Business Administration or the awarding agency of the United States as may be necessary to determine the extent of the Contractor's compliance with this clause.

(c) As used in this contract, the term "small business concern" shall mean a small business as defined pursuant to section 3 of the Small Business Act and relevant regulations promulgated pursuant thereto. The term "small business concern owned and controlled by socially and economically disadvantaged individuals" shall mean a small business concern--

(1) Which is at least 51 percent owned by one or more socially and economically disadvantaged individuals; or, in the case of any publicly owned business, at least 51 per centum of the stock of which is owned by one or more socially and economically disadvantaged individuals; and

(2) Whose management and daily business operations are controlled by one or more of such individuals.

The Contractor shall presume that socially and economically disadvantaged individuals include Black Americans, Hispanic Americans, Native Americans, Asian-Pacific Americans, Asian-Indian Americans and other minorities, or any other individual found to be disadvantaged by the Administration pursuant to section 8(a) of the Small Business Act.

(d) Contractors acting in good faith may rely on written representations by their subcontractors regarding their status as either a small business concern or a small business concern owned and controlled by socially and economically disadvantaged individuals.

52.219-13 UTILIZATION OF WOMEN-OWNED SMALL BUSINESSES. (APR 1984)

(a) "Women-owned small businesses," as used in this clause, means businesses that are at least 51 percent owned by women who are United States citizens and who also control and operate the business.

"Control," as used in this clause, means exercising the power to make policy decisions.

"Operate," as used in this clause, means being actively involved in the day-to-day management of the business.

(b) It is the policy of the United States that women-owned small businesses shall have the maximum practicable opportunity to participate in performing contracts awarded by any Federal agency.

(c) The Contractor agrees to use its best efforts to give women-owned small businesses the maximum practicable opportunity to participate in the subcontracts it awards to the fullest extent consistent with the efficient performance of its contract.

52.220-3 UTILIZATION OF LABOR SURPLUS AREA CONCERNS. (APR 1984)

(a) Applicability. This clause is applicable if this contract exceeds the appropriate small purchase limitation in Part 13 of the Federal Acquisition Regulation.

(b) Policy. It is the policy of the Government to award contracts to concerns that agree to perform substantially in labor surplus areas (LSA°s) when this can be done consistent with the efficient performance of the contract and at prices no higher than are obtainable elsewhere. The Contractor agrees to use its best efforts to place subcontracts in accordance with this policy.

(c) Order of preference. In complying with paragraph (b) above and with paragraph (c) of the clause of this contract entitled Utilization of Small Business Concerns and Small Disadvantaged Business Concerns, the Contractor shall observe the following order of preference in awarding subcontracts: (1) small business concerns that are LSA concerns, (2) other small business concerns, and (3) other LSA concerns.

(d) Definitions. "Labor surplus area," as used in this clause, means a geographical area identified by the Department of Labor in accordance with 20 CFR 654, Subpart A, as an area of concentrated unemployment or underemployment or an area of labor surplus.

"Labor surplus area concern," as used in this clause, means a concern that together with its first-tier subcontractors will perform substantially in labor surplus areas. Performance is substantially in labor surplus areas if the costs incurred under the contract on account of manufacturing, production, or performance of appropriate services in labor surplus areas exceed 50 percent of the contract price.

52.222-1 NOTICE TO THE GOVERNMENT OF LABOR DISPUTES. (APR 1984)

(a) If the Contractor has knowledge that any actual or potential labor dispute is delaying or threatens to delay the timely performance of this contract, the Contractor shall immediately give notice, including all relevant information, to the Contracting Officer.

(b) The Contractor agrees to insert the substance of this clause, including this paragraph (b), in any subcontract to which a labor dispute may delay the timely performance of this contract; except that each subcontract shall provide that in the event its timely performance is delayed or threatened by delay by any actual or potential labor dispute, the subcontractor shall immediately notify the next higher tier subcontractor or the prime Contractor, as the case may be, of all relevant information concerning the dispute.

52.222-3 CONVICT LABOR. (APR 1984)

The Contractor agrees not to employ any person undergoing sentence of imprisonment in performing this contract except as provided by 18 U.S.C. 4082(c)(2) and Executive Order 11755, December 29, 1973.

52.222-4 CONTRACT WORK HOURS AND SAFETY STANDARDS ACT—OVERTIME COMPENSATION—GENERAL. (APR 1984)

This contract, to the extent that it is of a character specified in the Contract Work Hours and Safety Standards Act (40 U.S.C. 327-333) (the Act), is subject to the following terms and all other applicable provisions and exceptions of the Act and the regulations of the Secretary of Labor.

(a) Overtime requirements. Contractor or subcontractor shall not require or permit any laborer or mechanic to work in excess of 8 hours in any calendar day, or 40 hours in any workweek, on any part of the contract work subject to the Act; unless, the laborer or mechanic receives compensation at a rate not less than 1 1/2 times the basic rate of pay for all hours worked in excess of 8 hours in any calendar day, or 40 hours in any workweek, whichever produces the greater amount of overtime.

(b) Violation, liability for unpaid wages, and liquidated damages. If the terms of paragraph (a) above are violated, the Contractor and any subcontractor responsible for the violation shall be liable to any affected employee for unpaid wages. In addition, the Contractor and subcontractor shall be liable to the United States for liquidated damages. These damages are computed for each individual laborer or mechanic at $10 for each calendar day on which the employee was required or permitted to be employed in violation of paragraph (a) above.

(c) Withholding for unpaid wages and liquidated damages. The Contracting Officer may withhold from the Contractor, from any moneys payable on account of work performed by the Contractor or subcontractor, such amounts as may administratively be determined to be necessary to satisfy any liabilities of the Contractor or subcontractor for unpaid wages and liquidated damages as provided in paragraph (b) above.

(d) Subcontracts. The Contractor and subcontractor shall insert paragraphs (a) through (d) of this clause in all subcontracts.

(e) Records. The Contractor shall maintain payroll records containing the information specified in 29 CFR 516.2(a). These records shall be preserved for 3 years from contract completion. The contractor will make the records available for inspection by authorized representatives of the Library of Congress and the Department Labor, and will permit such representatives to interview employees during working hours on the job.

52.222-20 WALSH-HEALEY PUBLIC CONTRACTS ACT. (APR 1984)

If this contract is for the manufacture or furnishing of materials, supplies, articles or equipment in an amount that exceeds or may exceed $10,000, and is subject to the Walsh-Healey Public Contracts Act, as amended (41 U.S.C. 35-45), the following terms and conditions apply:

(a) All representations and stipulations required by the Act and regulations issued by the Secretary of Labor (41 CFR Chapter 50) are incorporated by reference. These representations and stipulations are subject to all applicable rulings and interpretations of the Secretary of Labor that are now, or may hereafter, be in effect.

(b) All employees whose work relates to this contract shall be paid not less than the minimum wage prescribed by regulations issued by the Secretary of Labor (41 CFR 50-202.2). Learners, student learners, apprentices, and handicapped workers may be employed at less than the prescribed minimum wage (see 41 CFR 50-202.3) to the same extent that such employment is permitted under Section 14 of the Fair Labor Standards Act (41 U.S.C. 40).