(g) Safe and sanitary working conditions. The Contractor shall not permit services called for by this contract to be performed in buildings or surroundings or under working conditions provided by or under the control or supervision of the Contractor that are unsanitary, hazardous, or dangerous to the health or safety of service employees. The Contractor shall comply with the safety and health standards applied under 29 CFR Part 1925.

(h) Records. The Contractor shall maintain for 3 years from the completion of the work, and make available for inspection and transcription by authorized ESA representatives, a record of the following:

(1) For each employee subject to the Act—

(i) Name and address;

(ii) Work classification or classifications, rate or rates of wages and fringe benefits provided, rate or rates of payments in lieu of fringe benefits, and total daily and weekly compensation;

(iii) Daily and weekly hours worked; and

(iv) Any deductions, rebates, or refunds from total daily or weekly compensation.

(2) For those classes of service employees not included in any wage determination attached to this contract, wage rates or fringe benefits determined by the interested parties or by ESA under the terms of paragraph (c) of this clause. A copy of the report required by paragraph (k) of this clause will fulfill this requirement.

(i) Withholding of payments and termination of contract. The Contracting Officer shall withhold from the prime Contractor under this or any other Government contract with the prime contractor any sums the Contracting Officer, or an appropriate officer of the Labor Department, decides may be necessary to pay underpaid employees. Additionally, any failure to comply with the requirements of this clause may be grounds for termination for default.

(j) Subcontracts. The Contractor agrees to insert this clause in all subcontracts.

(k) Contractor's report. (1) If there is a wage determination attachment to this contract and any classes of service employees not listed on it are to be employed under the contract, the Contractor shall report promptly to the Contracting Officer the wages to be paid and the fringe benefits to be provided each of these classes, when determined under paragraph (c) of this clause.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE J1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO.: 1
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. *(If applicable)*:

6. ISSUED BY CODE
Library of Congress
Procurement & Supply Division
1701 Brightseat Road
Landover, MD 20785

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*
LaBarge Electronics
Attn: Tom R. Wright
9422 East 55th Place
Tulsa, OK 74145

CODE | FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.
9B. DATED *(SEE ITEM 11)*
10A. MODIFICATION OF CONTRACT/ORDER NO.
10B. DATED *(SEE ITEM 13)*

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)* Reprocurement of terminated contract |

E. IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

A performance bond, equal to the penal sum of 25 per cent of the contract price, shall be provided prior to proceeding with any contract work. The bond period shall not terminate until the end of the five year warranty. Costs associated with the issuances of the bond shall be reimbursed by the Library of Congress.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*: Tom R. Wright, V.P. Contract Administration

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*: John G. Kormos, Contracting Officer

15B. CONTRACTOR/OFFEROR: [signature] *(Signature of person authorized to sign)*

15C. DATE SIGNED: 3-20-87

16B. UNITED STATES OF AMERICA BY [signature] *(Signature of Contracting Officer)*

16C. DATE SIGNED: 2-19-87

(2) If wages to be paid or fringe benefits to be furnished any service employees under the contract are covered in a collective bargaining agreement effective at any time when the contract is being performed, the prime Contractor shall provide to the Contracting Officer a copy of the agreement and full information on the application and accrual of wages and benefits (including any prospective increases) to service employees working on the contract. The prime Contractor shall report when contract performance begins, in the case of agreements then in effect, and shall report subsequently effective agreements, provisions, or amendments promptly after they are negotiated.

(l) Variations, tolerances, and exemptions involving employment. Notwithstanding any of the provisions in paragraphs (c) through (k) of this clause, the following employees may be employed in accordance with the following variations, tolerances, and exemptions authorized by the Secretary of Labor:

(1) (i) In accordance with regulations issued under Section 14 of the Fair Labor Standards Act of 1938 by the Administrator of the Wage and Hour Division, ESA (29 CFR 520, 521, 524, and 525), apprentices, student-learners, and workers whose earning capacity is impaired by age or by physical or mental deficiency or injury, may be employed at wages lower than the minimum wages otherwise required by section 2(a)(1) or 2(b)(1) of the Service Contract Act, without diminishing any fringe benefits or payments in lieu of these benefits required under section 2(a)(2) of the Act.

(ii) The Administrator will issue certificates under the Act for employing apprentices, student-learners, handicapped persons, or handicapped clients of sheltered workshops not subject to the Fair Labor Standards Act of 1938, or subject to different minimum rates of pay under the two acts, authorizing appropriate rates of minimum wages, but without changing requirements concerning fringe benefits or supplementary cash payments in lieu of these benefits.

(iii) The Administrator may also withdraw, annul, or cancel such certificates under 29 CFR 525 and 528.

(2) An employee engaged in an occupation in which the employee customarily and regularly receives more than $30 a month in tips may have the amount of these tips credited by the employer against the minimum wage required by section 2(a)(1) or section 2(b)(1) of the Act, in accordance with regulations in 29 CFR 531. However, the amount of credit shall not exceed 40 percent of the minimum rate specified in section 6(a)(1) of the Fair Labor Standards Act of 1938 as amended.

**Blaine-Braswell & Associates Inc.**
10825 WATSON ROAD • P.O. BOX 8597 • ST. LOUIS, MISSOURI 63127 • (314) 966-2600

JAMES B. BLAINE
STACEY W. BRASWELL

JAMES N. BLAINE
ROGER M. BERENT

December 16, 1986

Mr. Bill Maender
LaBarge Electronics
707 North Second Street
P. O. Box 14499
St. Louis, MO 63178

RE: Library of Congress,
Pending Contract

Dear Bill:

As we discussed, pursuant to LaBarge's reorganization, if LaBarge is awarded the pending contract with Library of Congress, we will secure a surety bond guaranteeing faithful performance of such contract provided all underwriting requirements are met.

Sincerely,

BLAINE-BRASWELL & ASSOCIATES, INC.

James N. Blaine, CIC
President

JNB/gj

YOUR Independent Insurance AGENT
SERVES YOU FIRST

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE J3 OF PAGES 63

2. AMENDMENT/MODIFICATION NO. 2

3. EFFECTIVE DATE

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE
Library of Congress
Procurement & Supply Division
1701 Brightseat Road
Landover, MD 20785

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*
LaBarge Electronics
Attn: Tom R. Wright
9422 East 55th Place
Tulsa, OK 74145

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

CODE

FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The attached 62 pages of specifications are included in this contract for information purposes and to clarify design and assembly intent. All inconsistencies in specification between the attached and Section C shall be brought to the contracting officer's attention for resolution. In all cases, the responsibility for an acceptable product rests with LaBarge Electronics and in no case may this specification alter this responsibility.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*
Tom R. Wright, V.P. Contract Administration

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
John G. Kormos, Contracting Officer

15B. CONTRACTOR/OFFEROR [signature]
*(Signature of person authorized to sign)*

15C. DATE SIGNED 3-20-87

16B. UNITED STATES OF AMERICA BY [signature]
*(Signature of Contracting Officer)*

16C. DATE SIGNED 2-19-87

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA

# VOLUME II - PART 1 - EQUIPMENT DESCRIPTION

The attached Cross-reference Listing and Specifications describes how PHI TECH/TOHEI will fulfill each of the requirements set forth in the specification. On the next page each paragraph number in the NLS specification is listed in the first column. The second column tells whether we can and will meet the required specification, and the third column tells how we will meet the specification. <u>All specifications will be met</u>.

Where the inspection method is listed as VISUAL, the inspection method requires visual comparison of the affected part to the applicable drawing. This inspection includes physical measurements.

Where the inspection method is listed as other than visual, you are referred to the applicable paragraph in one of the attached PHI TECH/TOHEI specifications. The steps listed in the referenced PHI TECH/TOHEI specification paragraph are designed to insure that the affected part/assembly performs in accordance with the requirements.

In addition to meeting all of the required specifications, PHI TECH/TOHEI will exceed one of the important requirements by a wide margin. A two year warranty is required on the entire unit and we will comply. However, PHI TECH/TOHEI will also offer a five (5) year warranty on the deck and circuit boards covering both parts and labor. As verified in the PHI TECH/TOHEI Joint Venture Agreement, Tohei and Phi Technologies will be jointly and individually responsible for supporting this warranty. The actual repair work will be performed in Oklahoma City by Phi Technologies.

| EXAMINATIONS/MEASUREMENTS/TESTS | | CAPABLE | TEST METHODS |
|---|---|---|---|
| 3.3 | GENERAL DESIGN FUNCTIONS: | | |
| 3.3.1 | SIZE | YES | 1002-021, PARA 12.0 |
| 3.3.2 | WEIGHT | YES | VISUAL |
| 3.3.3 | CONTROLS | YES | VISUAL/OPERATIONAL |
| 3.3.4 | PUSH BUTTONS | YES | VISUAL |
| 3.3.5 | PUSH BUTTON COLOR CODING | YES | VISUAL |
| 3.3.6 | CASSETTE LOADING | YES | 1002-022, PARA 5.02h |
| 3.3.7 | JACK BANK | YES | VISUAL |
| 3.4 | CASE DESIGN: | | |
| 3.4.1 | MATERIAL | YES | VISUAL/VENDOR SPECIFICATIONS |
| 3.4.2 | STABILITY | YES | VISUAL/OPERATIONAL |
| 3.4.3 | RUBBER FEET | YES | VISUAL |
| 3.4.4 | DOOR ATTACHMENT | YES | VISUAL |
| 3.4.5 | HANDLE | YES | VISUAL |
| 3.4.6 | PROTUBERANCES | YES | VISUAL |
| 3.4.7 | SHOULDER STRAP | YES | VISUAL |
| 3.4.8 | POWER CORD | YES | 1003-053, PARA 6.0a |
| 3.4.9 | APPEARANCE | YES | VISUAL |
| 3.5 | BATTERY AND POWER SUPPLY: | | |
| 3.5.1 | BATTERY PERFORMANCE | YES | 1002-022, PARA 5.03j |
| 3.5.1.1 | BATTERY VOLTAGE | YES | 1002-022, PARA 5.03j |
| 3.5.1.2 | BATTERY CAPACITY | YES | 1002-022, PARA 5.03j |
| 3.5.1.3 | CHARGE RATE | YES | 1002-022, PARA 5.03j |
| 3.5.1.4 | CURRENT DRAIN | YES | 1002-022, PARA 5.03j |
| 3.5.2 | ISOLATION TRANSFORMER | YES | VISUAL |
| 3.5.3 | POWER SUPPLY PERFORMANCE | YES | 1002-022, PARA 5.03j |
| 3.5.4 | REVERSE BATTERY INSTALLATION | YES | VISUAL |
| 3.5.5 | FUSE | YES | VISUAL |
| 3.5.6 | UL APPROVAL | YES | DESIGN SUBMITTAL |
| 3.6 | TAPE HEAD: | | |
| 3.6.1 | NUMBER OF TRACKS | YES | VISUAL/VENDOR SPECIFICATIONS |
| 3.6.2 | TRACK SWITCHING | YES | 1002-022, PARA 5.02c |
| 3.6.3 | TRACK LOCATION | YES | VISUAL/VENDOR SPECIFICATIONS |
| 3.6.4 | CROSSTALK | YES | 1002-022, PARA 5.03e |
| 3.7 | SPEAKER: | | |
| 3.7.1 | IMPEDANCE | YES | VISUAL/VENDOR SPECIFICATIONS |
| 3.7.2 | OUTPUT CAPACITY | YES | 1002-022, PARA 5.03g |
| 3.8 | JACK BANK: | | |
| 3.8.1 | FUNCTIONS | YES | VISUAL |
| 3.8.2 | PROTECTION | YES | 1002-022, PARA 5.02f |
| 3.8.3 | EARPHONE AND HEADPHONE OUTPUT | YES | 1002-022, PARA 5.03f |
| 3.8.4 | AUXILIARY OUTPUT | YES | 1002-022, PARA 5.03i |
| 3.9 | MOTOR ASSEMBLY: | | |
| 3.9.1 | VOLTAGE | YES | VISUAL/VENDOR SPECIFICATIONS |
| 3.9.2 | TWO SPEED OPERATION | YES | 1002-022, PARA 5.02a |
| 3.9.3 | SPEED TOLERANCE | | |
| 3.9.3.1 | PLAY SPEED | YES | 1002-022, PARA 5.02a |
| 3.9.3.2 | FAST FORWARD SPEED | YES | 1002-022, PARA 5.03k |
| 3.9.4 | WOW AND FLUTTER | YES | 1002-021, PARA 5.01d |
| 3.9.5 | MOTOR ELECTRICAL NOISE | YES | 1002-022, PARA 5.03h |
| 3.9.6 | VARIABLE SPEED | YES | 1002-021, PARA 5.01d(3) |

Use or Disclosure of Data Contained on this Sheet is Subject to the Restrictions on the Title Page of This Proposal or Quotation.

PHI
Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-021

PRELIMINARY

INCOMING INSPECTION PLAN

NLS CASSETTE BOOK MACHINE


| | CONTENTS | Page |
|---|---|---|
| 1.0 | GENERAL | 3 |
| 2.0 | APPLICABLE DOCUMENTS | 3 |
| 3.0 | EQUIPMENT REQUIREMENTS | 3 |
| 4.0 | GENERAL REQUIREMENTS | 4 |
| 5.0 | DECK/SPEED CONTROL/EOT | 6 |
| 6.0 | MAIN BOARD | 10 |
| 7.0 | JACK PANEL BOARD | 11 |
| 8.0 | TRANSFORMER | 11 |
| 9.0 | SPEAKER | 11 |
| 10.0 | HARNESS ASSEMBLY | 12 |
| 11.0 | BATTERY | 12 |
| 12.0 | CASE | 12 |
| 13.0 | SWITCHES | 12 |
| 14.0 | POTENTIOMETERS | 12 |
| 15.0 | COMMON HARDWARE | 12 |


Use or [illegible] of Data Contained on This Sheet is Subject to the Restrictions on the Title Page of This Proposal or Quotation.

| APPROVAL | Applications Eng. | Engineering | Design | Manufacturing | Quality Control |
|---|---|---|---|---|---|
| | | | | | |

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-021

| REVISION | AUTHORITY | DATE | SHEETS AFFECTED | SIG |
|---|---|---|---|---|
| 01 | PRELIMINARY | 06-12-85 | ALL | CB |

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85 NUMBER 1002-021

1.0 GENERAL

1.01 This specification defines the requirements for the NLS CASSETTE BOOK MACHINE produced by PHI TECHNOLOGIES, INC.

1.02 Any disagreement relating to the permissable values described will be determined by Quality Assurance as the first authority and Design Engineering as a final authority.

2.0 APPLICABLE DOCUMENTS

2.01 Test Specifications

| Specification Numbers | Title |
|---|---|
| 1000-001 | Connecting Specification |
| 1000-017 | End User Inspection Specification |
| 1000-020 | Sound Technologies ST-1500 Procedures |
| 1001-017 | Opto Tach Deck Test Specification |
| 1002-001 | Inspecting Specification |

3.0 EQUIPMENT REQUIREMENTS

3.01 SOUND TECHNOLOGIES ST-1500 Tape Recorder Test System

3.02 Oscilloscope - Tektronic 5403 or equivalent

3.03 Frequency Counter - Heath E1A-416 or equivalent

3.04 Digital Voltmeter - Fluke 8000A or equivalent

3.05 Signal Generator - CSC 2001 or equivalent

3.06 Information Terminals M-300 Gage Set

3.07 Wow & Flutter Meter - Leader LFM-39A or equivalent

Use or Disclosure of Data Contained on this Sheet is Subject to the Restrictions on the Title Page of This Proposal or Quotation.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-021

3.08 Power Meter - General Radio 1840-A or equivalent

3.09 Flux Loop

3.10 Test Tapes

a. TEAC MTT-111 Flutter

b. TEAC MTT-113 Azimuth

c. TEAC MTT-902T Tape Path Checker

d. BASF DIN Calibration

e. SONY TW-2111A Cassette Torque Meter

f. SOUND TECHNOLOGY SCC-401

g. 1 7/8 Speed Test Tape

h. 15/16 Speed Test Tape

i. Channel Identification

3.12 Deck/PCB Tester

4.0 GENERAL REQUIREMENTS

4.01 All subassemblies for which an individual test specification is applicable must have been inspected and appropriately marked before installation in the unit.

4.02 All hardware must be tightened to assembly drawing specifications.

4.03 All solder joints must be inspected and be of acceptable quality (REF: 1000-001)

4.04 All wires are to be dressed and must be a minimum of .250 inch away from all moving parts.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-021

4.05 All fasteners must be secured by a locking compound, LOCKTITE 240 or equivalent

4.06 Reel rest assemblies shall clear all non-moving parts by a minimum of .020 inch through their full 360 degrees of rotation.

4.07 The reel drive belt must be parallel to the chassis top surface within .032 inch measured at the two extreme ends of the loop the belts operate in.

4.08 The reel rest slider and sleeve must be completely free of flashing and burrs.

4.09 After being fully depressed, the slider must return freely to the normal position due to spring pressure only.

4.10 The capstan flywheel and capstan motor pulley each must be at a height such that the capstan belt operates in a single plane parallel to the chassis within .062 inch at the extreme ends of the belt.

4.11 The capstan shaft shall be perpendicular to the cassette operating plane within 1 degree

4.12 The head height and head penetration shall be within the limits established by an INFORMATION TERMINALS M-300 gage set.

4.13 The head zenith will be such that, when using the INFORMATION TERMINALS M-300 Gage set, visual error will be .005 inch or less.

Use or Disclosure of Data Contained on This Sheet is Subject to the Restriction on the Title Page of This Proposal or Quotation.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-021

5.0 DECK/SPEED CONTROL/EOT FUNCTIONAL TEST

5.01 All the following tests are to be performed with the unit test fixture connected to the respective deck assembly.

a. The following are definitions of the various operational modes of the deck:

1. STOPPED - Head disengaged and no tape motion
2. RUN - Head engaged, tape being moved at normal operational speed by the capstan and pinch roller.
3. REWIND - Head partially engaged and the tape moving at 250 r.p.m. in a reverse direction
4. FAST FORWARD - Same as 3 except that the tape is moving in a forward direction

b. Torque Test:

1. Insert the TW-2111A Torque test tape into the deck and check the following parameters:
   a. Running Torque - 35 to 70 gr-cm (measured at the take-up spindle)
   b. Fast Forward/Rewind mode - 55 gr-cm (minimum)
   c. Hold back torque - 1 to 6 gr-cm in play mode

c. Azimuth Test:

1. Connect the oscilloscope to the AUX OUT jack (J-3)
2. Insert the TEAC MTT-113 Azimuth test tape into the deck
3. Adjust the head azimuth for maximum signal output

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-021

d. Wow and Flutter Test:

1. Connect the Wow & Flutter meter to the AUX OUT jack
2. Insert a 15/16 IPS first generation tape into the deck
3. Set the SPEED switch to 15/16 IPS
4. Enter the deck into PLAY
5. The WOW & FLUTTER should be less than 0.65% WRMS
6. Remove the 15/16 IPS tape and insert a 1 7/8 IPS
7. Enter the deck into PLAY
8. The WOW & FLUTTER should be less than 0.5% WRMS

d. Speed Test:

1. 1 7/8 IPS
   (a) On the Motor Speed Control PCB:
      (1) Short pins 1 & 8 of the connector together
      (2) Short pins 3 & 5 of the connector together
   (b) Connect a Frequency counter to the AUX out jack
   (c) Insert the TEAC MTT-111 test tape into the deck
   (d) Adjust VR-3 for 3000 Hz (VR-3 is potentiometer nearest the connector.

Use or disclosure of data contained on this sheet is subject to the restrictions on the Title Page of This Proposal or Quotation.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85 NUMBER 1002-021

2. 15/16 IPS
   - (a) On the Motor Speed Control PCB
     - (1) Short pins 1 & 7 of the connector together
     - (2) Short pins 3 & 4 of the connector together
   - (b) Connect the Frequency Counter to the AUX out jack
   - (c) Insert the TEAC MTT-111 test tape into the deck
   - (d) Enter the deck into RUN
   - (e) Adjust VR-2 for 1510 Hz (VR-2 is the potentiometer furthest from the connector)
3. VARIABLE (Low speed)
   - (a) On the Motor Speed Control PCB
     - (1) Connect a 200 ohm resistor between pins 2 and 8 of the connector.
     - (2) Short pins 3 and 5 of the connector
   - (b) Apply 8.5 VDC to pin 9 of the connector
   - (c) Insert the TEAC MTT-111 test tape into the deck
   - (d) Place the deck into RUN
   - (e) The frequency must be less than 2400 Hz
   - (f) Move the 200 ohm resistor to between pin 2 & 7
   - (g) Move the short to between pins 3 & 4
   - (h) Place the deck into RUN
   - (I) The frequency must be less than 1200 hz

... Data Contained ... Subject to the ... on the Title Page of This Proposal or Quotation.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85 NUMBER 1002-021

4. VARIABLE (High Speed)

(a) On the Motor Speed Control PCB

(1) Connect a 10K resistor between pins 2 & 8 of the connector

(2) Short pins 3 & 5 of the connector together

(b) Apply 8.5 VDC to pin 9 of the connector

(c) Insert the TEAC MTT-111 test tape into the deck

(d) Enter the deck into RUN

(e) The frequency must be more than 6000 Hz

(f) Move the 10 K resistor to between pins 2 & 7

(g) Move the short to between pins 3 & 4

(h) Place the deck into RUN

(i) The frequency must be more than 3000 Hz

f. Automatic Shut-off Test (EOT/BOT):

1. Insert a blank tape into the deck

2. Fast Forward the tape to EOT

3. Insure that the unit shuts OFF within 1.5 to 2.5 seconds after reaching EOT

4. Repeat the test in the PLAY mode

5. Repeat the test by Rewinding the tape to BOT

Use or Disclosure of Data Contained on This Sheet is Subject to the Restrictions on the Title Page of This Proposal or Quotation

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-021

6.0 MAIN BOARD ACCEPTANCE TEST

6.01 Insure correct assembly

6.02 Route the board through the PCB area for switch installation

6.03 Upon receipt from PCB area:

a. Functional Test:

1. Connect the oscilloscope to the AUX OUT jack (J-3)
2. Insert the TRACK IDENTIFICATION tape into the deck and enter play
3. Insure that the signal amplitude can be varied with the volume control
4. Repeat the AUTOMATIC SHUT-OFF TEST (REF: Para5:01f)
5. Insure that the speed can be varied with the VARIABLE SPEED control
6. Insure that the speed can be switched between 15/16 IPS and 1 7/8 IPS.
7. Insure that the deck will switch tracks with actuation of the tracks SIDE switch
8. Turn up the volume and insure that the tone of the signal can be varied with the TONE control

Use or Disclosure of Data Contained on This Sheet is Subject to the Restrictions on the Title Page of This Proposal or Quotation.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-021

7.0 JACK PANEL BOARD ACCEPTANCE TEST

7.01 Insure correct assembly

7.02 Connect the PCB to the test fixture

7.03 Functional Test

a. Insert a test cassette into the deck and enter play.

b. Using an oscilloscope, insure that there is and output from the following:

1. J-1 - Earplug
2. J-3 - AUX out
3. J-5 - Headphone
4. Speaker

c. Insert a test switch into J-4

1. Turn the machine ON with the PLAY button
2. Insure that the unit may be turned ON and OFF via the test switch.

d. Apply a signal to the Aux In Jack J-2

1. Insure the signal is audible through either J-1 or J-5

8.0 TRANSFORMER

8.01 Inspect per drawing #40457

9.0 SPEAKER

9.01 Inspect per drawing #57787-001

... Subject to the ... the Title Page of This Proposal or Quotation.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85 NUMBER 1002-021

10.0 HARNESS ASSEMBLY

10.01 Inspect per drawing #40609

11.0 BATTERY

11.01 Inspect per drawing #57857

12.0 CASE

12.01 Inspect the bottom per drawing #40509

12.02 Inspect the top per drawing #40500

12.03 Inspect the back panel per drawing #40511

12.04 Inspect the cassette door per drawing #40512

13.0 SWITCHES

13.01 Inspect per drawing #57468

14.0 POTENTIOMETERS

14.01 Inspect per drawings #54111 & 57158

15.0 COMMON HARDWARE

15.01 Inspect per respective drawings

Use or Disclosure of Data ... is subject to ... on the Title Page of This Proposal or Quotation.

**PHI Technologies, Inc.**
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85 NUMBER 1002-022

PRELIMINARY

FINISHED GOODS INSPECTION PROCEDURE

NLS CASSETTE BOOK MACHINE

| CONTENTS | | Page |
|---|---|---|
| 1.0 | GENERAL | 3 |
| 2.0 | APPLICABLE DOCUMENTS | 3 |
| 3.0 | EQUIPMENT REQUIREMENTS | 3 |
| 4.0 | GENERAL REQUIREMENTS | 4 |
| 5.0 | TESTING METHODS | 5 |

PRELIMINARY

... Data Contained ... subject to the ... on the Title Page of This Proposal or Quotation.

| APPROVAL | Applications Eng. | Engineering | Design | Manufacturing | Quality Control |
|---|---|---|---|---|---|
| | | | | | |

004

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-022

| REV | AUTHORITY | DATE | SHEETS AFFECTED | SIG |
|---|---|---|---|---|
| 01 | PRELIMINARY | 06-13-85 | ALL | CB |

Data Contained
subject to the
Title Page of
This Proposal or Quotation.