PHI
Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-022

1.0 GENERAL

1.01 This specification defines the requirements for the NLS CASSETTE BOOK MACHINE produced by PHI TECHNOLOGIES, INC.

1.02 Any disagreement relating to the permissable values described will be determined by Quality Assurance as a first authority and Design Engineering as the final authority.

2.0 APPLICABLE DOCUMENTS

2.01 Test Specifications

| Specification Number | Title |
|---|---|
| 1000-001 | Connecting Specification |
| 1000-017 | End Users Inspection Specification |
| 1000-020 | Sound Technologies ST-1500 Procedures |
| 1001-017 | Opto Tach Deck Specification |
| 1002-001 | Inspecting Specification |
| 1002-021 | Incoming Inspection, NLS CASSETTE BOOK MACHINE |

3.0 EQUIPMENT REQUIREMENTS

3.01 SOUND TECHNOLOGIES ST-1500 Tape Record Test System

3.02 Oscilloscope - Tektronix 5403 or equivalent

3.03 Frequency Counter - Heath E1A-416 or equivalent

3.04 Digital Voltmeter - Fluke 8000A or equivalent

3.05 Signal Generator - CSC2001 or equivalent

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-022

3.06 Audio Oscillator - Motorola S1067B or equivalent

3.07 Wow & Flutter Meter - Leader LFM-39A or equivalent

3.08 Power Meter - General Radio 1840-A or equivalent

3.09 Flux Loop

3.10 Distortion Analyzer - Hewlett Packard 339A or equivalent

3.11 Information Terminals M-300 Gage Set

3.12 Band Pass Filter - GR 1952 or equivalent

3.13 Test Tapes

a. TEAC MTT-111 Flutter

b. TEAC MTT-113 Azimuth

c. TEAC MTT-902T Tape Path Checker

d. BASF DIN Calibration

e. SONY TW-2111A Cassette Torque Meter

f. SOUND TECHNOLOGY SCC-401

g. Voice-Over Indexing/Fast Forward Test

h. Crosstalk Test

i. Reference Cassette/Harmonic Distortion

j. Reference Cassette/Frequency Response - Azimuth

k. 1 7/8 IPS First Generation Speed

l. 15/16 IPS First Generation Speed

m. Channel Identification

Use or Disclosure of Data Contained on this sheet is Subject to the Restrictions on the Title Page of This Proposal or Quotation

4.0 GENERAL REQUIREMENTS

4.01 A complete record of all test results will be maintained

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-022

and contain the following information:

a. Lot Number

b. Lot Sample

c. Type Equipment Used

d. Inspector

e. Date of Test

4.02 Written Certification of Testing is required

5.0 TESTING METHODS

5.01 Deck Parameters:

a. Utilize the Information Terminals M-300 gage and check:

1. Head Height

2. Head Depth

3. Head Zenith

b. Utilize the Sony TW-2111A Torque Test Tape and check:

1. Torque at the take-up spindle

(a) Running - 35 to 70 gr-cm

(b) Fast Forward - 55 gr-cm (minimum)

2. Torque at the supply spindle

(a) Rewind - 55 gr-cm (minimum)

c. Utilize the TEAC MTT-902T Tape Path Checker and check:

1. Deck for proper tracking through the tape guides and the accross the pinch roller

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-022

5.02 Operational Tests:

a. Speed Control -

1. Install the TEAC MTT-111 Test Tape into the deck
2. Connect the Frequency Counter to the AUX OUT jack (J-3)
3. Enter the unit into PLAY mode
4. Set the SPEED switch to 1 7/8 IPS
5. The frequency should read 3000 Hz +/- 60 Hz
6. Move the SPEED switch to 15/16 IPS
7. The frequency should read 1510 Hz +/- 30 Hz
8. Move the VARIABLE SPEED CONTROL out of detent and note that the speed can be increased and decreased as the control is moved.
9. Place the VARIABLE SPEED CONTROL back into detent and insure that the speed is either 15/16 IPS or 1 7/8 IPS.

b. Volume and Tone Controls:

1. Install a pre-recorded audio test tape into the deck
2. Enter the unit into play
3. Insure that the volume and tone can be controlled by the VOLUME and TONE controls and that the audio is not and intelligible distorted sound.

c. Track Switching:

1. Install the Track Identification Test tape into the deck

... Data Contained ... subject to the ... on the Title Page of This Proposal or Quotation.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-022

2. Place the SIDE switch in the 1-2 position
3. Enter the the unit into the PLAY mode
4. Connect an oscilloscope to the AUX OUT jack (j-3)
5. Observe the signal on the scope
6. Move the SIDE switch to the 3-4 position
7. The frequency of the signal should change

d. Tape/Head contact:

1. Enter the deck into fast forward and rewind and note that the head contacts the tape

e. Full Throw Locking:

1. Actuate all switches a minimum of 5 times and observe that the linkage does not bind up.

f. Short Protection:

1. Install locally prepared shorted test plugs into the EARPHONE (J-1) and HEADPHONE (J-5) jacks.
2. Enter the unit into PLAY mode.
3. Remove the shorted plugs and insure a signal is still present from the EARPHONE and HEADPHONE jacks.

g. Automatic Shutoff:

1. Fast Forward the tape to within a few seconds of the end of the tape.

Use or Disclosure of Data Contained on this Sheet is Subject to the Restrictions on the Title Page of this Proposal or Quotation.

PHI
Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE UNE '85

NUMBER 1002-022

2. Note that when the unit reaches the end of the tape, the deck will stop within 1.5 to 2.5 seconds.
3. Repeat the test 5 times in each the 15/16 speed and the 1 7/8 speed.

h. Cassette Loading:

1. Insert and remove the tape a minimum of 4 time to insure ease of loading

5.03 In-Depth Testing

a. Amplifier Output and Harmonic Distortion;

1. Disconnect the speaker
2. Connect the Power Meter across the speaker terminals
3. Set the Power Meter for a 4 ohm load
4. Insert a 15/16 IPS test tape recorded at 1KHz into the deck
5. Enter the unit into PLAY mode
6. Set TONE control to maximum boost
7. Adjust the VOLUME control for a reading of 750 mw minimum
8. Remove the test tape but do not disturb the volume setting
9. Connect the leads from the flux loop to an Audio Signal Generator and insert the loop securely in front of the playback head.
10. Adjust the generator for a 1 KHz signal and raise is output to duplicate the power reading in step 7.

NOTE: The oscilloscope shall not exhibit crossover distortion.

Use or Disclosure of Data Contained on This Sheet is Subject to the Restrictions on the Title Page of This Proposal or Quotation.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-022

11. Reduce tha machine's volume setting to 600 mw.
12. Connect a Distortion Analyzer in parallel and record the Harmonic Distortion (Should not exceed 3% at 600 mw)

b. Frequency Response:

1. Set up the Sound Tech per specification 1000-020
2. Substitute a four ohm load for the speaker
3. Set the TONE control to maximum
4. Connect the Sound Tech to the HEADPHONE jack (J-5)
5. Insert the DIN Calibration tape into the deck
6. Adjust the VOLUME control for 200 mv RMS at 315 Hz as read on the Sound Tech
7. Access the Frequency Response section of the tape and run a frequency response test using the Sound Tech.
   a. 1 7/8 - flat within 3dB from .125 KHz to 8 KHz
   b. 15/16 - flat within 3dB from .250 KHz to 4 KHz
8. Make a print of the results and annotate with unit S/N

c. Tone Control:

1. Set the TONE control for maximum effect and repeat step b (Frequency Response)
2. The Frequency Response shall roll off at approximately 6 dB/octive at 2.0 KHz

d. Signal-to-Noise Ratio:

PHI
Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-022

1. Install the Reference Tape into the deck
2. Set VOLUME control to maximum
3. Adjust the TONE control for the flattest frequency response
4. Measure the voltage across the resistive load that was substituted for the speaker. Refer to this reading as Vo.
5. Remove the signal source
6. Again measure the voltage across the resistive load. Refer to this reading as Vn.
7. Calculate the Signal-to-Noise ratio using the following formula:

   S/N = (20 Log10 V0/Vn)dB
8. The unweighted Signal-to-Noise ratio shall be 50 dB minimum at either 15/16 or 1 7/8 IPS

e. Interchannel Crosstalk:

1. Insert the Crosstalk test tape into the deck
2. Set the TONE control to maximum
3. Disconnect the speaker and terminate with a 4 ohm load
4. Set Bandpass Filter to 1 KHz
5. Set VOLUME for 3/4 rated power (750 mw)
6. Measure the voltage across the load and designate as Vo
7. Toggle the SIDE switch

... contained ... to the ... Page of ... Proposal or Quotation.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85 NUMBER 1002-022

8. Again measure the voltage across the load. Designate as V1
9. Calculate the Crosstalk using the following formula:

   Crosstalk (dB) = 20 Log10 V1/Vo
10. Interchannel crosstalk shall be -45dB or better between 200 Hz and 5.0 KHz

f. Earphone and Headphone Output

1. Set the Power Meter for 8 ohms termination
2. Insert the DIN calibration tape
3. Access the Azimuth alignment section
4. Connect the Power Meter to the EARPHONE jack (J-1)
5. Enter the unit into the PLAY mode
6. The output from the EARPHONE jack shall be 25 mw
7. Repeat steps 3 thru 6 with the Power Meter connected to the Headphone Jack (J-5)

g. Sound Pressure Level

1. Place unit in a Anechoic (Soundproof) Champer
2. Separate the microphone from the unit by 1.7 meters
3. Orientate the microphone perpendicular to the unit
4. Set the signal input to the syster at a level referenced to 80 dB Sound Pressure Level at 1000 Hz without clipping.
5. Connect a signal generator to the PREAMP input.

Data Contained ... subject to the ... Restrictions on the Title Page of This Proposal or Quotation.

PHI
Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-022

6. Equalize the signal generator input to the reference level.
7. Vary the frequency of the signal generator to test the following frequencies:

   0.330 KHz 0.700 KHz 1.5 KHz 2.5 KHz 3.5 KHz

   0.500 KHz 1.0 KHz 2.0 KHz 3.0 KHz 4.0 KHz

   Variations between test frequencies shall not exceed +/- 6 dB with the exceptions of the 0.200 and 5.0 KHz. At .200 and 5 KHz the Sound Pressure Level shall not be more than 6 dB down reference Sound Pressure Level at 1.0 KHz. The system shall not exhibit a clipped waveform at any test frequency, nor exceed 3 % Harmonic Distortion at any frequency measured.

h. Machine Noise:

1. Place the unit in a anechoic chamber.
2. Place the microphone 1.7 meters from the case outer surface.
3. Turn the unit VOLUME control to minimum
4. Conduct an Octive band analysis of 4 quadrants
5. The mechanically generated noise from the unit shall not exceed the Background Reference Level of the anechoic chamber by more than 2 dB in any octive measured.

PHI
Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-022

i. Auxilliary Output Voltages

1. Terminate the AUX OUT jack (J-3) with 50K load
2. Install the DIN reference tape into the deck
3. Enter the unit into PLAY mode at 1 7/8 IPS
4. Measure the voltage across the 50K load
5. The output shall be 100 mv

j. Battery Test:

1. Connect a 45 ohm, 5 watt resistor in series with a current reading meter. Connect a voltmeter in parallel with the 45 ohm resistor. From the fully charged state (7.2 VDC) until the cut off state (6.0 VDC) the time should not be less than 6 hours.

k. Fast-Forward Time:

1. Install a C-90 cassette into the unit
2. Place the variable speed control to normal
3. Set the speed selector switch to 15/16 IPS
4. Place the unit in the fast forward mode of operation and monitor the fast forward with a strobescope. The speed must be 250 r.p.m. +/- 10%.

PHI
Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1003-053

PRELIMINARY

## UNIT ASSEMBLY METHODS

## NLS CASSETTE BOOK MACHINE

| CONTENTS | | Page |
|---|---|---|
| 1.0 | GENERAL | 3 |
| 2.0 | APPLICABLE DOCUMENTS | 3 |
| 3.0 | EQUIPMENT REQUIREMENTS | 3 |
| 4.0 | CASE TOP ASSEMBLY | 3 |
| 5.0 | CASE BOTTOM ASSEMBLY | 4 |
| 6.0 | CORD STOWAGE WALL ASSEMBLY | 6 |
| 7.0 | JACK PLATE ASSEMBLY | 6 |
| 8.0 | AMP/EOT PCB ASSEMBLY | 7 |
| 9.0 | TRANSPORT ASSEMBLY | 7 |
| 10.0 | COMPONENT INST TO CASE TOP | 7 |
| 11.0 | UNIT ASSEMBLY | 8 |
| 12.0 | OPERATIONAL LIFE TEST | 9 |

PRELIMINARY

... Data Contained ... is Subject to the ... on the Title Page of This Proposal or Quotation.

| APPROVAL | Applications Eng. | Engineering | Design | Manufacturing | Quality Control |
|---|---|---|---|---|---|
| | | | | | |

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1003-053

| REV | AUTHORITY | DATE | SHEETS AFFECTED | SIG |
|---|---|---|---|---|
| 01 | PRELIMINARY | 06-13-85 | ALL | CB |

[illegible] of Data Contained [illegible] is Subject to the [illegible] on the Title Page of This Proposal or Quotation.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1002-053

1.0 GENERAL

1.01 This specification defines the proper assembly procedures for the NLS CASSETTE-BOOK MACHINE units produced by PHI TECHNOLOGIES, INC.

1.02 Any disagreement relating to the unit assembly and/or appearance will be determined by Quality Assurance as a first authority and Design Engineering as a final authority.

2.0 APPLICABLE DOCUMENTS

2.01 Assembly Drawings

| Drawing Number | Title |
| --- | --- |
| 1000-017 | End User Assembly Specification |
| 1002-005 | Quality Control Inspection Specification |

3.0 EQUIPMENT REQUIRED

3.01 Soldering Iron

3.02 Hand Tools

4.0 CASE TOP ASSEMBLY

a. Install the Switch ID Plate (53603) on the right top of the case top

b. Install the Key ID plate (53601) to left front of the case top.

c. Install the Pre-amp Shield (40579) to the left center of the bottom of the case top

Use of the Data Contained on this Sheet is Subject to the Restrictions on the Title Page of This Proposal or Quotation

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85 NUMBER 1003-053

d. Door & Spring Assembly (40673)

1. Assemble the Cassette Door

(a) Install the window (40507) into the door (40512)

(b) Install the eject spring (54344) into the door

(c) Install the holddown spring (91971) into the door

(1) Install retaining ring (50057) to hold down the holddown spring

2. Slide the door spring (54330) onto the door pivot rod (40518)

3. Assemble the door assembly onto the case top using the door spring/door pivot rod assy (step 2), two (2) flat washers (40659) and two (2) screws (58420-100). Insure the spring is positioned so as to raise the door.

e. Install the speaker cloth (40533) over the speaker access hole.

f. Install the speaker (57787) over the speaker cloth and attach with two (2) speaker brackets (40655) and two (2) self threading 3/8 inch screws.

g. Install the head adjust access cover (40508) onto the case top

5.0 CASE BOTTOM ASSEMBLY

a. Install two (2) inserts (57856) into the front two (2) holes of the case bottom (40577)

b. Insert the two (2) battery clips (40510) into the slots in the battery compartment on the case bottom

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85 NUMBER 1003-053

c. Attach the tether strap (57790) to the battery door (40510) using one (1) rivet (50015)

d. Attach the battery door w/strap to the case bottom with the remaining rivet (50015)

e. Attach the serial number plate (53604) at the center of door

f. Install the battery (57857) into the battery compartment

g. Position the battery door onto the battery compartment and secure with two (2) screws (58420)

h. Remove the backing from the Bottom info plate (53602) and attach the plate to its location on the case bottom

i. Insert two (2) springs (54331) and two (2) detent buttons (40501) into the two holes at each side of the front of the inside of the case bottom

j. Attach the cord clip (52852) to the inside of the case bottom at a location just to the rear of the battery compartment

k. Battery Cable Assembly:

1. Install the two (2) terminal and wire assemblies (40586) into the connector (53043), red wire to pin 1
2. Attach the end of the red wire to the fuse strip (57883)
3. Attach a 1 1/2 inch piece of red wire to the other end of the fuse clip. Install a PIDG terminal to the other end of the wire and connect the wire to the positive battery terminal.

... Contained ... subject to the Restrictions on the Title Page of This Proposal or Quotation.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85 NUMBER 1003-053

4. Mount the fuse clip assembly to the case bottom at a location just forward of the battery compartment and secure with a self threading screw
5. Connect the other end of the black wire to the negative battery terminal
6. Route the long red and black wires through the cord clip installed in step i
7. Install the fuse (50547) into the fuse clip

6.0 CORD STOWAGE WALL ASSEMBLY

a. Insert the power cord (52803) through the cord stowage wall (40511) so that approximately 8 inches of the cord protrudes and secure with a strain relief (50489)

b. Solder the line cord to the black transformer leads of the transformer assembly (40457) and insulate with the two (2) connector splices (52390)

c. Transformer Assembly:

1. Attach the bracket (40742) to the base of the transformer (56742) with two (2) rivets (50015)
2. Attach two (2) terminals (53044) to the ends of the red wires and install into a connector (53043)

7.0 JACK PLATE ASSEMBLY

a. Attach the wiring harness (40609) to the Headphone jack (40585) per drawing 40608

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85 NUMBER 1003-053

b. Install the headphone jack assembly (40585) into the jack plate (40513) using the nut (53869)

c. The wiring harness (40609) consists of two (2) wires (54870) and one (1) wire (40586)

8.0 AMPLIFIER/EOT PRINTED CIRCUIT BOARD ASSEMBLY

a. Install a 13K potentiometer (57158) into the R-20 location on the PCB (40740)

b. Install a 100K potentiometer (54111) into the R-12 location on the PCB (40740)

c. Install a 100K potentiometer (54111) into the R-8 location on the PCB (40740)

d. Install a rocker switch (57468) into the S-1 location on the PCB (40740)

e. Install a rocker switch (57468) into the S-4 location on the PCB (40740)

9.0 TRANSPORT ASSEMBLY

a. Mount the transformer assembly (40457) to the transport assembly (40521) using one screw (51849)

b. Install terminals (53044) to the ends of the head wires and install into connector "A"

10.0 COMPONENT INSTALLATION INTO CASE TOP

a. Amplifier/EOT PCB:

... Subject to the ... on the Title Page of This Proposal or Quotation

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85 NUMBER 1003-053

1. Connect connector "A" to the 10 pin jack insuring that the green wire is in the pin number 1 location
2. Connect connector "B" to the 9 pin jack insuring that the blue wire is in the pin number 1 location
3. Mount the PCB into the case top and secure with four (4) self threading screws

b. Connect the two speaker wires from the wiring harness

c. Solder the red and black wires from pins 1 and 2 of connector "D" to the reed switch on the transport

d. Attach connector "G" to the Jack panel PCB insuring that the green wire is in the pin number 1 position

e. Install the transformer connector "H" to the Jack panel PCB

f. Mount the Jack Panel PCB to the case top using two (2) screws

g. Mount the transport assembly (40521) to the case top and secure using four (4) screws (58420)

h. Attach the cord stowage wall to the case top and secure with one (1) screw (58420)

11.0 UNIT ASSEMBLY (FINAL)

a. Connect the battery connector "K" from the bottom panel to the jack panel PCB

b. Position the handle (40505) into the case bottom assembly

c. Position the case top and case bottom together. Insure that no wires are pinched.

Use ... Subject to ... on the Title Page of ... Proposal or Quotation.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85 NUMBER 1003-053

d. Secure the case bottom to the case top with four (4) screws

e. Install four (4) rubber feet into the screw access holes

f. Insure that the handle moves freely

12.0 UNIT OPERATIONAL LIFE TEST

a. Set the SPEED switch to the 15/16 IPS position

b. Install a pre-recorded C-90 test cassette

c. Deliver the unit to the life test area

d. Connect the AC power cord to a 115 VAC source

e. The unit shall be on continual play for five (5) days

... subject to the ... on the Title Page of This Proposal or Quotation.