PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1003-054

PRELIMINARY

PRE-SHIP/SHIPPING METHODS

NLS CASSETTE-BOOK MACHINE

| CONTENTS | Page |
|---|---|
| 1.0 GENERAL | 3 |
| 2.0 APPLICABLE DOCUMENTS | 3 |
| 3.0 EQUIPMENT REQUIREMENTS | 3 |
| 4.0 UNIT PREPARATION | 3 |
| 5.0 PRE-SHIP METHODS | 4 |
| 6.0 SHIPPING METHODS | 4 |

PRELIMINARY

| APPROVAL | Applications Eng. | Engineering | Design | Manufacturing | Quality Control |
|---|---|---|---|---|---|
| | | | | | |

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1003-054

| REV | AUTHORITY | DATE | SHEETS AFFECTED | SIG |
|---|---|---|---|---|
| 01 | PRELIMINARY | 06-14-85 | ALL | CB |

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85 NUMBER 1003-054

1.0 GENERAL

1.01 This specification defines the proper PRE-SHIP/SHIPPING methods relating to the NLS CASSETTE-BOOK MACHINE produced by PHI TECHNOLOGIES, INC.

1.02 Any disagreement relating to the methods listed will be determined by Quality Assurance as a first authority and Design Engineering as a final authority.

2.0 APPLICABLE DOCUMENTS

2.01 Drawings

| Drawing Number | Title |
|---|---|
| 40522 | Cassette Packaging Ass'y, Final |

3.0 EQUIPMENT REQUIREMENTS

3.01 Foam In-place machine

3.02 Tape Dispenser

3.03 Hand Tools

a. Screwdriver - #1 Phillips

b. Nut Driver - 1/8"

c. Utility Knife

4.0 UNIT PREPARATION AFTER FINAL UNIT TEST

a. Reconnect the speaker wires

b. Mount the Jack Panel PCB

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85 NUMBER 1003-054

c. Assemble the case

d. Insert a test cassette and insure that all unit controls are functional.

5.0 PRE-SHIP METHODS

a. Install the CN1B label (58105-000) to the case bottom

b. Insure serial ~~number label (58024-000) is~~ in place

c. Assemble required information to be shipped with each unit:

1. Instruction Sheet - 38108-452
2. Manifold Inv. Sheet - 52276-000
3. Brailled Instruction Card - 52277-000
4. Postal Card - 52275-000
5. Manifold Inv. Sheet - 52276-002
6. Envelope Inventory - 96-23894
7. Cassette Introduction - 56422-000

... to the ... Page of ... Proposal or Quotation.

d. Install the Instructional Cassette and set VOLUME, TONE and SPEED controls for normal listening of the cassette.

e. Tape down the control to prevent accidental disturbance during shipment.

6.0 SHIPPING METHODS

a. The units will be packed for shipment, four to an overpack, each unit packed in polyfoam cocoon and in its own individual cardboard carton. Each carton and the overpack will be marked on the outside.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1003-054

b. The individual machine container will be marked per carton drawing 56848

c. The overpack container will be marked per carton drawing 56847

d. Placement of the machine inside the container shall agree with the direction of the arrows so that when the container is opened, the machine will be found with the cabinet handle easily accessable, and in its normal operating position.

e. The foam pack shall be constructed per drawing 40538.

f. The materials listed in paragraph 5.0c and an operating manual will be packed with each unit.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1003-055

PRELIMINARY

## ENVIRONMENTAL/LABORATORY TESTING

## NLS CASSETTE-BOOK MACHINE

CONTENTS

| | CONTENTS | Page |
|---|---|---|
| 1.0 | GENERAL | 3 |
| 2.0 | APPLICABLE DOCUMENTS | 3 |
| 3.0 | EQUIPMENT REQUIREMENTS | 3 |
| 4.0 | HUMIDITY | 4 |
| 5.0 | DROP TESTING | 4 |
| 6.0 | VIBRATION TESTING | 4 |
| 7.0 | OPERATIONAL LIFE TEST | 4 |
| 8.0 | SOUND PRESSURE LEVEL | 5 |
| 9.0 | MACHINE NOISE | 6 |

... Title Page of ... Quotation.

PRELIMINARY

| APPROVAL | Applications Eng. | Engineering | Design | Manufacturing | Quality Control |
|---|---|---|---|---|---|
| | | | | | |

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1003-055

| REV | AUTHORITY | DATE | SHEETS AFFECTED | SIG |
|---|---|---|---|---|
| 01 | PRELIMINARY | 06-14-85 | ALL | CB |

This Proposal or Quotation.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1003-055

1.0 GENERAL

1.01 This specification defines the Environmental and Laboratory test that are required on the NLS CASSETTE-BOOK MACHINE produced by PHI TECHNOLOGIES, INC.

1.02 Any disagreement relating to the tests required will be determined by Quality Assurance as the first authority and Design Engineering as a final authority.

2.0 APPLICABLE DOCUMENTS

2.01 Specifications

| Specification Number | Title |
|---|---|
| 1002-021 | Incoming Inspection |
| 1002-022 | Final Inspection |
| NLS Spec # 101 | Cassette-Book Machines |

3.0 EQUIPMENT REQUIREMENTS

3.01 All equipment listed in Specification 1002-022

3.02 Anechoic Chamber

3.03 Environmental Chamber - Must be capable of producing 95% relative humidity and have a temperature range of- -12 degrees C to 93 degrees C

3.04 Vibration Chamber - Must be capable of producing 0.24" displacement and a frequency of 35 cycles per second.

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85 NUMBER 1003-055

4.0 HUMIDITY

4.01 Procedure:

a. The unit will be placed in the Environmental Chamber which is set for a minimum of 90% Relative Humidity at 40 degrees C and cycled as follows:

1. 16 hours in the high humidity chamber
2. 8 hours at 4.5 degrees C and 90% Relative Humidity

b. The unit will be cycled three (3) times.

c. Fifteen minutes after the obvious moisture has been wiped away the unit will be tested per paragraph 5.02 of specification 1002-022

5.0 DROP TESTING

a. The packaged unit will be subjected to a Category 1 droptest of 18 inches

b. The unit will be tested per paragraph 5.02 of 1002-022

6.0 VIBRATION TESTING

a. The packaged unit will be tested for a one (1) hour duration at 0.24" displacement (0 +/- 0.12" excursion) and a frequency of 35 cycles per second

b. The unit will be tested per paragraph 5.02 of specification 1002-022

7.0 OPERATIONAL LIFE TEST

Contained ... Subject to the ... the Title Page of This Proposal or Quotation

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1003-055

7.01 Procedure:

a. Install a pre-recorded cassette into the unit

b. Set the SPEED switch to 15/16 IPS

c. The unit will be subjected to repetive cycling for 40 cycles or failure, whichever comes first

NOTE: One (1) cycle is playing a full length C-90 cassette in both directions

d. The Wiebull distribution technique shall be used to project 1000 hours MTBF for the unit.

8.0 SOUND PRESSURE LEVEL

8.01 Procedure:

a. Place the unit in an ANECHOIC (soundproof) Chamber

b. Separate the microphone from the unit by 1.7 meters

c. Orientate the microphone perpendicular to the unit

d. Set the signal input to the system at a level referenced to 80 dB Sound Pressure Level at 1000 Hz without clipping

e. Connect the signal generator to the Pre-Amp input

f. Equalize the signal generator input to the reference level

g. Vary the frequency of the signal generator to test the following frequencies:

| | | | | |
|---|---|---|---|---|
| 0.330 KHz | 0.700 KHz | 1.5 KHz | 2.5 KHz | 3.5 KHz |
| 0.500 KHz | 1.0 KHz | 2.0 KHz | 3.0 KHz | 4.0 KHz |

PHI Technologies, Inc.
Triple I Division
4605 N. Stiles • Oklahoma City, OK 73105 • (405) 521-9000 • TWX 910-831-3286

# SPECIFICATIONS

ISSUE DATE JUNE '85

NUMBER 1003-055

h. Variations between test frequencies shall not exceed +/- 6 dB with the exceptions of the 0.200 and 5.0 KHz frequencies. At .200 and 5 KHz the Sound Pressure Level shall not be more than 6 dB down reference Sound Pressure Level at 1.0 KHz. The system shall not exhibit a clipped waveform at any test frequency, nor exceed 3% Harmonic Distortion at any frequency measured.

9.0 MACHINE NOISE

9.01 Procedures:

a. Place the unit in an ANECHOIC chamber

b. Place the microphone 1.7 meter from the case outer surface

c. Turn the unit VOLUME control to minimum

d. Conduct an Octive Band analysis of four (4) quadrants

e. The mechanically generated noise from the unit shall not exceed the Background Reference Level of the anechoic chamber by more than 2 dB in any octive measured.

This Proposal or Quote

ENGINEERING CHANGE PROCEDURES:

A. All ENGINEERING CHANGE REQUESTS will be approved by routing a formal change request form to all affected offices/agencies.

B. Suggested improvements/changes to the C-2 CASSETTE BOOK MACHINE during bid evaluation, will be submitted, in writing, to the NLS from Project Managers of the PHI TECH/TOHEI Joint Venture.

C. Changes will be submitted and and assigned a priority as follows:

1. ROUTINE - Routine changes will not affect unit operation or appearance. The change will indicate a change in manufacturer of component parts, harness routing, etc. These changes will be incorporated upon approval as parts, procedures become available

2. URGENT - Urgent changes will not affect unit operation or appearance. The change will effect an improvement in unit operating parameters. These changes will be incorporated upon approval on all in-process units. The changes will be performed on all units returned for all Warrenty/Service repairs.

3. EMERGENCY - Emergency changes will possibly affect unit operation or appearance. These changes will cause a production halt until approval and the change will be recommended for all units in production and previously produced.

D. ENGINEERING CHANGE REQUESTS will be routed as follows:

1. ROUTINE - NLS will be notified via telephone or telex of the change requirement and this notification will be followed by a formal change request for NLS approval. Upon receipt of the approved change request the changes will be implemented upon availability of parts/procedures.

2. URGENT - The same procedures as for the Routine request will be followed. Approval may be granted by confirming Telex from the NLS prior to receipt of the formal approved change request.

3. EMERGENCY - The same procedures as for the Urgent Request.

D. A copy of all documentation affected by any of the above change requests will be furnished to the NLS upon dc-umentation update.

... Data Contained ... is subject to the ... on the Title Page of This Proposal or Quotation.

# PROCEDURES FOR CHANGE REQUEST SUBMITTAL

1. CR NUMBER

   a. Assign the next sequencial number from the applicable CR log.
      (1) CR5Axxx - Pretains to every change except for changes to a customer deck specification.
      (2) CR5Bxxx - Pretains to customer deck specifications only

2. REVISION

   a. Always assign revision "A" for the initial submittal. Any follow-up change requests ato this particular change will be assigned the next letter in sequence.

3. SHEET

   a. Defines the number of sheets contained in this change request.
      (1) If supporting documentation is attached it counts as an additional sheet/sheets.

4. DATE ISSUED

   a. Sign and date this block to show compliance with the changes after completion.

5. ORIGINATOR

   a. Enter your name and the date submitted.

6. PREREQUISITE AND RELATED CR NUMBER

   a. Enter any change request number previously/concurrently submitted which is affected by this change request.

7. IMPACT CHECKLIST

   a. First block -
      (1) Always check "YES". (the change request will have an impact on either production or procedures)

   b. PCB block -
      (1) Check the "YES" block only if the change affects a PCB artwork, parts list, assembly list, silkscreen, soldermask, schematic or drill chart.

   c. UL/CSA block -
      (1) Check the "YES" block only if this change will affect an UL approved item.

d. DOC only block –
   (1) Check the "YES" block to insure that document changes are required.

8. PRIORITY

   a. E – EMERGENCY –
      (1) Change request has an immediate effect – will require change to all in-house units and notification of customers of the change and the problem affected.
   b. U – URGENT –
      (1) Change request as an immediate effect on in-work items. Usually to correct an intermittant problem that shows up in some units but not in all units. Preventative maintenance.
   c. R – ROUTINE –
      (1) A change that will become effective as soon as possible. Will not affect unit operation at present but is an improvement.

9. PRODUCT NAME/MODEL NUMBER

   a. Enter the product affected, ie; PHI-DECK, MUSIC MASTER II, etc.
      NOTE: On changes to customer deck specifications enter PHI DECK.

10. EFFECTIVITY

   a. Enter the date/unit serial number that will indicate when the change became effective

11. DRAWING NUMBER

   a. Enter the drawing that is affected by this change request

12. REVISION

   a. Enter the current drawing revision letter ant the revision letter it will become after the change is accomplished.
      EXAMPLE: A-B indicates that the drawing is currently at revision "A" and will update to revision "B" after change request completion.

13. TITLE

   a. Enter the title of the drawing affected.

14. REASON FOR CHANGE

   a. Enter the reason why the change is required.

15. EXPLANATION OF SOLUTION

   a. Enter a discription of the required change and method of implementation

ATTACH ALL SUPPORTING DOCUMENTATION AND ATTACH THE ROUTING SHEET. DELIVER TO THE FIRST PERSON ON THE ROUTING SEQUENCE.

**PHI Technologies, Inc.**
Triple I Division

# CHANGE REQUEST

| NUMBER | REV | SHEET |
|---|---|---|
| CR ________ | | |

| DATE ISSUED | ORIGINATOR (NAME / DATE) | PREREQUISITE CR NUMBER | RELATED CR NUMBER |
|---|---|---|---|
| | | | |

| IMPACT CHECKLIST | | | PCB | UL/CSA | DOC ONLY | PRIORITY |
|---|---|---|---|---|---|---|
| | YES | ☐ | ☐ | ☐ | ☐ | E U N |
| | NO | ☐ | ☐ | ☐ | ☐ | |

| PRODUCT NAME/MODEL NUMBER | EFFECTIVITY |
|---|---|
| | |

| ITEM | DRAWING NUMBER | REV | TITLE |
|---|---|---|---|
| 1 | | | |

MODEL NUMBERS AFFECTED

REASON FOR CHANGE

Contains ... Subject to the ... the Title Page of ... Proposal or Quotation.

EXPLANATION OF SOLUTION

APPROVALS/REJECTIONS

| PROBLEM PANEL | APPROVE | REJECT | | APPROVE | REJECT |
|---|---|---|---|---|---|
| Engineering | | | Production Control | | |
| Quality Control | | | NLS | | |
| App. Engineering | | | Production Engineering | | |

DIST. KEY

# VOLUME II - PART III - LIFE CYCLE COST REDUCTION PROPOSALS

The PHI TECH/TOHEI Joint Venture offers the following four (4) proposals as Life Cycle Cost Reductions:

1. Increased Warranty Period

In addition to the two (2) year warranty period required for the C-2 Tape Player, PHI TECH/TOHEI will warrant the deck and circuit boards for a full five (5) year period.

We estimate that normally 7% of the 30,000 units would be returned for service at the Library of Congress's expense during years 3 through 5 for problems related to the deck or circuit boards. The estimated cost per repair is $50 taking into account parts, labor and overhead. Since PHI TECH/TOHEI will extend the warranty to five (5) years on these items, this represents a total savings of $105,000 or $3.50 per unit to the Library of Congress.

Cost Reduction = $3.50 per unit

2. Reduced Labor Cost for Incoming Inspection

The C-2 specification calls for all incoming parts to be inspected according to Military Standard 105D using random sampling and a .65% quality rate. Our production plans, cost estimates and bid price are all based on performing a 100% inspection of all decks and circuit boards which arrive at PHI TECH from TOHEI. This far exceeds the C-2 specification and increases our cost accordingly, but we felt that it was necessary to build in this extra margin for error to increase the Library of Congress's confidence in our ability to perform.

TOHEI has a tremendous reputation for quality in Japan, and we have complete confidence in there ability to meet very high quality. Their major customers have given them awards for delivering product with fewer than .3% rejects. PHI TECH/TOHEI strongly believes that the 100% inspection at PHI TECH will prove to be unnecessary after the first year of production, and can therefore be eliminated at a substantial reduction in cost. However, we will continue to perform the AQL .65% sampling as required by the specification.

Cost Reduction = $5.00 per unit

3. <u>Redesign AC/Battery Circuit</u>

One of the major design weaknesses with the C-1/C-2 Tape Player is the AC/Battery Circuit. The current machine runs only off of the battery, even when it is plugged into an AC outlet. The battery can discharge completely, which ruins the battery. In this case the unit will not run even when plugged in. This requires a costly return for repair and replacement of the battery, and an unhappy user.

Even when the battery has discharged too far but is still rechargeable, the unit will not work when plugged in. This may cause the user to return the unit for repair, even though it only needs a charge. Also, the current circuit recharges the battery at about 1/2 the discharge rate. This shortens battery life because the recommended charging rate is more like 1/10 to 1/20 the discharge rate.

Finally, the current circuit provides half wave rectification and very little filtering. This could result in a noticeable 60Hz "hum" coming through the audio output if the battery is not in place.

There are two separate issues which need to be addressed here: (a) allowing the unit to run directly off of AC and charge at a proper rate even when the battery is undercharged, or still allowing it to run off of AC when the battery is dead; and (b) preventing the battery from being damaged by being completely discharged.

(a) There are at least two good alternatives we would propose for a power input circuit that would provide proper charging of the NiCad battery and allow operation from the AC line even when the battery is depleted.

One alternative is to eliminate the transformer and AC cord from the unit, and utilize an external wall plug type adapter with sufficient capacity for the power source. A DC power jack with a switch would be used for the input from the adapter, and the switch would connect the battery for operation of the unit when the adapter was not plugged in. An output of approximately 10.5 VDC from the adapter connected through dropping diodes would power the unit, while the full voltage would be used with a transistor circuit to provide constant current (C1/10 or C1/15) charging of the battery. The extra components involved could be contained on a small PC board mounted in place of the existing transformer. In addition, the adapter would contain superior rectification and filtering.

The arrangement is conventionally used with tape recorders, small appliances, calculators, etc. with good success.

Another alternative is to use a specially designed transformer to conform to the space available in the unit with sufficient power to run the Tape Player directly from the AC line or from the battery. This alternative would also be used in conjunction with the constant current charging circuitry described above.

Use or Disclosure of [illegible] Contained
on This Sheet is Sub[illegible]
Restrictions on the T[illegible]
This Proposal or Q[illegible]

There would be cost trade-offs involved in either of the above alternatives, possibly resulting in small, initial material cost increases for the total unit. However, the savings from increased battery life, fewer returns for repair, and happier users would far outweigh the increased costs resulting in a significant net savings.

We estimate that 10% of the 30,000 units would be returned for service where the battery simply needs to be recharged or has been worn out prematurely by improper charging. The estimated cost per repair of a battery problem is $40 taking into account parts, labor and overhead. Adopting either of our above recommended modifications would eliminate these problems resulting in a total savings of $120,000 or $4.00 per unit.

Cost Reduction = $4.00 per unit

(b) The charging circuit could be further enhanced to provide an automatic disconnection of the battery from the load when the battery voltage drops below a specified level to prevent total depletion and irreversible damage to the battery. A special circuit employing a power FET could be used for this purpose.

There would be cost trade-offs involved in the above alternative, possibly resulting in small, initial material cost increases for the total unit. However, the savings from increased battery life, fewer returns for repair, and happier users would far outweigh the increased costs resulting in a significant net savings.

We estimate that 10% of the 30,000 units would be returned for service as a result of dead batteries due to total depletion over the five year period. The estimated cost per repair of a battery problem is $40 taking into account parts, labor and overhead. Adopting the above recommendation would eliminate this problem resulting in total savings of $120,000 or $4.00 per unit.

Cost Reduction = $4.00 per unit

To summarize, the Total Life Cycle Cost Reductions are:

| | | |
|---|---|---|
| 1. | Increased Warranty | $3.50 |
| 2. | Reduced Labor Cost | $5.00 |
| 3a. | Improved AC/Battery Circuit | $4.00 |
| 3b. | Auto Battery Disconnect | $4.00 |
| | Total | $16.50 |

# VOLUME III - TECHNICAL SECTION

The person responsible for inquiries to this proposal will be:

Gary A. Zebrowski
Executive Vice President
PHI TECH/TOHEI Joint Venture
4605 North Stiles
Oklahoma City, Oklahoma 73105
(405) 521-9000

If that person is not available, the alternate person responsible will be:

Henry E. Juszkiewicz
President
PHI TECH/TOHEI Joint Venture
4605 North Stiles
Oklahoma City, Oklahoma 73105
(405) 521-9000

a. A detailed description of how the PHI TECH/TOHEI Joint Venture will accomplish the service along with sufficient documentation to verify understanding of the work is contained in Sections II and III of the <u>COMPREHENSIVE PRODUCTION/JOINT VENTURE PLAN</u> presented to the Library of Congress on June 15, 1985. For convenience, a copy of this plan is enclosed with this bid proposal.

[illegible] Contained [illegible] is Subject to the [illegible] the Title Page of The Proposal or Quotation.

# VOLUME III - MANAGERIAL SECTION

a. The PHI TECH/TOHEI Joint Venture clearly has the managerial capabilities to take on this project. With respect to production and engineering management capabilities, Phi Technologies has been in the business of designing and building cassette machines for over 16 years and Tohei has been doing it for over 14 years. Phi Technologies has manufactured over 200,000 cassette products, and Tohei has produced several million. Both companies have successful management in place with experience in building products like the one used by the Library of Congress.

b. A description of the PHI TECH/TOHEI Joint Venture's proposed plan for project management, including staffing and scheduling, is contained in Section II of the COMPREHENSIVE PRODUCTION/JOINT VENTURE PLAN submitted to the Library of Congress on June 15, 1985. For convenience, a copy of this plan is enclosed with this bid proposal.

c. The proposed project leader and team members for the PHI TECH/TOHEI Joint Venture are listed in Section II of the COMPREHENSIVE PRODUCTION/JOINT VENTURE PLAN submitted to the Library of Congress on June 15, 1985. For convenience, a copy of this plan is enclosed with this bid proposal. Section II of the plan also includes resumes of key individuals demonstrating the necessary experience in production, engineering and program management.

d. Below are some similar projects performed by Phi Technologies:

(1) Development and production of an Automated Audio Telephone Information Retrieval Systems. Used by the Immigration and Naturalization Service, Social Security, various hospitals and others.

Contact: Mr. Kenneth Steele
Executive Director
TELETRONIX INFORMATION SYSTEMS
952 South Mt. Vernon Avenue
Colton, CA 92324
(714) 825-6034

(2) Development and production of High Fidelity Sound Systems for Churches.

Contact: Mr. Bill Roberts
Chief Engineer
I. T. VERDIN COMPANY
2021 Eastern Avenue
Cincinnati, OH 45202
(513) 221-8400

Use or Disclosure of Data Contained on This Sheet is Subject to the Restrictions on the Title Page of This Proposal or Quot...