(3) Production of Computer-controlled, Random Access Audio Systems for military training application.

Contact: Mr. Don Harvey
FORD AEROSPACE & COMMUNICATIONS CORP.
DIVAD Training & Field Service
Newport Beach, CA 92660
(714) 863-2655

(4) High volume deck production.

Contact: Ms. Gaylene Pryor
Engineering Buyer
A. T. & E. SYSTEMS, INCORPORATED
7150 S.W. Fir Loop
Portland, OR 97223
(503) 684-1910

(5) High volume deck production.

Contact: Mr. Ricky Weeks
Director of Manufacturing
TBS INTERNATIONAL
1700 Gateway Blvd.
Richardson, TX 75080
(214) 690-9436

Below are some similar projects performed by Tohei:

(1) High volume cassette machine production.

Contact: HITACHI
0292-73-1111

(2) High volume cassette machine production.

Contact: EMA ELECTROBICS
0425-58-7631

(3) High volume cassette machine production.

Contact: SANYO
0276-63-2111

(4) High volume cassette machine production.

Contact: SHARP
02874-3-1131

of Data Con
is Subject to the
on the Title Pa
This Proposal or Quot

TOHEI INDUSTRIAL CO., LTD.

This Letter Agreement outlines Tohei Industrial Joint Venture Partnership with PHI Technologies formed to service the National Library Service (NLS). It specifically documents Tohei's committment and responsibilities in this regard.

TOHEI INDUSTRIAL CO., LTD.

Masao Fujiwara

Mr. Masao Fujiwara
President

Use or ... of Data Contained
... Sheet is Subject to the
... on the Title Page
... of Quote ...

TOHEI INDUSTRIAL CO., LTD.

Tohei will co-sign the contract with PHI technologies, Inc. as a Full Joint Venture partner in producing product for the National Library Service (NLS).

TOHEI, in so doing, takes Full Responsibility for producing a high quality product. Please note as a supplier to numerous Japanese customers (such as Hitachi, Sharp, etc.) TOHEI has received certificates of outstanding performance. These were achieved by shipping products with less than 0.3 % rejects and by providing significant annual cost reductions.

As a Joint Venture Partner, the full financial and technical resources of Tohei Industrial shall be available to ensure compliance with NLS requirements. Thus, the Joint Venture must be considered as a single company in every respect, with the combined strengths of Tohei Industrial, and PHI Technologies.

Tohei has full control over all functional mechanical and electrical parts of the C-2 product less the housing, three switches, the battery and the fuse. Thus, it can and will guarantee full compliance with NLS specifications.

Tohei and PHI Tech will not only warrant the product for a full two years as required by the NLS. (As a single Joint Venture Entity), but Tohei will solely be responsible financially for the warranty on those aspects of the product over which it has full control.

To demonstrate Tohei's confidence in its expertise, Tohei will solely extend the warranty on the product less the Housing, the Battery, and the Fuse for a full Five years and stand behing this warranty financially.

TOHEI INDUSTRIAL CO., LTD.

PHI Tech guarantees that any service required under this warranty shall be performed by itself, in the United States in an extremely timely and professional manner.

Tohei and PHI Tech, as Full Joint Venture Partners, have spent considerable time reviewing the C-2 specification and designing a full production system capable of exceeding these requirements not only at a volume of 30,000 units, but at a considerably higher volume if necessary.

To guarantee that this Joint Venture is capable of delivering outstanding product, Tohei has agreed to exchange Technical/Managerial personnel at critical points in the program, as well as, on an as needed basis at any time.

Via its involvement in this planning stage, and its commitment to contribute know how to PHI Tech's manufacturing and service operation, Tohei is confident in 100 % endorsing the capability of the total Joint Venture effort to deliver the outstanding quality products its history represents.

Tohei's motto is "to seek challenge". Thus it is currently manufacturing the most state of the art electronic products including VHS Video and compact Disc Products.

Tohei, in partnership with PHI Tech, is committed to servicing the NLS with the very latest in technology and in a manner unequaled in the world.

AGREED:

| | |
|---|---|
| TOHEI INDUSTRIAL CO., LTD. | PHI TECHNOLOGIES, INC. |
| Mr. Masao Fujiwara | Mr. Henry E. Juszkiewicz |
| President | President |

...subject to... the Title Pa... this Proposal or Quotation

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | PAGE J-66 | OF PAGES 5 |
| 2. AMENDMENT/MODIFICATION NO. 3 | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
| 6. ISSUED BY CODE<br>Library of Congress<br>Procurement & Supply Division<br>1701 Brightseat Road<br>Landover, MD 20785 | | 7. ADMINISTERED BY *(If other than Item 6)* CODE | |

| | | |
|---|---|---|
| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*<br>LaBarge Electronics<br>Tom R. Wright<br>9422 East 55th Place<br>Tulsa, OK 74145 | (✓) | 9A. AMENDMENT OF SOLICITATION NO.<br>9B. DATED *(SEE ITEM 11)*<br>10A. MODIFICATION OF CONTRACT/ORDER NO.<br>10B. DATED *(SEE ITEM 13)* |
| CODE | FACILITY CODE | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The Government furnished property listed on the Attachments to this amendment is furnished the contractor for purposes of performing this work. The Library assumes no responsibility for its accuracy in fulfilling the requirements of this contract. Everything mentioned herein was acquired by separate purchase agreement and has not been verified or tested.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)*<br>Tom R. Wright, V.P., Contract Administration | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>John G. Kormos, Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR<br>[signature]<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED<br>3-20-87 | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>2-19-87 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA

# INVENTORY AS OF 23 September 1986

| QUANTITY | MATERIALS DESCRIPTION |
|---|---|
| 1 | Complete C-1 Unit |
| 1 | Handmade C-2 Transport in case |
| 1 | Handmade C-2 Transport |
| 11 | Speaker samples |
| 1 | Disassembled C-1 case |
| 2 | Power Cord Samples |
| 1 | C-1 Case Top |
| 1 | C-1 Case Bottom |
| 11 | Bare Jack Boards - PHI TECH Part No. 1750-067 |
| 2 | Bare Amp-control Boards - PHI TECH Part No. 1751-066 |
| 43 | LA-5522 Motor Drive IC |
| 20 | LA-4100 Power Amp |
| 15 | 233-772 Motor Drive IC |
| 32 | LA-3210 Pre-amp |
| 45 | 2301815 Transistor |
| 15 | ISS-133 Diode |
| 1 | C-1 Amp Board |
| 1 | Hand-made Jack Board from Tohei |
| 1 | Bare C-1 Jack Board |
| 9 | C1815 Transistor |
| 10 | W02 Bridge Rectifier |
| 6 | Side Pots |
| 4 | Rocker Switch |

| | |
|---|---|
| 2 | C-1 Introduction Tape |
| 1 | C-2 Amp Board - PHI TECH prototype |
| 3 | C-1 Amp Board (less S1, S4, R20, R8, R12) |
| 1 | C-2 Amp Board - Tohei Prototype |
| 5 | Sample Motors |
| 1 | C-1 Motion Sense Assembly and Harness |
| 2 | C-1 Motor Drive Circuit |
| 1 | C-1 Jack Harness |
| 1 | C-2 Amp Board (not complete) |
| 1 | C-2 Jack Board - Tohei prototype |
| 1 | C-1 Case Top Assembly |
| 2 | C-1 Case Bottom Assembly |
| 1 | Power Cord and Transformer |
| 3 | C-1 Case Handles |
| 1 | Battery Test Fixture |
| 4 | Panasonic Batter Samples |
| 3 | GE Battery Samples |
| 1 | SAFT Battery Sample |

# DOCUMENTATION INVENTORY

Documentation and submittal packet for UL Listing

Assembly line layout

Plant Layout

Unit assembly methods

Finished goods inspection procedures

Incoming inspection plan

Production equipment requirements

Production equipment pricing and sources

Quality control equipment requirements

Quality control equipment pricing and sources

Final assembly unit test methods

Quality conference inspection methods

C-2 custom transport key actuation mechanism detail drawing

C-2 transport base detail drawing

C-2 transport assembly drawing

Standard Tohei transport assembly drawing

C-2 schematic - amp board

C-2 schematic - jack board

C-2 artwork - amp board

C-2 artwork - jack board

C-2 silkscreen - amp board

C-2 silkscreen - jack board

Parts specifications for C-2 transports

Printed circuit board vendor testing procedures

Tape transport requirements for C-2 transport

Parts list for C-2 amp/control board

Parts list for C-2 jack board

Parts list for C-2 top assembly

Parts list for C-2 case assembly

Parts list for C-2 packing materials and shipping supplies

PART IV

SECTION K

REPRESENTATION, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS

52.203-2 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION. (APR 1984)

(a) The offeror certifies that—

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to (i) those prices, (ii) the intention to submit an offer, or (iii) the methods or factors used to calculate the prices offered;

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a formally advertised solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory—

(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above; or

(2) (i) Has been authorized in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above Tom R. Wright, Vice President-Contracts Adm. [insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization].

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

52.203-4 CONTINGENT FEE REPRESENTATION AND AGREEMENT. (APR 1984)

(a) Representation. The offeror represents that, except for full-time bona fide employees working solely for the offeror, the offeror—

Note: The offeror must check the appropriate boxes. For interpretation of the representation, including the term "bona fide employee," see Subpart 3.4 of the Federal Acquisition Regulation.

(1) / / has, /XX/ has not employed or retained any person or company to solicit or obtain this contract; and

(2) / / has, /XX/ has not paid or agreed to pay to any person or company employed or retained to solicit or obtain this contract any commission, percentage, brokerage, or other fee contingent upon or resulting from the award of this contract.

(b) Agreement. The offeror agrees to provide information relating to the above Representation as requested by the Contracting Officer and, when subparagraph (a)(1) or (a)(2) is answered affirmatively, to promptly submit to the Contracting Officer—

(1) A completed Standard Form 119, Statement of Contingent or Other Fees, (SF 119); or

(2) A signed statement indicating that the SF 119 was previously submitted to the same contracting office, including the date and applicable solicitation or contract number, and representing that the prior SF 119 applies to this offer or quotation.

52.214-8 PARENT COMPANY AND IDENTIFYING DATA. (APR 1984)

(a) A "parent" company, for the purpose of this provision, is one that owns or controls the activities and basic business policies of the bidder. To own the bidding company means that the parent company must own more than 50 percent of the voting rights in that company. A company may control a bidder as a parent even though not meeting the requirement for such ownership if the parent company is able to formulate, determine, or veto basic policy decisions of the offeror through the use of dominant minority voting rights, use of proxy voting, or otherwise.

(b) The bidder /XX/ is, / / is not [check applicable box] owned or controlled by a parent company.

(c) If the bidder checked "is" in paragraph (b) above, it shall provide the following information:

Name and Main Office Address of Parent Company (Include Zip Code) | Parent Company's Employer's Identification Number

LaBarge, Inc.
707 N. Second Street
P.O. Box 14499
St. Louis, Missouri 63178 ID# 75-0574586

(d) If the bidder checked "is not" in paragraph (b) above, it shall insert its own Employer's Identification Number on the following line ________________.

52.215-6 TYPE OF BUSINESS ORGANIZATION. (APR 1984)

The offeror or quoter, by checking the applicable box, represents that it operates as /XX/ a corporation incorporated under the laws of the State of Delaware / / an individual, / / a partnership, / / a nonprofit organization, or / / a joint venture.

52.215-11 AUTHORIZED NEGOTIATORS. (APR 1984)

The offeror or quoter represents that the following persons are authorized to negotiate on its behalf with the Government in connection with this request for proposals or quotations: [list names, titles, and telephone numbers of the authorized negotiators.]

Tom R. Wright, Vice President-Contract Admin. 918-627-1571

Edward A. O'Brien, Vice President-Marketing 301-731-0919

52.219-1 SMALL BUSINESS CONCERN REPRESENTATION. (APR 1984)

The offeror represents and certifies as part of its offer that it / / is, /XX/ is not a small business concern and that / / all, /XX/ not all supplies to be furnished will be manufactured or produced by a small business concern in the United States, its possessions, or Puerto Rico. "Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the size standards in this solicitation.

52.219-2 SMALL DISADVANTAGED BUSINESS CONCERN REPRESENTATION. (APR 1984)

(a) Representation. The offeror represents that it / / is, /XX/ is not a small disadvantaged business concern.

(b) Definitions.

"Asian-Indian American," as used in this provision, means a United States citizen whose origins are in India, Pakistan, or Bangladesh.

"Asian-Pacific American," as used in this provision, means a United States citizen whose origins are in Japan, China, the Philippines, Vietnam, Korea, Samoa, Guam, the U.S. Trust Territory of the Pacific Islands, the Northern Mariana Islands, Laos, Cambodia, or Taiwan.

"Native Americans," as used in this provision, means American Indians, Eskimos, Aleuts, and native Hawaiians.

"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in 13 CFR 121.

"Small disadvantaged business concern," as used in this provision, means a small business concern that (1) is at least 51 percent owned by one or more individuals who are both socially and economically disadvantaged, or a publicly owned business having at least 51 percent of its stock owned by one or more socially and economically disadvantaged individuals and (2) has its management and daily business controlled by one or more such individuals.

(c) Qualified groups. The offeror shall presume that socially and economically disadvantaged individuals include Black Americans, Hispanic Americans, Native Americans, Asian-Pacific Americans, Asian-Indian Americans, and other individuals found to be qualified by the SBA under 13 CFR 124.1.

52.219-3 WOMEN-OWNED SMALL BUSINESS REPRESENTATION. (APR 1984)

(a) Representation. The offeror represents that it / / is, /xx/ is not a women-owned small business concern.

(b) Definitions.

"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in 13 CFR 121.

"Women-owned," as used in this provision, means a small business that is at least 51 percent owned by a woman or women who are U.S. citizens and who also control and operate the business.

52.222-19 WALSH-HEALEY PUBLIC CONTRACTS ACT REPRESENTATION. (APR 1984)

The offeror represents as a part of this offer that the offeror is / / or is not / / a regular dealer in, or is /xx/ or is not / / a manufacturer of, the supplies offered.

52.222-21 CERTIFICATION OF NONSEGREGATED FACILITIES. (APR 1984)

(a) "Segregated facilities," as used in this provision, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin because of habit, local custom, or otherwise.

(b) By the submission of this offer, the offeror certifies that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The offeror agrees that a breach of this certification is a violation of the Equal Opportunity clause in the contract.

(c) The offeror further agrees that (except where it has obtained identical certifications from proposed subcontractors for specific time periods) it will—

(1) Obtain identical certifications from proposed subcontractors before the award of subcontracts under which the subcontractor will be subject to the Equal Opportunity clause;

(2) Retain the certifications in the files; and

(3) Forward the following notice to the proposed subcontractors (except if the proposed subcontractors have submitted identical certifications for specific time periods):

NOTICE TO PROSPECTIVE SUBCONTRACTORS OF REQUIREMENT FOR CERTIFICATIONS OF NONSEGREGATED FACILITIES.

A Certification of Nonsegregated Facilities must be submitted before the award of a subcontract under which the subcontractor will be subject to the Equal Opportunity clause. The certification may be submitted either for each subcontract or for all subcontracts during a period (i.e., quarterly, semiannually, or annually).

NOTE: The penalty for making false statements in offers is prescribed in 18 U.S.C. 1001.

52.215-20 PLACE OF PERFORMANCE. (APR 1984)

(a) The offeror or quoter, in the performance of any contract resulting from this solicitation, / / intends, XXX does not intend (check applicable block) to use one or more plants or facilities located at a different address from the address of the offeror or quoter as indicated in this proposal or quotation.

(b) If the offeror or quoter checks "intends" in paragraph (a) above, it shall insert in the spaces provided below the required information:

| Place of Performance (Street Address, City, County, State, Zip Code) | Name and Address of Owner and Operator of the Plant or Facility if Other than Offeror or Quoter |
|---|---|
| TO BE APPROVED AT A | |
| LATER DATE | |
| | |
| | |
| | |

CONTRACTOR COMMITMENTS, WARRANTIES AND REPRESENTATIONS

Any written commitment by the contractor within the scope of this contract shall be binding upon the contractor. Failure of the contractor to fulfill any such commitment shall render the contractor liable for liquidated or other damages due to the Library of Congress under the terms of this contract. For the purpose of this contract, a written commitment by the contractor is limited to the proposal submitted by the Contractor, and to specific written amendment to its proposal. Written commitments by the contractor are further defined as including (1) any warranty or representation made by contractor in a proposal as to performance, (2) any warranty or representation made by the contractor described in (1) above made in any literature descriptions, drawings or specifications accompanying or referred to in a proposal, and (3) any modification of or affirmation or representation as to the above which is made by the contractor in or during the course of negotiations, whether or not incorporated into a formal amendment to the proposal.

52.223-1 CLEAN AIR AND WATER CERTIFICATION. (APR 1984)

The Offeror certifies that—

(a) Any facility to be used in the performance of this proposed contract is / /, is not /XX/ listed on the Environmental Protection Agency List of Violating Facilities;

(b) The Offeror will immediately notify the Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the Environmental Protection Agency, indicating that any facility that the Offer or proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and

(c) The Offeror will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.

52.225-1 BUY AMERICAN CERTIFICATE. (APR 1984)

The offeror certifies that each end product, except those listed below, is a domestic end product (as defined in the clause entitled "Buy American Act—Supplies"), and that components of unknown origin are considered to have been mined, produced, or manufactured outside the United States.

Excluded End Products Country of Origin

None

(List as necessary)

Offerors may obtain from the contracting officer lists of articles, materials, and supplies excepted from the Buy American Act (listed at 25.108 of the Federal Acquisition Regulation).

52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS. (APR 1984)

The offeror represents that—

(a) It XXX/ has, / / has not participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the clause originally contained in Section 310 of Executive Order No. 10925, or the clause contained in Section 201 of Executive Order No. 11114;

(b) It XXX/ has, / / has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

52.222-25 AFFIRMATIVE ACTION COMPLIANCE. (APR 1984)

The offeror represents that (a) it XXX has developed and has on file, / / has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or (b) it / / has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

WARRANTY AGAINST DUAL COMPENSATION

The Contractor warrants that no part of the total contract amount provided herein shall be paid directly or indirectly to any officer or employee, of the Library of Congress as wages, compensation, or gifts for acting as officer, employee, subcontractor, or consultant to the Contractor in connection with any work contemplated or performed under or in connection with the contract.

DATA UNIVERSAL NUMBERING SYSTEM (DUNS)

(a) The bidder/offeror is requested to insert the DUNS number applicable to the Contractor's address shown on the solicitation form.

DUNS NO. 045116175

(b) If the production point (point of final assembly) is other than the location entered on the solicitation form, of if additional production points are involved, enter the DUNS number applicable at each production point in the space provided below.

| Item No. | Manufacturer | Production Point | DUNS No. |
|---|---|---|---|

(c) If DUNS numbers have not been established for the Contractor, or the production point(s) shown above, a number will be assigned upon request by Dun & Bradstreet, Allentown, Pennsylvania, phone (215) 776-4388, 89, 90 or 91.

ADDRESS TO WHICH PAYMENT SHOULD BE MAILED

In the space provided below, the Contractor is requested to indicate the address to which payment should be mailed, or indicate "same" if it is the same as the address shown on the solicitation form.

LaBarge Electronics
707 N.Second Street
P.O. Box 14499

St. Louis, Missouri 63178

PERSONS AUTHORIZED TO NEGOTIATE, SIGN AND ADMINISTER CONTRACTS AND CONTRACT MODIFICATIONS

The Contractor should indicate below the name, location and phone number of persons authorized to conduct negotiations:

| Name | Location | Phone |
|---|---|---|
| Tom R. Wright | Tulsa | 918-627-1571 |
| Edward A. O'Brien | Washington, D.C. | 301-731-0919 |

Contract administrator (if different from above

By signature on the solicitation form I hereby affirm that I am authorized, on behalf of the company, to enter into binding contractual agreements with the Government; and furthermore, that the person(s) named above /XXX/ are, / / are not likewise so authorized.