**National Library Service for the Blind and Physically Handicapped**

**The Library of Congress**

Approved by Director, NLS/BPH

Date 8/3/92

| | |
|---|---|
| **Specification:** | 101-2 |
| **Title:** | Cassette Machine C-2 |
| **Date:** | July 1992 |

PLAINTIFF'S EXHIBIT 2

**Technical Certification**

Engineering — Date 3 Aug 92

Quality Assurance — Date 7-16-92

Date

Chief, MDD — Date 8/3/92

NLS
Specification #101-2

TABLE OF CONTENTS


| | | PAGE |
|---|---|---|
| 1. | SCOPE | 1 |
| 2. | APPLICABLE DOCUMENTS | 1 |
| 3. | REQUIREMENTS | 1 |
| 3.1 | Prototype Model | 1 |
| 3.2 | Preproduction and Production Approval Samples | 2 |
| 3.3 | General Design Features | 2 |
| 3.3.1 | Size | 2 |
| 3.3.2 | Weight | 3 |
| 3.3.3 | Controls | 3 |
| 3.3.4 | Push Buttons | 3 |
| 3.3.5 | Push Button Color Coding | 3 |
| 3.3.6 | Cassette Loading | 3 |
| 3.3.7 | Jack Bank | 3 |
| 3.4 | Case Design | 3 |
| 3.4.1 | Material | 3 |
| 3.4.2 | Stability | 3 |
| 3.4.3 | Rubber Feet | 4 |
| 3.4.4 | Door Attachment | 4 |
| 3.4.5 | Handle | 4 |
| 3.4.6 | Protuberances | 4 |
| 3.4.7 | Shoulder Strap | 4 |
| 3.4.8 | Power Cord | 4 |
| 3.4.9 | Appearance | 4 |
| 3.5 | Battery and Power Supply | 4 |
| 3.5.1 | Battery Performance | 4 |
| 3.5.1.1 | Battery Voltage | 4 |
| 3.5.1.2 | Battery Capacity | 4 |
| 3.5.1.3 | Battery Charge and Power Supply Regulation | 5 |
| 3.5.1.4 | Current Drain | 5 |
| 3.5.1.5 | Battery Idle Current | 5 |
| 3.5.1.6 | Battery Charge Trip Point | 5 |
| 3.5.1.7 | Battery Usage Trip Point | 5 |
| 3.5.2 | Isolation Transformer | 5 |
| 3.5.3 | Power Supply Performance | 5 |
| 3.5.4 | Reverse Battery Installation | 5 |
| 3.5.5 | Fuse | 6 |
| 3.5.6 | U.L. Approval | 6 |
| 3.5.7 | Battery Removal/Replacement | 6 |
| 3.6 | Tape Head | 6 |
| 3.6.1 | Number of Tracks | 6 |
| 3.6.2 | Track Switching | 6 |
| 3.6.3 | Track Location | 6 |
| 3.6.4 | Crosstalk | 6 |
| 3.7 | Speaker | 6 |
| 3.7.1 | Impedance | 6 |
| 3.7.2 | Acoustic Output | 6 |
| 3.8 | Jack Bank | 6 |
| 3.8.1 | Functions | 6 |
| 3.8.2 | Protection | 7 |
| 3.8.3 | Earphone and Headphone Output | 7 |
| 3.8.4 | Auxiliary Output | 7 |
| 3.9 | Motor Assembly | 7 |

3.9.1 Voltage . . . . . 7
3.9.2 Two Speed Operation . . . . . 7
3.9.3 Speed Tolerance . . . . . 7
3.9.3.1 Play Speed . . . . . 7
3.9.3.2 Fast Forward Speed . . . . . 7
3.9.4 Wow and Flutter . . . . . 7
3.9.5 Motor Electrical Noise . . . . . 8
3.9.6 Variable Speed Control . . . . . 8
3.10 Tape Deck . . . . . 8
3.10.1 Tape Head Contact . . . . . 8
3.10.2 Automatic Shut-off . . . . . 8
3.10.3 Push Button Colors . . . . . 8
3.10.4 Control Orientation . . . . . 8
3.10.5 Push Button Layout . . . . . 8
3.10.6 Cassette Acceptance . . . . . 9
3.10.7 Cassette Position . . . . . 9
3.10.8 Tape Head Insertion . . . . . 9
3.10.9 Head Azimuth Position . . . . . 9
3.10.10 Perpendicularity . . . . . 9
3.10.10.1 Head Perpendicularity . . . . . 9
3.10.10.2 Spindle Perpendicularity . . . . . 9
3.10.10.3 Guide, Capstan, and Pressure Roller . . . . 9
3.10.10.4 Other Member Perpendicularity . . . . . 9
3.10.11 Radial Withdrawal Force . . . . . 9
3.10.12 Drive Train Layout . . . . . 10
3.10.13 Torque Values . . . . . 10
3.10.14 Brake Mechanism . . . . . 10
3.11 Amplifier . . . . . 10
3.11.1 Amplifier Performance . . . . . 10
3.11.1.1 Rated Output Power . . . 10
3.11.1.2 Harmonic Distortion . . . . . 10
3.11.1.3 Frequency Response . . . . . 10
3.11.1.4 Subjective Listening Test . . . . . 10
3.11.1.5 Signal to Noise Ratio . . . . . 11
3.11.1.6 Tone Control . . . . . 11
3.11.1.7 Discontinuity . . . . . 11
3.11.1.8 Amplifier turn-on delay . . . . . 11
3.11.2 Construction . . . . . 11
3.11.2.1 Printed Circuit Board . . . . . 11
3.11.2.2 Modularity . . . . . 11
3.11.2.3 Design Review . . . . . 11
3.11.2.4 Accessibility . . . . . 11
3.12 Machine Acoustical Noise . . . . . 11
3.13 Maintenance and Technical Data . . . . . 11
3.14 Short-Term Operation . . . . . 12
3.15 Operational Life . . . . . 12
3.16 Workmanship and General examination . . . . . 12
3.17 Warranty Provisions . . . . . 12

4. QUALITY ASSURANCE PROVISIONS . . . . . 12
4.1 Responsibility for Inspection . . . . . 12
4.2 Classification of Inspections . . . . . 13
4.2.1 Qualification Inspections (4.3.1 and Table I) . . . . . 13
4.2.2 Incoming Materials Inspections (4.3.2 and Table II) . . 13
4.2.3 Quality Conformance Inspections (4.3.3 and Table III) . 13
4.2.4 Acceptance Inspections (4.3.4 and Table IV) . . . . . 13
4.3 Definition of Inspections . . . . . 13
4.3.1 Qualification Inspections . . . . . 13
4.3.2 Incoming Materials Inspections . . . . . 18

4.3.2.1 Lot . . . . . . . . . . . . . . . . . . . . . . . . 18
4.3.3 Quality Conformance Inspections . . . . . . . . . . . . . . 20
4.3.4 Acceptance Inspections . . . . . . . . . . . . . . . . . 22
4.3.4.1 Lot . . . . . . . . . . . . . . . . . . . . . . . . 22
4.4 Reporting of Test Results . . . . . . . . . . . . . . . . . 24
4.4.1 Reports . . . . . . . . . . . . . . . . . . . . . . . . 24
4.4.2 Methods Certification . . . . . . . . . . . . . . . . . 24
4.4.3 Fault Correction . . . . . . . . . . . . . . . . . . . 24
4.5 Recalls and NLS Inspections . . . . . . . . . . . . . . . . 24
4.5.1 Recall . . . . . . . . . . . . . . . . . . . . . . . . 24
4.5.2 NLS Inspection . . . . . . . . . . . . . . . . . . . . 24
4.5.3 Plant Visits . . . . . . . . . . . . . . . . . . . . . 24
4.6 Examinations, Measurements, and Tests . . . . . . . . . . . 24
4.6.1 Order of Qualification Inspection . . . . . . . . . . . 25
4.6.2 Preliminary Conditioning . . . . . . . . . . . . . . . . 25
4.6.3 Test Environment . . . . . . . . . . . . . . . . . . . 25
4.6.4 General Examinations . . . . . . . . . . . . . . . . . 25
4.6.5 Machine Dimensions Measurements . . . . . . . . . . . . 25
4.6.6 Torque Measurements . . . . . . . . . . . . . . . . . . 26
4.6.7 Reference Tape . . . . . . . . . . . . . . . . . . . . 26
4.6.7.1 Definition . . . . . . . . . . . . . . . . . . 26
4.6.7.2 Reference Tape and Cassette . . . . . . . . . 26
4.6.7.3 Reference Level . . . . . . . . . . . . . . . 26
4.6.7.4 Test Procedures . . . . . . . . . . . . . . . 26
4.6.7.4.1 Amplifier Rated Output Power and Discontinuity . . . . . . . . . . . . . 27
4.6.7.4.2 Amplifier Output and Harmonic Distortion Equipment & Procedures . . 27
4.6.7.4.3 Frequency Response . . . . . . . . . . 28
4.6.7.4.4 Tone Control . . . . . . . . . . . . 28
4.6.7.4.5 Sound Pressure Level . . . . . . . . 28
4.6.7.4.6 Signal-to Noise Ratio . . . . . . . . 28
4.6.7.4.7 Earphone and Headphone Output . . . . 29
4.6.7.4.8 Machine Acoustic Noise . . . . . . . 29
4.6.7.4.9 Interchannel Crosstalk . . . . . . . 29
4.6.7.4.10 Head Insertion . . . . . . . . . . . 29
4.6.8 Environmental Test . . . . . . . . . . . . . . . . . . 30
4.6.9 Operational Tests . . . . . . . . . . . . . . . . . . . 30
4.6.9.1 Short-Term Operational Test . . . . . . . . . 30
4.6.9.2 Life Test . . . . . . . . . . . . . . . . . . 31
4.6.9.2.1 Life Test Procedure . . . . . . . . . 31
4.6.9.2.2 Failures . . . . . . . . . . . . . . 31
4.6.9.2.3 Periodic Testing . . . . . . . . . . 31
4.6.9.2.4 Data . . . . . . . . . . . . . . . . 32
4.6.10 Other Tests . . . . . . . . . . . . . . . . . . . . . 32
4.6.10.1 Speed . . . . . . . . . . . . . . . . . . . . 32
4.6.10.2 Wow and Flutter . . . . . . . . . . . . . . . 32
4.6.10.3 Motor Electrical Noise . . . . . . . . . . . 32
4.6.10.4 Auxiliary Output Voltage . . . . . . . . . . 32
4.6.10.5 Battery Capacity . . . . . . . . . . . . . . 32
4.6.10.6 Subjective Listening Test . . . . . . . . . . 33
4.6.10.7 Test Method for C-2 currents . . . . . . . . 33

5. PREPARATION FOR DELIVERY . . . . . . . . . . . . . . . . . . . 33
5.1 Machine Labeling . . . . . . . . . . . . . . . . . . . . . . 33
5.1.1 Property U.S. Government . . . . . . . . . . . . . . . 33
5.1.2 Serial Number/Machine . . . . . . . . . . . . . . . . . 33
5.1.3 Serial Number/Carton . . . . . . . . . . . . . . . . . 33
5.1.4 Model . . . . . . . . . . . . . . . . . . . . . . . . . 33

5.1.5 Warning . . . . . . . . . . . . . . . . . . . . . . . . . 34
5.1.6 Control Settings . . . . . . . . . . . . . . . . . . . . 34
5.2 Drop and Vibration Testing . . . . . . . . . . . . . . . . . 34
5.2.1 Drop Testing . . . . . . . . . . . . . . . . . . . . . . 34
5.2.2 Vibration Testing . . . . . . . . . . . . . . . . . . . . 34
5.3 Packing for Shipment . . . . . . . . . . . . . . . . . . . . 34
5.3.1 Container . . . . . . . . . . . . . . . . . . . . . . . . 34
5.3.2 Instruction . . . . . . . . . . . . . . . . . . . . . . . 35
5.3.3 Container Labeling . . . . . . . . . . . . . . . . . . . 35
5.3.4 Manifold Inventory Cards . . . . . . . . . . . . . . . . 35

6. NOTES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
6.1 Reference Cassette . . . . . . . . . . . . . . . . . . . . . 35
6.2 Test Tapes . . . . . . . . . . . . . . . . . . . . . . . . . 35
6.3 Voice-Over Indexing/Fast Forward Test Tape: . . . . . . . . . 36
6.4 Torque Test Cassette . . . . . . . . . . . . . . . . . . . . 36

1. SCOPE

This specification establishes design, performance, and test requirements for AC and/or battery operated, portable, 2-speed, 4-track cassette players used in the Library of Congress talking book program, for the Blind and Physically Handicapped readers.

2. APPLICABLE DOCUMENTS

The following documents and publications, of the issue in effect on the date of invitation for bids, form a part of this specification. In the event of conflict between the documents and publications referenced herein and the content of this specification, the content of this specification shall be considered a superseding requirement.

Specifications:

National Library Service for the Blind and Physically Handicapped

#202 - Cassette Book Duplication
#603 - Battery Packs (Nickel-Cadmium)

International Tape Association (ITA)
ITA Standard Interface Cassette Hardware/Software
ITA Standard - Audio Cassette Specification

(Copies of ITA Standards may be obtained by writing International Tape Association, 10 West 66th Street, New York, New York 10023)

International Electrotechnical Commission (IEC) Recommendations:
IEC 94 Amendment #1, #2, #3 and #4
Magnetic Tape Recording and Reproducing Systems
Dimensions and Characteristics

IEC 94A - Supplement to Publication 94, Amendment #1 and #2
Cassette for Commercial Tape Records and Domestic Use, Dimensions and Characteristics

(Copies of IEC Standards may be obtained from the American National Standards Institute, 1430 Broadway, New York, New York 10018.)

Electronic Industries Association (EIA) Standard:
RS-399A - Dimensional Standard Coplanar Magnetic Tape Cartridge Type CP II.

UL-94 Flammability Classification
Copies of UL-94 may be obtained from 333 Pfingsten Road, Northbrook, Illinois 60062.

Bulletin: Consumer Products Engineering Bulletin #7 (November 1974) Audio Rectification.

3. REQUIREMENTS

3.1 Prototype Model

Bidders are required to submit one complete prototype machine with their bid package. The prototype can be constructed from a production machine obtained from NLS. Records of tests results and

certification of compliance with the requirements or deviations therefrom under this specification shall accompany this prototype.

3.2 Preproduction and Production Approval Samples

After contract award, one complete preproduction machine shall be provided by the contractor to NLS as scheduled under Special Conditions of the contract. From this machine, print texts of descriptions of operations and functions will be provided by NLS. Such instructions will be produced by the manufacturer in braille, large print, and recorded format and packaged with each production machine. Operation and functions must agree with the texts. Any changes in function are the manufacturer's responsibility to incorporate in the instructions with NLS approval. A minimum of six (6) weeks is required for the production of instruction texts by NLS (see para. 5.3.2).

Two complete Production Approval Samples shall be submitted to NLS prior to production. These will be checked against the specification for:

a. Packaging and art work.

b. Mechanical and electrical performance characteristics.

c. All instructions.

One Production Approval Sample will be retained by NLS as their laboratory reference unit. The other Production Approval Sample will be returned to the plant to serve as a governing production model. Approval of these units in writing by the contracting officer shall constitute approval for beginning production. From this point on, the design is under NLS Configuration Control and all changes must be approved by the NLS Engineering Change Control Board.

The first 200 pieces of equipment manufactured are to be shipped to NLS for inspection. Further production or shipment of equipment to NLS agencies will not be permitted until these units are approved. NLS will require two weeks from date of receipt for this evaluation. Production (not just shipment) is to be stopped between the production of the first 200 units and receipt of approval in writing to continue production.

During production every fifteen thousandth machine produced shall undergo a complete qualification inspection for table I compliance. This sample and complete test data shall be promptly submitted to NLS for verification that the design has not changed and that production can continue.

3.3 General Design Features

3.3.1 Size

Size - The overall external dimensions shall not exceed the following nominal values:

Length: 11 inches
Width: 9 inches

Height: 3.5 inches

3.3.2 Weight

Weight shall not exceed a nominal 7 pounds.

3.3.3 Controls

All controls shall be accessible from the top of the case. Control operation shall be from side to side. Volume, tone, and the continuously variable speed control shall be slide type controls. The arrangement of all other controls shall be such that vertical force is required for operation. Controls shall be easily located and identified.

3.3.4 Push Buttons

Push buttons shall be identified by raised markings. Functions shall be laid out horizontally. See LC drawing #S10110 through #S10114.

3.3.5 Push Button Color Coding

The play and stop function buttons shall be color coded according to Section 3.10.3.

3.3.6 Cassette Loading

The cassette loading area shall be enclosed and provide for retention and release of the cassette. Loading and unloading of the cassette shall be easily accomplished by a handicapped user. The cassette door shall fully latch when a maximum force of three (3) pounds is applied over a half inch diameter circular area, centered on the left forward corner of the window, with a C-90 cassette installed.

3.3.7 Jack Bank

All jacks shall be flush mounted with the case. Raised markings shall indicate each jack function. (See LC drawing 40513)

3.4 Case Design

3.4.1 Material/Color

The case shall be molded from ABS polymer or high-impact polystyrene. Material used shall meet the requirements of UL 94V-O regarding flammability.

Color finishes will be selected after a contract is awarded. The contractor will provide samples of available color chips for selection by NLS. Color selections will be completed within two (2) weeks after contractor submission. The exterior finish shall be non-glossy.

3.4.2 Stability

Case stability shall be such that the unit cannot be tipped when lying on the two longest dimensions.

3.4.3 Rubber Feet

Rubber feet or equivalent shall be provided to prevent machine skidding.

3.4.4 Door Attachment

All compartment doors shall be permanently attached to the case.

3.4.5 Handle

The handle shall be self-storing and shall be permanently attached to the case.

3.4.6 Protuberances

There shall be a minimum protuberance of latching devices, hinges, and other appurtenances.

3.4.7 Shoulder Strap

There shall be facilities for mounting a shoulder strap.

3.4.8 Power Cord

Battery and line cord storage shall be built-in. A heavy-duty eight (8) foot power cord shall be used.

3.4.9 Appearance

All corners and edges shall be rounded. The case shall be free of burrs, rough spots, and sharp edges.

3.5 Battery and Power Supply

A rechargeable battery and a power supply operating from 105 to 130 volts range, 50/60 Hz is required.

3.5.1 Battery Performance

It is required that the cassette machine shall operate for six (6) hours on battery power only (starting with a full charge) at 15/16 ips and meet all of the performance specifications during the entire period. The battery pack supplied shall be physically compatible with the earlier battery product used in the talking-book program and shall provide the characteristics listed below.

3.5.1.1 Battery Voltage

Nominal open circuit voltage of 7.2 volts. Ranges approximately 6.1 volts to 8.5 volts depending upon charge.

3.5.1.2 Battery Capacity

Nominal ampere/hour rating of 1.2 Ah. The requirement of paragraph 3.5.1 for six (6) hour operation is the dominant requirement for battery capacity. (See Specification #603)

3.5.1.3 Battery Charge and Power Supply Regulation

A battery charge regulator is to be incorporated which will provide charging at a c/10 (120 mA) charging rate when the battery is fully discharged and reduce to a c/40 rate (30 mA or less) when the battery is fully charged. An electronic timing circuit shall control the full charge and trickle charge modes of the charging circuit. The clock frequency shall be between 95Hz and 160Hz. The regulated power supply must be capable of operating the machine, meeting all specifications, with or without Nickel-Cadmium battery installed.

3.5.1.4 Current Drain

The battery shall be capable of operating the cassette-book machine at nominal 160 mA. current drain for 6.0 hours with all parameters within the tolerances of this specification.

3.5.1.5 Battery Idle Current

The battery idle current, when the machine is turned off and no AC power applied, shall not exceed 130 microAmps.

3.5.1.6 Battery Charge Trip Point

The battery charge trip point, when measured under steady state conditions, shall be 6.84 ± 0.87 Volts DC.

3.5.1.7 Battery Usage Trip Point

The battery usage trip point, when measured under steady state conditions, shall be 5.52 ± 0.51 Volts DC.

3.5.2 Isolation Transformer

The machine shall incorporate a built-in line isolation transformer.

3.5.3 Power Supply Performance

The power supply shall be capable of operating the machine, meeting all electrical and mechanical specifications, under the following conditions:

a. Using a fully charged Nickel-Cadmium battery only.

b. Using an AC line voltage range of 105 to 130 volts, 50/60 Hz, battery not installed.

c. Using an AC line voltage range of 105 to 130 volts, 50/60 Hz, with a battery that has been discharged to 6.0 volts cut off. Design of the power supply shall be such that the battery may be charged over the line voltage range of 105 to 130 volts AC, 50/60 Hz. (See 3.5.1.3)

3.5.4 Reverse Battery Installation

Provision shall be made to prevent the possibility of reverse battery installation.

3.5.5 Fuse

An in-line fuse shall be used to protect the battery against shorts.

3.5.6 U.L. Approval

U.L. approval is required.

3.5.7 Battery Removal/Replacement

A built-in mechanical switch contact in the battery compartment, shall reset the charging circuit during removal/replacement of battery.

3.6 Tape Head

3.6.1 Number of Tracks

The playback head shall be capable of 4-track monaural reproduction.

3.6.2 Track Switching

Provision shall be made for switching between tracks 1 and 3.

3.6.3 Track Location

The location of tracks 1 and 3 in the head shall conform to IEC Specification #94A.

3.6.4 Crosstalk

Interchannel crosstalk shall be -45 dB or better at 1.0 KHz.

3.7 Speaker

3.7.1 Impedance

The speaker shall be rated at 4 ohms impedance.

3.7.2 Acoustic Output

The amplifier/speaker/enclosure system shall be capable of producing 80 dB ± 6 dB sound pressure level (S.P.L.) (Reference $2 \times 10^{-5}$ N/m$^2$) when operated over a passband of 500 to 4000 Hz. At 250 Hz, 20 dB down is acceptable (reference 80 dB at 1000 Hz).

3.8 Jack Bank

3.8.1 Functions

Five jacks are required in the jack bank. Jack function is as follows:

a. Remote on-off function.
b. Auxiliary output direct from the preamplifier.
c. Auxiliary input direct to the amplifier.
d. Stereophonic earphone jack
e. Stereophonic headphone jack

00695

All jacks, with the exception of e, shall be 1/8-inch mini-jacks. The headphone jack shall be 1/4-inch stereo phone. The earphone and headphone jack connections shall be paralleled, and shall feed an in-phase signal into both earpieces of the stereo headphones, while maintaining compatibility with existing NLS monophonic headphones, and also be capable of switching the speaker off when a pair of headphones is connected to the machine. The layout and marking of the jack bank is shown in LC drawing #40513.

3.8.2 Protection

The amplifier shall be protected from open or short circuit conditions when plugs are inserted into the jacks.

3.8.3 Earphone and Headphone Output

An output of 25 mW minimum (450 mV, 3.0% THD into 8 ohms) without clipping, shall be available at both the earphone and headphone jacks. (Test tape #304699 or equivalent subject to NLS approval).

3.8.4 Auxiliary Output

An output of 100 millivolts minimum into 50k ohms shall be available at the auxiliary output jack, using the Reference Output Level Section of the DIN Calibration tape at 1-7/8 ips (see 4.6.7.2 and Notes, Section 6).

3.9 Motor Assembly

3.9.1 Voltage

A DC motor, operated from a nominal 7.5 volts is required.

3.9.2 Two Speed Operation

The motor shall provide two speed operation at 1-7/8 ips and 15/16 ips. Speed change shall be electrically switchable. Speed shall be governed electronically.

3.9.3 Speed Tolerance

3.9.3.1 Play Speed

Play speed tolerance shall not exceed ± 2.0% measured at both 1-7/8 and 15/16 ips with the variable speed control at the normal detent position.

3.9.3.2 Fast Forward Speed

Voice indexing requires that the fast forward speed of the take up spindle be controlled at 240 rpm ± 10%, when the variable speed control is at normal and the speed selector switch is at 15/16 ips.

3.9.4 Wow and Flutter

Wow and flutter shall not exceed 0.5% at 1-7/8 ips or 0.65% at 15/16 ips (NAB weighted).

3.9.5 Motor Electrical Noise

Motor electrical noise shall be a minimum of 50 dB below the Reference Level Section of the DIN Calibration tape (see 4.6.7.2).

3.9.6 Variable Speed Control

A built-in continuously variable speed control detented at normal speed shall be provided. The control shall provide continuous variation of speed from +100 percent to -12 percent of normal speed (i.e., 2.0 times to 0.88 times normal speed), at either 1-7/8 ips or 15/16 ips.

3.10 Tape Deck

3.10.1 Tape Head Contact

The tape deck shall be constructed in such a manner that partial tape/head contact is made when the deck is placed in fast-forward or rewind. Activation of these controls shall incorporate full throw locking requiring the stop function to be activated for release of fast-forward or rewind.

3.10.2 Automatic Shut-off

The tape deck shall incorporate a device that detects take up turntable motion. This device shall provide automatic shut-off of the machine when in either play, fast-forward or rewind mode within 0.1 to 2.5 seconds when sensing lack of take-up reel motion.

3.10.3 Push Button Colors

Push button color coding shall be as follows:

a. Bright red - stop
b. Bright green - play
c. Black - fast forward, rewind, and eject

3.10.4 Control Orientation

All reference to positions "normal, horizontal, vertical, up, down, left, right, etc." shall be from the operation viewpoint, with the cassette in the machine in such a position that the relevant label area is in a horizontal plane facing upward, and the tape head recess facing the operator.

3.10.5 Push Button Layout

Push button layout shall be horizontal, requiring vertical force for operation. The functions shall be as follows from left to right:

a. stop
b. rewind
c. play
d. fast-forward
e. eject

00697

3.10.6 Cassette Acceptance

The machine shall satisfactorily accept the cassette as described in existing International Tape Association (ITA) Standard for Audio Cassette. The machine must be able to reproduce the recorded content of a cassette within Figure 1 of IEC Document 94A.

3.10.7 Cassette Position

The machine shall be so designed that the cassette is positioned and supported while operating at support planes, prime reference line and reference hole, so defined in IEC Document 94A.

3.10.8 Tape Head Insertion

The tape head insertion shall be in accordance with the data given in the dimensional ITA Standard for (C-60) cassette in accordance with IEC Document 94A (see section 2.0 of this specification) with referenced addendums.

3.10.9 Head Azimuth Position

Deviation of the azimuth position of the head gap shall not exceed 3 dB ± 1 dB from maximum output using the 5 KHz azimuth alignment section of the BASF DIN calibration cassette played at 15/16 ips. Deviation of azimuth between tracks 1 and 3 shall not exceed 3 dB.

3.10.10 Perpendicularity

3.10.10.1 Head Perpendicularity

The surface of the head or heads in contact with the tape shall be within 2 degrees perpendicular to the cassette support plane and within 2 degrees of each other.

3.10.10.2 Spindle Perpendicularity

The spindle axes shall be perpendicular to the referenced support plane within 2 degrees.

3.10.10.3 Guide, Capstan, and Pressure Roller Perpendicularity

The guides, capstan, and pressure roller shall be perpendicular to the support plane within 1 degree.

3.10.10.4 Other Member Perpendicularity

Any other member inserted into any part of the tape path shall be within 2 degrees perpendicular to the cassette support plane.

3.10.11 Radial Withdrawal Force

The machine shall not exert forces that result in over 5.0 Newtons (about 500 grams) radial withdrawal force of the tape or leader from the hub attachment at the end of the tape.

3.10.12 Drive Train Layout

Drive train layout shall be according to the limits and dimensions as indicated in Figure A of IEC Document 94A. This figure indicates the required position of the left and right-hand spindles and their relationship to the capstan and prime reference line of the cassette.

3.10.13 Torque Values

a. Running torque: 35 to 80 gram centimeters (measured at take-up spindle).

b. Fast-forward mode: 55 gram centimeters (minimum).

c. Fast rewind mode same as (b).

d. Hold back torque: 1 to 6 gram centimeters in the play mode.

e. Rewind Time: @ 1-7/8 ips - 3.25 minutes maximum
@ 15/16 ips - 6.5 minutes maximum

3.10.14 Brake Mechanism

The tape transport shall be provided with a brake mechanism which will prevent both spindles from rotating when the stop key is activated.

3.11 Amplifier

3.11.1 Amplifier Performance

3.11.1.1 Rated Output Power

The amplifier shall be capable of 750 milliwatts minimum output into a 4 ohm load. (see paragraph 4.6.7.4.1)

3.11.1.2 Harmonic Distortion

Total harmonic distortion of the amplifier shall not exceed 3% at 600 milliwatts into 4 ohm load.

3.11.1.3 Frequency Response

The equalized amplifier frequency response shall be flat within ± 3 dB from 0.125 KHz to 8.0 KHz at 1-7/8 ips. Response for 15/16 ips shall be flat within ± 3 dB from 0.250 KHz to 4.0 KHz.

3.11.1.4 Subjective Listening Test

Naturalness of voice reproduction shall be the subjective basis for judging acceptability of the system at 15/16 ips. Over or under accentuation of bass, treble, and/or high frequency response shall not be permitted. Subjective judging of the production approval samples shall be accomplished through the NLS equipment review board. Approval of the system's sound quality is required prior to production.

3.11.1.5 Signal to Noise Ratio

The unweighted signal-to-noise ratio shall be 50 dB minimum at either 15/16 ips or 1-7/8 ips.

3.11.1.6 Tone Control

The variable tone control, when adjusted to the left end of its range, shall provide a slope of approximately 6 dB/octave, with 7 ± 2 dB attenuation at 2.0 kHz.

3.11.1.7 Discontinuity

Acceptable amplifiers shall not exhibit discontinuity in a sine wave at the point of zero axis (x coordinate) crossing. One thousand (1000) Hertz shall be employed as input to the amplifier. The input signal shall be set to a level sufficient to produce approximately half the maximum undistorted amplifier output into a resistive load. Amplifiers showing cross-over distortion on an oscilloscope shall be rejected.

3.11.1.8 Amplifier turn-on delay

The amplifier turn-on delay time shall not exceed 0.5 seconds.

3.11.2 Construction

3.11.2.1 Printed Circuit Board

All Printed Circuit Boards shall be constructed of NEMA Grade CEM-1, CEM-3, or FR-4 materials and shall be rated UL approved 94V-O flammability requirement.

3.11.2.2 Modularity

A modular plug-in design is required. All connectors shall be self-locking.

3.11.2.3 Design Review

Design review and approval of all printed circuit boards by the NLS Engineering Change Control Board is required.

3.11.2.4 Accessibility

Placement of the board in the cabinet shall be such that it is easily accessible for repair or replacement.

3.12 Machine Acoustical Noise

Mechanically generated noise emanating from the machine shall not exceed 22 dBA. AC shall be used as a power source.

3.13 Maintenance and Technical Data

The contractor shall supply 3000 copies of a technical manual for the machine. The manual shall include a description of circuit operation, signal path flow, component values, and x-ray views. The

technical manual shall be similar in scope to those previously provided by NLS for all equipment. A sample of the manual shall be provided by the manufacturer for NLS approval, prior to publication. The manual shall indicate all changes made during production and shall indicate the serial numbers affected.

3.14 Short-Term Operation

The machine shall be tested for proper operation in play mode at 15/16 and 1-7/8 ips using test procedures of paragraph 4.6.9.1. All controls must function normally within the requirements of Section 3 of this specification.

3.15 Operational Life

The contractor shall perform the life test specified in 4.6.9.2 to demonstrate that the mean time between failures (MTBF) of the cassette book machine is at least 3000 hours.

3.16 Workmanship and General examination

The cassette-book machine shall be manufactured and processed in a careful and workmanlike manner in accordance with good assembly practice.

3.17 Warranty Provisions

Manufacturer shall unconditionally warrant the cassette book machine for a minimum of five (5) years from the date the last machine produced under the contract is shipped. The unconditional warranty covers not only defects, but also normal wear. It covers everything except customer abuse and parts missing from returned machines. Further note that NLS is the final authority on what constitutes customer abuse and must approve the manufacturer's recommendation. Unless approved by NLS, every machine returned for repair shall be restored to meet Specification 101-2 and packaged as a new machine for issuing to a new patron. In addition, the manufacturer is responsible for performing acceptance inspections for all out-going lots of warranty machines. Warranty reports are to be forwarded to NLS Quality Assurance Section on a weekly basis. These reports are to cover every machine returned and list: serial number, agency received from, problem reported, problem diagnosed, repairs performed, and corrective actions taken in the production process to reduce future occurrences.

4. QUALITY ASSURANCE PROVISIONS

4.1 Responsibility for Inspection

The supplier is responsible for the performance of all inspection requirements specified herein. The supplier may utilize his own facilities or any reputable commercial laboratory acceptable to the Government. The Government reserves the right to perform any of the inspections set forth in this specification where such inspections are deemed necessary to assure that supplies and services conform to the prescribed requirements. A chart reflecting the organization of the Quality Assurance, Production, and Engineering Sections; the departmental reporting links; names and qualifications of key personnel in the various departments; and the chain of authority

relating to the contractor's product inspection system is required at the time of bid. All test equipment used must have a recent calibration traceable to the National Institute of Standards and Technology.

Acceptability and approval of detailed production and quality control procedures specifically related to the product must be approved prior to beginning production. Any changes during production will require NLS approval in advance.

Acceptability and approval of the organizations and system is required prior to contract award.

4.2 Classification of Inspections

The inspections herein specified are classified as follows:

a. Qualification Inspections 4.3.1
b. Incoming Materials Inspections 4.3.2
c. Quality Conformance Inspections 4.3.3
d. Acceptance Inspections 4.3.4

4.2.1 Qualification Inspections (4.3.1 and Table I)

Requires testing of a fully assembled machine for every specified parameter. Applies to prototypes, production control samples and every fifteen thousandth machine produced.

4.2.2 Incoming Materials Inspections (4.3.2 and Table II)

Indicates those parameters which may be measured as sub-assemblies during the production process and therefore need not be measured in the final assembly. Incoming materials must be sampled in accordance with MIL-STD 105D General Inspection Level II and must meet an acceptance quality level (AQL) of 0.65 defects per 100 units.

4.2.3 Quality Conformance Inspections (4.3.3 and Table III)

Indicates tests performed during the machine final assembly process and upon the fully assembled machine prior to packing for shipment. All machines are subjected to 100% of these tests during production. There will be no relaxation of this requirement.

4.2.4 Acceptance Inspections (4.3.4 and Table IV)

Indicates sample tests to be performed upon randomly selected machines after they have been packed for shipment. Sampling shall be in accordance with MIL-STD 105D General Inspection level II, and must meet an acceptable quality level (AQL) of .65 defects per 100 units.

4.3 Definition of Inspections 00702

4.3.1 Qualification Inspections

Qualification inspection shall consist of each of the examinations, measurements, and tests listed in Table I. All samples subjected to the examinations, measurements and tests specified in Table I must

conform to the associated requirements specified in Section 3. Tested prototype samples and complete test data shall accompany the suppliers bid. Two tested production control samples and complete test data shall be submitted to NLS for approval prior to the start of production.

During production, after each fifteen thousand machines are produced, one shall be randomly sampled for a complete qualification inspection. This sample and complete production data shall be promptly submitted to NLS for verification that the design has not changed and that the production can continue.

TABLE I. EXAMINATIONS, MEASUREMENTS, AND TESTS

QUALIFICATION INSPECTIONS

| Examinations, Measurements, and Tests | Requirement of Paragraph | Test Method Paragraph |
|---|---|---|
| Basic Design Factors | | |
| Size | 3.3.1 | 4.6.5 |
| Weight | 3.3.2 | 4.6.4 |
| Controls | 3.3.3 | 4.6.4 |
| Push Buttons | 3.3.4 | 4.6.4 |
| Color Coding | 3.10.3 | 4.6.4 |
| Cassette Loading | 3.3.6 | 3.3.6 |
| Jack Bank | 3.3.7 | 4.6.4 |
| Case Materials | 3.4.1 | 4.6.4 |
| Case Stability | 3.4.2 | 4.6.4 |
| Rubber Feet | 3.4.3 | 4.6.4 |
| Door Attachment | 3.4.4 | 4.6.4 |
| Handle | 3.4.5 | 4.6.4 |
| Protuberances | 3.4.6 | 4.6.4 |
| Shoulder Strap | 3.4.7 | 4.6.4 |
| Power Cord | 3.4.8 | 4.6.4 |
| Case Appearance | 3.4.9 | 4.6.4 |
| Battery Performance | 3.5.1 | 4.6.7.4 |
| Isolation Transformer | 3.5.2 | 4.6.4 |
| Power Supply Performance | 3.5.3 | 4.6.7.4 |
| Reverse Battery Installation | 3.5.4 | 4.6.4 |
| Fuse | 3.5.5 | 4.6.4 |
| Number of Tracks | 3.6.1 | 4.6.4 |
| Track Switching | 3.6.2 | 4.6.4 |
| Track Location | 3.6.3 | 4.6.4 |

TABLE I. EXAMINATIONS, MEASUREMENTS, AND TESTS

QUALIFICATION INSPECTIONS(Cont.)

| Examinations, Measurements, and Tests | Requirement of Paragraph | Test Method Paragraph |
|---|---|---|
| Basic Design Factors (Cont.) | | |
| Jack Bank | 3.8.1 | 4.6.4 |
| Two-Speed Operation | 3.9.2 | 4.6.4 |
| Variable Speed Control | 3.9.6 | 4.6.4 |
| Tape Head Contact | 3.10.1 | 4.6.4 |
| Full Throw Locking | 3.10.1 | 4.6.4 |
| Automatic Shut Off | 3.10.2 | 4.6.4 |
| Push Button Layout | 3.10.5 | 4.6.4 |
| Amplifier Construction | 3.11.2.1 | 4.6.4 |
| Modular Design | 3.11.2.2 | 4.6.4 |
| Amplifier Accessibility | 3.11.2.4 | 4.6.4 |
| Controls | 3.3.3 | 4.6.9.1 |
| Cassette Loading | 3.3.6 | 3.3.6 |
| Handle Storage | 3.4.5 | 4.6.9.1 |
| Track Switching | 3.6.2 | 4.6.9.1 |
| Short Protection | 3.8.2 | 4.6.9.1 |
| Two-Speed Operation | 3.9.2 | 4.6.9.1 |
| Variable Speed | 3.9.6 | 4.6.9.1 |
| Tape Head Contact | 3.10.1 | 4.6.9.1 |
| Full Throw Locking | 3.10.1 | 4.6.9.1 |
| Automatic Shut Off | 3.10.2 | 4.6.9.1 |
| Brake Mechanism | 3.10.14 | 3.10.14 |
| Subjective Listening Test | 3.11.1.4 | 4.6.10.6 |
| Short-Term Operation | 3.14 | 4.6.9.1 |
| Workmanship | 3.16 | 4.6.9.1 |

TABLE I. EXAMINATIONS, MEASUREMENTS, AND TESTS

QUALIFICATION INSPECTIONS(Cont.)

| Examinations, Measurements, and Tests | Requirement of Paragraph | Test Method Paragraph |
|---|---|---|
| Performance Parameters | | |
| Battery Performance | 3.5.1 | 4.6.10.5 |
| Clock Frequency | 3.5.1.3 | 3.5.1.3 |
| Battery Idle Current | 3.5.1.5 | 4.6.10.7 |
| Battery Charge Trip Point | 3.5.1.6 | 3.5.1.6 |
| Battery Usage Trip Point | 3.5.1.7 | 3.5.1.7 |
| Power Supply Performance | 3.5.3 | 4.6.7.4 |
| Battery Removal/Replacement | 3.5.7 | 3.5.7 |
| Crosstalk | 3.6.4 | 4.6.7.4.9 |
| Speaker | 3.7.1 & 3.7.2 | 4.6.7.4.5 |
| Earphone and Headphone Output | 3.8.3 | 4.6.7.4.7 |
| Auxiliary Output | 3.8.4 | 4.6.10.4 |
| Speed Tolerance (Play Mode) | 3.9.3.1 | 4.6.10.1 |
| Speed Tolerance (Fast Forward Mode) | 3.9.3.2 | 4.6.10.1 |
| Wow and Flutter | 3.9.4 | 4.6.10.2 |
| Motor Noise | 3.9.5 | 4.6.10.3 |
| Variable Speed Control | 3.9.6 | 4.6.10.1 |
| Cassette Acceptance | 3.10.6 | 4.6.5 |
| Cassette Position and Support | 3.10.7 | 4.6.5 |
| Head Insertion | 3.10.8 | 4.6.7.4.10 |
| Head Azimuth | 3.10.9 | 3.10.9 |
| Perpendicularity | 3.10.10 | 4.6.5 |
| Radial Withdrawal | 3.10.11 | 4.6.5. |

TABLE I. EXAMINATIONS, MEASUREMENTS, AND TESTS

QUALIFICATION INSPECTIONS(Cont.)

| Examinations, Measurements, and Tests | Requirement of Paragraph | Test Method Paragraph |
|---|---|---|
| Performance Parameters (Cont.) | | |
| Drive Train Layout | 3.10.12 | 4.6.5 |
| Torque Values | 3.10.13 | 4.6.6 |
| Amplifier Rated Output Power & Discontinuity | 3.11.1.1 | 4.6.7.4.1 |
| Harmonic Distortion | 3.11.1.2 | 4.6.7.4.2 |
| Frequency Response | 3.11.1.3 | 4.6.7.4.3 |
| Signal-To-Noise Ratio | 3.11.1.5 | 4.6.7.4.6 |
| Tone Control | 3.11.1.6 | 4.6.7.4.4 |
| Amplifier Zero Crossing Distortion | 3.11.1.7 | 4.6.7.4.1 |
| Amplifier turn-on delay | 3.11.1.8 | 3.11.1.8 |
| Machine Acoustical Noise | 3.12 | 4.6.7.4.8 |
| Short Term Operation | 3.14 | 4.6.9.1 |
| Workmanship | 3.16 | 4.6.4 |

4.3.2 Incoming Materials Inspections

Incoming materials inspections shall consist of each of the examinations, measurements, and tests listed in Table II. The contractor shall select the appropriate number of samples from incoming lots or batches. All sampling for examinations, measurements, and tests shall be in accordance with MIL-STD 105D, General Inspection Level II, at an acceptable quality level (AQL) of .65 defects per hundred units.

4.3.2.1 Lot

A lot shall consist of any and all parts of one type received during one shipment.

TABLE II. EXAMINATIONS, MEASUREMENTS, AND TESTS

INCOMING MATERIALS INSPECTIONS

| Examinations, Measurements, and Tests | Requirement of Paragraph | Test Method Paragraph |
|---|---|---|
| Basic Design Factors | | |
| Push Buttons | 3.3.4 | 4.6.4 |
| Color Coding | 3.10.3 | 4.6.4 |
| Cassette Loading | 3.3.6 | 4.6.4 |
| Case Appearance | 3.4.9 | 4.6.4 |
| Fast Forward and Rewind Controls | 3.10.1 | 4.6.4 |
| Automatic Shut Off | 3.10.2 | 4.6.4 |
| Push Button Layout | 3.10.5 | 4.6.4 |
| Workmanship | 3.16 | 4.6.9.1 |
| Performance Parameters | | |
| Battery Removal/Replacement | 3.5.7 | 3.5.7 |
| Battery Idle Current | 3.5.1.5 | 4.6.10.7 |
| Battery Charge Trip Point | 3.5.1.6 | 3.5.1.6 |
| Battery Usage Trip Point | 3.5.1.7 | 3.5.1.7 |
| Crosstalk | 3.6.4 | 4.6.7.4.9 |
| Speed Tolerance (Play Mode) | 3.9.3.1 | 4.6.10.1 |
| Speed Tolerance (Fast Forward Mode) | 3.9.3.2 | 4.6.10.1 |
| Wow and Flutter | 3.9.4 | 4.6.10.2 |
| Motor Electrical Noise | 3.9.5 | 4.6.10.3 |
| Cassette Acceptance | 3.10.6 | 4.6.5 |

TABLE II. EXAMINATIONS, MEASUREMENTS, AND TESTS

INCOMING MATERIALS INSPECTIONS(Cont.)

| Examinations, Measurements, and Tests | Requirement of Paragraph | Test Method Paragraph |
|---|---|---|
| Performance Parameters (Cont.) | | |
| Cassette Position and Support | 3.10.7 | 4.6.5 |
| Head Insertion | 3.10.8 | 4.6.7.4.10 |
| Head Azimuth | 3.10.9 | 3.10.9 |
| Perpendicularity | 3.10.10 | 4.6.5 |
| Radial Withdrawal | 3.10.11 | 4.6.5 |
| Torque Values | 3.10.13 | 4.6.6 |

4.3.3 Quality Conformance Inspections

Quality conformance inspections upon the assembled machine prior to packing shall consist of each of the examinations, measurements and tests listed in Table III.

All of the machines must be 100% tested for the requirements of Table III. There will be no relaxation of this requirement.

TABLE III. EXAMINATIONS, MEASUREMENTS, AND TESTS

QUALITY CONFORMANCE INSPECTIONS

| Examinations, Measurements, and Tests | Requirement of Paragraph | Test Method Paragraph |
|---|---|---|
| Operational Features | | |
| Controls | 3.3.3 | 4.6.9.1 |
| Push Buttons | 3.3.4 | 4.6.4 |
| Cassette Loading | 3.3.6 | 4.6.9.1 |
| Handle Storage | 3.4.5 | 4.6.9.1 |
| Track Switching | 3.6.2 | 4.6.9.1 |
| Jack Bank Functions | 3.8.1 | 4.6.9.1 |
| Short Protection | 3.8.2 | 4.6.9.1 |

TABLE III. EXAMINATIONS, MEASUREMENTS, AND TESTS

QUALITY CONFORMANCE INSPECTIONS (Cont.)

| Examinations, Measurements, and Tests | Requirement of Paragraph | Test Method Paragraph |
|---|---|---|
| Operational Features(Cont.) | | |
| Two-Speed Operation | 3.9.2 | 4.6.9.1 |
| Variable Speed | 3.9.6 | 4.6.9.1 |
| Tape Head Contact | 3.10.1 | 4.6.9.1 |
| Full Throw Locking | 3.10.1 | 4.6.9.1 |
| Automatic Shut Off | 3.10.2 | 4.6.9.1 |
| Brake Mechanism | 3.10.14 | 3.10.14 |
| Subjective Listening | 3.11.1.4 | 4.6.9.1 |
| Short-Term Operation | 3.14 | 4.6.9.1 |
| Performance Parameters | | |
| Battery Performance | 3.5.1 | 4.6.10.5 |
| Power Supply Performance | 3.5.3 | 4.6.7.4 |
| Earphone and Headphone Output | 3.8.3 | 4.6.7.4.7 |
| Auxiliary Output | 3.8.4 | 4.6.10.4 |
| Variable Speed Control | 3.9.6 | 4.6.10.1 |
| Crosstalk | 3.6.4 | 4.6.7.4.9 |
| Speed Tolerance (Play Mode) | 3.9.3.1 | 4.6.10.1 |
| Speed Tolerance (Fast Forward Mode) | 3.9.3.2 | 4.6.10.1 |
| Wow and Flutter | 3.9.4 | 4.6.10.2 |
| Torque Values | 3.10.13 | 4.6.6 |
| Amplifier Output | 3.11.1.1 | 4.6.7.4.1 |
| Harmonic Distortion | 3.11.1.2 | 4.6.7.4.2 |
| Frequency Response | 3.11.1.3 | 4.6.7.4.3 |
| Signal-to-Noise | 3.11.1.5 | 4.6.7.4.6 |

TABLE III. EXAMINATIONS, MEASUREMENTS, AND TESTS

QUALITY CONFORMANCE INSPECTIONS (Cont.)

| Examinations, Measurements, and Tests | Requirement of Paragraph | Test Method Paragraph |
|---|---|---|
| Performance Parameters (Cont.) | | |
| Tone Control | 3.11.1.6 | 4.6.7.4.4 |
| Discontinuity | 3.11.1.7 | 4.6.7.4.1 |
| Head Insertion | 3.10.8 | 4.6.7.4.10 |
| Head Azimuth | 3.10.9 | 3.10.9 |

4.3.4 Acceptance Inspections

Acceptance inspections shall consist of each of the examinations, measurements, and tests listed in table IV. The contractor shall select the appropriate number of samples from the packed, ready-to-ship machines. All samples subjected to the examinations, measurements, and tests specified in Table IV must conform to the appropriate requirements specified in Section 3.

Sampling for Table IV examinations, measurements and tests shall be in accordance with MIL-STD 105D, General Inspection Level II, and must meet an acceptable quality level (AQL) of .65 defects per hundred units.

4.3.4.1 Lot

A lot shall consist of any and all machines manufactured on one production line during any one given 8-hour time period.

TABLE IV. EXAMINATIONS, MEASUREMENTS, AND TESTS

ACCEPTANCE INSPECTIONS

| Examinations, Measurements, and Tests | Requirement of Paragraph | Test Method Paragraph |
|---|---|---|
| Short-Term Operation | 3.14 | 4.6.9.1 |
| Variable Speed | 3.9.6 | 4.6.9.1 |
| Automatic Shut Off | 3.10.2 | 4.6.9.1 |
| Cassette Loading | 3.3.6 | 4.6.9.1 |
| Controls | 3.3.3 | 4.6.9.1 |

TABLE IV. EXAMINATIONS, MEASUREMENTS, AND TESTS

ACCEPTANCE INSPECTIONS (Cont.)

| Examinations, Measurements, and Tests | Requirement of Paragraph | Test Method Paragraph |
|---|---|---|
| Handle Storage | 3.4.5 | 4.6.9.1 |
| Track Switching | 3.6.2 | 4.6.9.1 |
| Two-Speed Operation | 3.9.2 | 4.6.9.1 |
| Tape Head Contact | 3.10.1 | 4.6.9.1 |
| Full Throw Locking | 3.10.1 | 4.6.9.1 |
| Jack Bank | 3.8.1, 3.8.2 | 4.6.9.1 |
| Auxiliary Output | 3.8.4 | 4.6.10.4 |
| Torque Values | 3.10.13 | 4.6.6 |
| Brake Mechanism | 3.10.14 | 3.10.14 |
| Speed Tolerance (Play Mode) | 3.9.3.1 | 4.6.10.1 |
| Speed Tolerance (Fast Forward Mode) | 3.9.3.2 | 4.6.10.1 |
| Wow and Flutter | 3.9.4 | 4.6.10.2 |
| Amplifier Output | 3.11.1.1 | 4.6.7.4.1 |
| Earphone-Headphone Output | 3.8.3 | 4.6.7.4.7 |
| Frequency Response | 3.11.1.3 | 4.6.7.4.3 |
| Harmonic Distortion | 3.11.1.2 | 4.6.7.4.2 |
| Crosstalk | 3.6.4 | 4.6.7.4.9 |
| Labeling | 5.1 | 4.6.4 |
| Packaging | 5.3 | 4.6.4 |
| Subjective Listening | 3.11.1.4 | 4.6.9.1 |
| Workmanship | 3.16 | 4.6.9.1 |

4.4 Reporting of Test Results

4.4.1 Reports

The contractor shall maintain a complete record of all test results for the duration of the contract. The test records shall be available to the Government at all reasonable times. The records shall include the information necessary to identify the lot, and the lot sample, the testing equipment, the inspector, and the date of the test. Lot inspection reports should be forwarded to NLS on a weekly basis.

4.4.2 Methods Certification

The contractor is required to provide written certification showing that his methods of quality control incorporate those established by this specification, under Section 4.

4.4.3 Fault Correction

Should NLS determine that significant fault or faults be found in production units, then correction of the fault or faults in previously produced units and production inspections or controls for prevention shall be instituted with no additional charge to NLS.

4.5 Recalls and NLS Inspections

4.5.1 Recall

Machines produced for the talking-book program are subject to recall or rework, based on the criteria under the Quality Assurance Section. It shall be the prerogative of the contracting officer to institute a recall at his discretion.

4.5.2 NLS Inspection

The right is reserved by the National Library Service for the Blind and Physically Handicapped, Library of Congress, to inspect any process or tests being performed. The Library representative shall have the authority, without advance notice, to select at random a sample machine or machines at any time during the course of the contract for testing to the specified requirements. These may be tested either at the contractor's facility, or the contractor will be required to express ship the machines to NLS Quality Assurance Section. The right is reserved by the National Library Service for the Blind and Physically Handicapped, Library of Congress, to reject any production lot represented by a tested sample which has been rejected.

4.5.3 Plant Visits

The right is reserved by the National Library Service for the Blind and Physically Handicapped, Library of Congress, to inspect plant facilities or manufacturing processes at any time without advance notice.

4.6 Examinations, Measurements, and Tests

All electrical and mechanical measurements and tests must be fully

satisfied under the following power supply conditions:

a. using a fully charged Nickel-Cadmium battery only.

b. using an AC line voltage range of 105 to 130 volts, 50/60 Hz, battery not installed.

c. using an AC line voltage range of 105 to 130 volts, 50/60 Hz, with a battery that has been discharged to 6.0 volts cut off.

Design of the power supply shall be such that the battery may be charged over the line voltage range of 105 to 130 volts AC, 50/60 Hz. (See 3.5.1.3)

4.6.1 Order of Qualification Inspection

a. The machine under test shall be subjected to the examinations, measurements, and tests listed in Table I. All electrical measurements are to be performed at the maximum and minimum battery voltage and AC line voltage range consistent with 3.5.1.1, 3.5.3, and 4.6.7.4.

b. The machine shall be subjected to the environmental conditions of 4.6.8. The machine shall then be subjected to the measurement of 4.6.6 for conformance to the frictional torque requirement of 3.10.13. The machine shall then be subjected to the measurements listed in Table I.

c. The machine shall then be subjected to the operational life test of 4.6.9.2. The frictional torque measurement shall conform to the requirement of 3.10.13.

4.6.2 Preliminary Conditioning

Test units shall be subjected to the test environment of 4.6.3 for a period of not less than 24 hours prior to performance of any measurement or test specified herein.

4.6.3 Test Environment

Except as otherwise specified herein, all measurements and tests shall be performed at an ambient temperature of 24 degrees C ± 5 degrees C (75.2 degrees F ± 9 degrees F) and a relative humidity of between 30 and 65 percent.

4.6.4 General Examinations

Test units shall be visually and/or aurally examined for proper operation and conformance to the applicable requirements in Tables I, II, III and IV.

4.6.5 Machine Dimensions Measurements

The following listed critical dimensions shall be measured for conformance to the measurements given in EIA RS-399A. Appropriate "GO/NO-GO" gauges may be used to determine conformance to dimensional requirements.

Dimensions to be measured:

(a) Length
(b) Width
(c) Height
(d) Capstan: Size and location specified in EIA 94A, Figure 3, and RS-399A standard for the prime reference line of the cassette. Capstan must enter hole specified.
(e) Locating Pins: Size and location specified on the EIA 94A, Figure 3, and RS-399A standard for the prime reference line of the cassette. Locating pins must enter hole specified.
(f) Reproduce Head
(g) Hub spindles: Size and location specified on EIA 94A, Figure 3, and RS-399A standard for the prime reference line of the cassette. Hub spindles must enter hole specified.
(h) Spindle, capstan, and pinch roller: perpendicularity

4.6.6 Torque Measurements

Using a torque cassette, SRK-CT, or an NLS approved cassette type torque indicator, measure the torque at the take up spindle for conformance with the requirement in paragraph 3.10.13 a and b. Measure the torque at the supply spindle for conformance with the requirement in paragraph 3.10.13c.

Measure the hold back torque using an NLS approved cassette type indicator for conformance with 3.10.13d.

4.6.7 Reference Tape

4.6.7.1 Definition

The reference tape is the standard tape upon which all test tapes are based.

4.6.7.2 Reference Tape and Cassette

The reference tape shall consist of a BASF DIN Calibration Tape 4.76/3.81 (Fe) (PES 12/c 521V) in accordance with DIN 45 513, Sheet 6, in a cassette housing that conforms to IEC 94A (see 6.1). Equalization 120+3180 microseconds.

4.6.7.3 Reference Level

The reference level is the output level obtained from test tape #304699 (or equivalent subject to NLS approval) played at 15/16 ips. (See Note 6.2)

4.6.7.4 Test Procedures

All electrical and mechanical measurements and tests must be performed under the following power supply conditions:

a. using a fully charged Nickel-Cadmium battery only.

b. using an AC line voltage range of 105 to 130 volts, 50/60 Hz, battery not installed.

c. using an AC line voltage range of 105 to 130 volts,

50/60 Hz, with a battery that has been discharged to 6.0 volts cut off. The machine shall meet all electrical performance requirements listed in Section 3 using test procedures of Section 4.

Over the AC voltage range of 105 to 130 volts, the current applied to the battery under condition "c" above, shall be 110 mA to 125 mA. The current shall not exceed 30 mA after the battery reaches full charge at its rated capacity.

The following cassette machine performance measurements are applicable to all tracks.

4.6.7.4.1 <u>Amplifier Rated Output Power and Discontinuity</u>

A General Radio Power Meter 1840-A or equivalent, shall be set for a 4 ohm load and connected across the speaker terminals with the speaker disconnected. The power output of the amplifier shall conform to the requirement in 3.11.1.1 and noted. An oscilloscope trace shall not exhibit crossover distortion (using test cassette part #304699 or equivalent subject to NLS approval played at 15/16 ips).

4.6.7.4.2 <u>Amplifier Output and Harmonic Distortion Equipment & Procedures</u>

<u>Equipment</u>:

(1) General Radio Power Meter 1840-A or equivalent

(2) Test Tape - 1 KHz recorded at 15/16 ips (part #304699 or equivalent subject to NLS approval) 104 nanowebers per meter (see Section 6.2 for test tape, test tape shall be 8 dB below DIN Calibration Tape using reference level section.)

(3) Flux Loop (see Section 6.3, part #403655 or equivalent subject to NLS approval.)

(4) Distortion meter

(5) Audio signal generator

<u>Procedure</u>:

(1) Connect power meter across speaker terminals (disconnect speaker) and set for a four (4) ohm load.

(2) Insert the test tape and set machine to "play" mode, set tone control for maximum boost.

(3) Adjust volume control to provide power reading of 750 milliwatts (minimum). Remove test tape but do not disturb the volume setting.

(4) Connect leads from the flux loop to an audio signal generator and insert loop securely in front of the playback head. Adjust the generator for a 1 KHz signal and raise its output to duplicate the power reading in Step #3.

(5) Reduce the machine's volume setting to 600 milliwatts.

(6) Connect distortion meter in parallel with power meter and record T.H.D. measurement for conformance with requirement 3.11.1.2.

4.6.7.4.3 Frequency Response

The DIN Calibration Tape, frequency response section, shall be used. Playback equalization of the machine shall be adjusted to conform to the requirements in paragraph 3.11.1.3. A four (4) ohm resistive load shall be substituted at the speaker. With tone control set at maximum, set volume control for 200 mVr.m.s. at 315 Hz. Frequency response shall be recorded, readings shall conform to the requirements in 3.11.1.3.

4.6.7.4.4 Tone Control

Test conditions stated in 4.6.7.4.2 shall be identical with the tone control set for maximum effect. The frequency response shall roll off at approximately 6 dB/octave, 7 ± 2 dB down at 2.0 KHz.

4.6.7.4.5 Sound Pressure Level

An anechoic chamber shall be used for the following system measurement: Separation between the CBM speaker and the microphone shall be 1.0 meters. The microphone shall be oriented for perpendicular incidence. Test tape #304699 or equivalent subject to NLS approval shall be used to reference 80 dB minimum SPL at 1.0 kHz. Signal input to the auxiliary input jack shall be set to a level referenced to 80 dB SPL at 1000 Hz without clipping. With this reference and a constant signal generator input, the system shall be capable of producing 80 dB SPL at the test frequencies listed below:

0.500 KHz 1.0 KHz 2.0 KHz 4.0 KHz

Variations between test frequencies shall not exceed ± 6 dB. At 250 Hz the SPL output shall not be more than 20 dB down reference SPL at 1.0 KHz. The system shall not exhibit a clipped waveform at any test frequency. When plotting octave band SPL graphs, accepted point to point practice shall be followed.

4.6.7.4.6 Signal-to Noise Ratio

Using the reference level section of the BASF DIN calibration tape cassette (250 nWb/m), adjust the

amplifier for flat frequency response and the volume control for maximum rated amplifier power 750 mW. Note the voltage reading across a resistive load substituted for the speaker. Refer to this voltage as Vo. Note the output voltage reading on a blank portion of the tape. Refer to this voltage as Vn. Calculate signal-to-noise ratio from the formula:

$$S/N = (20 \text{ Log}_{10} V_o/V_n) \text{ dB}$$

for conformance with the requirement under paragraph 3.11.1.5.

4.6.7.4.7 <u>Earphone and Headphone Output</u>

Power output from the earphone and headphone jacks shall be measured using a GR 1840-A power level meter set at 8 ohms termination. Power output shall conform to the requirement of paragraph 3.8.3. THD shall not exceed 3 percent at 25 mW. (Use part #304699, or equivalent subject to NLS approval)

4.6.7.4.8 <u>Machine Acoustic Noise</u>

Place machine in play mode. No signal input shall be used. Volume control shall be set to a minimum. The unit under test shall be checked in four position quadrants maintaining 1.0 meters between the case outer surface and the microphone. Mechanically generated noise emanating from the CBM unit under test shall conform to the requirement in paragraph 3.12. Background noise level of the NLS anechoic chamber is 18 ± 1 dBA. ("A" weighted, reference $2x10^{-5}$ N/$m^2$)

4.6.7.4.9 <u>Interchannel Crosstalk</u>

Using crosstalk test tape (see section 6.3, use part # 304652 and #304744, or equivalent subject to NLS approval), set tone control to maximum, disconnect speaker, and terminate with a four (4) ohm resistive load. Set band pass filter (GR 1952 or equivalent) to 1 KHz. Set output voltage for 3/4 rated power (560 mW). Denote this voltage as $V_0$. Turn cassette over. Denote voltage reading as $V_1$. Toggle side selector switch and repeat measurements. Calculate the crosstalk from the formula:

$$\text{Crosstalk dB} = 20 \text{ Log}_{10} V_0 \;/\; V_1$$

Interchannel crosstalk between all sides shall conform to the requirements in paragraph 3.6.4.

4.6.7.4.10 <u>Head Insertion</u>

Using an appropriate gauge, determine the amount of head insertion and note "GO/NO-GO" acceptance for conformance to the requirement in paragraph 3.10.8.

4.6.8 Environmental Test

The CBM shall be able to provide satisfactory operation after being subjected to the following humidity test: The CBM shall be placed in an environment which has a minimum 90 percent relative humidity at 40 degrees C and cycled as follows:

Sixteen (16) hours in the high humidity chamber, 8 hours at 4.5 degrees C and 90 percent relative humidity. Recycle three times. Fifteen minutes after the obvious moisture has been wiped away, the unit will be tested for proper operation.

4.6.9 Operational Tests

4.6.9.1 Short-Term Operational Test

Insert a pre-recorded cassette into the machine. Place the machine in play mode. Check the following controls for proper operation:

1. Speed Control - Check for effectiveness in both speed-up and slow-down operation. Check detent effectiveness.

2. Volume and tone controls - Check for normal operation and intelligible undistorted sound.

3. Handle storage - Determine ease of operation

4. Track switching - Switch between tracks for normal operation.

5. Two-speed operation - Switch from 1-7/8 to 15/16 for normal operation.

6. Tape/head contact - Place in fast-forward and rewind modes for tape/head contact check.

7. Full throw locking - confirm requirement for stop operation five times each from fast-forward, rewind, and play, without linkage binding.

8. Brake mechanism - Set machine to fastforward or rewind mode, confirm requirement of brake mechanism using the stop function key.

9. Short protection - Insert shorted test plugs in earphone and headphone jacks. Check for output after removal, observe no change in output level.

10. Headphone/earphone jack operation - verify proper operation of headphone and earphone jacks in the monaural and stereophonic mode.

11. Automatic shutoff - Wind test cassette to within a few seconds of end-of-tape. Confirm automatic shutoff four times at both 1-7/8 and 15/16 ips.

12. Cassette loading - Confirm ease of loading with insertion/removal four times.

13. Workmanship - Visually inspect for burrs, dirt, cracks and general appearance.

4.6.9.2 Life Test

4.6.9.2.1 Life Test Procedure

Twenty (20) machines shall be operated as specified until 12 failures have occurred or until the machines have been operated for 3000 hours. NLS book cassettes or other C-90 cassettes with signal on all four sides shall be played at 15/16 ips with the volume control set between 1/2 and 3/4 of full volume. An 8 ohm load resistor may be attached to the headphone jack.

4.6.9.2.2 Failures

A failure is defined as any condition which would render a machine useless to a patron, including battery failure, no tape movement in play, fast forward, or rewind, obvious flutter or noises, low or intermittent output, or other major malfunction. The serial number, elapsed time to failure, cause of failure, and details of repairs and parts replaced shall be recorded for each failure. Failed machines shall be restored to like new condition and returned to test. The tape path may be cleaned if necessary to continue operation; cleaning shall be recorded but will not be considered a failure. A low battery shall not be considered a failure unless the battery or the charging circuit is found to be defective.

4.6.9.2.3 Periodic Testing

Each machine shall have its tape path cleaned, and shall be tested and data recorded every 250 hours of operation for the following:

1. Torque (Play, fast forward and rewind)
2. Speed (1 7/8 and 15/16 ips)
3. Flutter (1 7/8 and 15/16 ips)
4. Power output
5. Crosstalk
6. Frequency response

(These tests are for information only. A machine which does not meet the specification for these tests is not considered a failure unless the failure criteria of 4.6.9.2.2 are met.)

The time between inspections shall be apportioned as follows:

214.3 hours in play mode,
11.9 hours in fast forward mode,
23.8 hours in rewind mode,

and

200 hours on AC power,
50 hours on battery power.

4.6.9.2.4 Data

The data shall be forwarded to NLS as it is collected. Information on failures shall be forwarded to NLS as they occur. The Weibull distribution or other appropriate distribution shall be used to project the MTBF.

4.6.10 Other Tests

4.6.10.1 Speed

A test cassette (part #304699), recorded from a known frequency standard of 1.0 KHz, shall be counted by a frequency counter at either the headphone or earphone output jack. The counted frequency shall be noted and the percentage of fast or slow speed calculated. The calculation shall conform to the requirement in 3.9.3 or 3.9.6. Using a tachometer, measure RPM of take-up reel in fast forward mode, to conform to the requirement in 3.9.3.2.

Using a tachometer, measure RPM of take up reel in fast forward mode, (speed set at 15/16 ips) to conform to the requirement in 3.9.3.2.

4.6.10.2 Wow and Flutter

A test cassette (part #304678 and #304683), recorded from a known frequency standard of 3.0 kHz, shall be used to measure wow and flutter at both 1-7/8 ips and 15/16 ips for conformance to the requirement of 3.9.4.

4.6.10.3 Motor Electrical Noise

The test procedure shall be that stated in 4.6.7.4.6 except that voltage readings shall be taken with the motor connected and disconnected and signal-to-noise ratio calculated for conformance to the requirement in 3.9.5.

4.6.10.4 Auxiliary Output Voltage

Terminate the auxiliary output jack with a 50K resistor typifying load impedance. Using the reference level section of the DIN Reference Cassette as a signal source, measure the voltage output across the resistor for conformance with 3.8.4.

4.6.10.5 Battery Capacity

Effective open circuit voltage - 7.2 volts
Uncycled state of charge - full
Pack condition - new
Cut off voltage - 6.1 volts
Ampere/hour rating - 1.2 Ah

Discharge rate - c/7.5 = 160 mA.
Ambient temperature - 70 degrees F.
Load resistance - 45 ohms
Load wattage - 5 watts

Test shall be accomplished through a 45 ohm, 5 watt resistor, a current reading meter and a voltage meter. The circuit shall operate until the cut off voltage of 6.1 volts is reached. Time lapse shall not be less than 6.0 hours for compliance with the requirement in paragraph 3.5.1.

4.6.10.6 Subjective Listening Test

A subjective listening test shall be performed by a panel convened for judging acceptability of sound quality, consistent with the requirements in paragraph 3.11.1.4.

4.6.10.7 Test Method for C-2 currents

Charge machine for 22 hours, remove back of machine. Attach ammeter across fuse. Turn the meter on and set it to 200 mA range. Remove the fuse, taking care not to disconnect meter leads. Read trickle charge current for conformance to 3.5.1.3. Remove, then reinstall the battery. Read full charge current for conformance to 3.5.1.3. Unplug the line cord. Read idle current for conformance to 3.5.1.5. Install book tape in machine and set volume to normal listening level. Press play key. Read current drain for conformance to 3.5.1.4

5. PREPARATION FOR DELIVERY

5.1 Machine Labeling

5.1.1 Property U.S. Government

Each individual CBM shall be marked with permanent legible lettering, stating the following:

National Library Service for the Blind and Physically Handicapped, Property of the U.S. Government.

5.1.2 Serial Number/Machine

Each individual CBM shall be serialized externally and internally with a permanently attached serial number label.

5.1.3 Serial Number/Carton

Matching serialization shall be included on the outside of each individual CBM shipping carton. Overpacks shall include serial numbers as reflected in the NLS mailing label area.

5.1.4 Model

Each CBM shall be externally marked with the model designation (e.g., C-2).

5.1.5 Warning

The bottom of the machine case shall bear the following information in conformance with U.L requirements.

**WARNING:** **To prevent fire or shock hazard, do not expose this appliance to rain or moisture.**

**CAUTION:** **To prevent electric shock, do not remove cover. No user serviceable parts inside. Refer servicing to qualified service personnel.**

Manufactured by ______ (city) ______ (state) ______

for the National Library Service for the Blind and Physically Handicapped, Library of Congress.

5.1.6 Control Settings

Volume, tone, and speed controls shall be set to the mid point, speed set to 15/16 ips, variable speed to detent, side selector set to side 1-2. The machine shall be loaded with the instruction cassette, the controls shall be held in place while in the box to prevent their movement during shipment.

5.2 Drop and Vibration Testing

The contractor is required to package the machine in such a manner that the following drop and vibration tests will not cause machine damage.

5.2.1 Drop Testing

The National Safe Transit Association Pre-Shipment Test Procedure, project 1A, is the minimum acceptable test for qualifying a CBM. A 30-inch drop test is acceptable as noted under performance limits for packaged products less than 21 pounds. Drop shall be on all sides and one corner. No damage to the machine shall result.

5.2.2 Vibration Testing

The packaged machine must withstand vibration test specified by the National Safe Transit Association Pre-Shipment Test Procedure, project 1A, for packaged products weighing under 100 pounds. After the test, the unit will be tested for proper operation per paragraph 4.6.9.1. A report of the verification of the drop and vibration tests must be submitted to NLS within two weeks after the start of production but prior to shipment.

5.3 Packing for Shipment

5.3.1 Container

The CBM shall be packed for shipment to NLS, four to an overpack, each CBM packed in a polyfoam cocoon and in its own individual cardboard carton, the carton and the overpack having or exceeding the durability for RSC 275 board. Dimensions shall be determined by the contractor. A minimum requirement for sealing and shipping the overpack shall be that specified by the "two ship" method approved

under UFC rule #41 prescribed by the Interstate Commerce Commission, except that no staples shall be used. Each individual carton and the overpack shall be marked on the outside. Lettering must be approved by the NLS.

5.3.2 Instruction

The contractor shall print and include an instruction sheet in large print with each machine. The contractor will provide a 4-track instruction cassette which will be packaged in each machine. Text of the instruction cassette and the large print instruction sheet will be GFE. A braille instruction sheet shall be provided by the contractor. Text shall be GFE.

5.3.3 Container Labeling

a. The individual machine container shall be marked per carton drawing 56848.

b. The overpack container shall be marked per carton drawing 56847.

Placement of the machine inside the container shall agree with the direction of the arrows so that when the container is opened, the machine will be found with the cabinet handle easily accessible, and in its normal operating position.

5.3.4 Manifold Inventory Cards

The manufacturer shall furnish and include the manifold inventory cards. These cards shall consist of 90 lb. card stock, color to be determined by the NLS, 3x5 inch postcards attached to each other by perforation. (Sample attached.) The manufacturer shall preprint the model and serial number on the blank line designated. The manifold cards shall be placed in a packing envelope with a clip and eyelet flap or NLS approved equivalent, and attached to the outside of the shipping container. The serial numbers of the machines noted on the manifold cards shall correspond to those of the specific machines.

6. NOTES

All tapes used as signal sources in Section 4 shall be referenced to paragraph 6.1.

6.1 Reference Cassette

The BASF DIN 45513/6, IEC 94 Calibration Tape (Part # 54407, Equalization 120+3180 Microseconds) may be obtained from:

Order Department
BASF Systems
Crosby Drive
Bedford, Massachusetts 01730

6.2 Test Tapes

The following test tapes may be obtained from:

00724

LaBarge Electronics
403 Swamp Street
Post Office Box 1259
Huntsville, Arkansas 72740

1. <u>Harmonic Distortion, Power Output and Speed</u>:
   Test Tape #304699
2. <u>Signal to Noise Ratio, 0dB Reference Level and auxiliary output</u>:
   Test Tape #304718
3. <u>Speed at 1 7/8 ips and Output Power</u>:
   Test Tape #304702
4. <u>Flutter at 1 7/8 ips</u>:
   Test Tape #304678
5. <u>Flutter at 15/16 ips</u>:
   Test Tape #304683
6. <u>Azimuth Alignment at 1 7/8 ips</u>:
   Test Tape #304723
7. <u>Crosstalk Tracks 1 & 3</u>:
   Test Tape #304652
8. <u>Crosstalk tracks 2 & 4 and Fast Wind Time</u>:
   Test Tape #304744
9. <u>Flux Loop</u>:
   Test Tape #403655

6.3 <u>Voice-Over Indexing/Fast Forward Test Tape</u>:

Available from NLS on a loan basis. Contact contracting officer listed.

6.4 <u>Torque Test Cassette</u>

Part # SRK - CT 92776-000 (57793-000)
Available from:

Telex Communications, Inc.
9600 Aldrich Avenue, South
Minneapolis, Minnesota 55420