FAXED

**The Library of Congress**
**Contracts and Grant managements**
**101 Independence Ave., SE LA 325**

September 14, 2004

Gary T. Carr
Attorney At Law
P.O. Box 3030
St. Louise, Missouri 63130

Re: Library of Congress Contract with LaBarge: Contract # H70015 C- 2 Machines- Final Decision

Dear Mr. Carr:

I have reviewed your request dated July 20, 2004 and the Library respectfully denies the two claims. The first claim regarding repair costs for non-warranty repairs in the amount of $21,424.84. The second claim is for storage costs in the amount of $16,200. I agree that the claim for non-warranty repairs is payable; however, because LaBarge owes the Library money on it's second claim for the latent defect, the money due on that claim will be used as a set off. This notice will serve as the Contracting Offer's Final Decision regarding the two claims in the amount of $21,424.84 and $16,200.

As regards the second claim: The necessity for storing the machines and the resulting storage charges are being incurred because LaBarge provided the Library with a machine that has a latent defect and is not usable for the purpose for which the Government Purchased it. LaBarge was asked to provide a solution to make the machines usable; but, the solutions they have so far provided are unacceptable in that they still do not provide a machine, which is usable for the purpose for which it was purchased. The Library considers LaBarge as the party responsible for this additional storage and therefore denies the claim.

This is the final decision of the Contracting Officer. You may appeal this decision to the Agency's Dispute Resolution Hearing Official, Mr William Barker. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or fax otherwise furnish written notice to the Agency Hearing Official and provide a copy to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contact by number. With regard to appeals to the Agency Dispute Resolution Hearing Official, you may soley at your election, proceed under the Federal Acquisition Regulation's small claim procedure for claims of $50,000 or less or it's accelerated procedure for claims of $100,000 or less. Instead of appealing to the Agency's Hearing Official, you may bring and action directly in the United States Court of Federal Claims within twelve months of the date you receive this decision.

Should you have any questions regarding the foregoing information, please contact the undersigned Contracting Officer at (202)707-0412

Sincerely,

Napoleon Jasper
Supervisory Contracting Officer

PLAINTIFF'S EXHIBIT
tabbies
4