ORIGINAL

ECF

FILED
JAN 3 2005
U.S. COURT OF
FEDERAL CLAIMS

# UNITED STATES COURT OF FEDERAL CLAIMS

************************************

**LaBarge, Inc.,**

**Plaintiff,**

**v.**

**The United States,**

**Defendant.**

************************************

**No.** 05-1C

**Judge** ____________

## DISCLOSURE STATEMENT UNDER RCFC 7.1(A)

LaBarge, Inc. has no parent corporation, and no publicly-held corporation owns 10 percent or more of its stock.

Respectfully submitted,

12/29/04

Gary T. Carr
Post Office Box 300129
6253 Westminster Pl.
St. Louis, MO 63130
(314) 725-6464
Fax: 725-6868

Attorney of Record for Plaintiff