IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LABARGE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1C |
| | ) | (Senior Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests the Court to enlarge the deadline for defendant's response to the complaint filed by plaintiff, LaBarge, Inc. ("LaBarge"), by an additional 30 days, to and including April 3, 2005. Defendant's responsive pleading currently is due March 4, 2005. This is defendant's first motion for this purpose. Counsel for defendant has conferred with counsel for plaintiff, and is authorized to state that plaintiff does not oppose this motion.

This motion is necessary because of unanticipated difficulties experienced by defendant in completing its responsive pleading. Responding to the allegations contained in plaintiff's complaint has required extensive factual inquiry and review, including communications with retired Library of Congress personnel.

Defendant has not had sufficient time to complete the necessary factual inquiries and incorporate the results of those inquiries into its response to plaintiff's complaint.

In addition, counsel for defendant has been occupied with the following activities in other matters: (1) discovery responses and settlement proposals in Law Engineering and Environmental Services, Inc. v. United States, No. 04-145; (2) settlement negotiations and agreement in Metric Constructors, Inc. v. United States, No. 98-788; (3) settlement agreement and stipulation of dismissal in Kristopher Saunders v. United States, No. 03-2799; (4) depositions and discovery responses in Columbia Manufacturing, Inc. v. United States, No. 02-1221; and (5) document production and discovery responses in SPW Engineering Group, Inc. v. United States, No. 04-794. These activities also have prevented defendant from having sufficient time to complete its responsive pleading.

Accordingly, defendant respectfully requests the Court to grant this unopposed motion to enlarge the deadline for its responsive pleading by 30 days, to and including April 3, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

/s/Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

March 3, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 3, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger