IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LABARGE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1C |
| | ) | (Senior Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests the Court to enlarge the deadline for defendant's response to the complaint filed by plaintiff, LaBarge, Inc. ("LaBarge"), by an additional 14 days, to and including April 18, 2005. Defendant's responsive pleading currently is due April 4, 2005. This is defendant's second motion for this purpose. The first motion for an enlargement, which was also unopposed, requested 30 days. Counsel for defendant has contacted counsel for plaintiff regarding this motion and is authorized to state that plaintiff does not oppose this motion.

This motion is necessary because of unanticipated delays experienced by defendant in completing its responsive pleading. Responding to the allegations contained in plaintiff's complaint has required extensive factual inquiry and

review, including communications with retired Library of Congress personnel. Defendant has not had sufficient time to complete the necessary factual inquiries and incorporate the results of those inquiries into its response to plaintiff's complaint.

In addition, counsel for defendant has been, and will be, occupied with the following activities in other matters: (1) oral arguments on April 5, 2005 in Chambers v. United States, No. 04-5134 (Fed. Cir.) and Lewis v. Dept. of Defense, No. 04-3229 (Fed. Cir.); (2) discovery responses and settlement proposals in Law Engineering and Environmental Services, Inc. v. United States, No. 04-145 (Fed. Cl.); (3) settlement negotiations and agreement in Metric Constructors, Inc. v. United States, No. 98-788 (Fed. Cl.); (4) depositions, document production and discovery responses in SPW Engineering Group, Inc. v. United States, No. 04-794 (Fed. Cl.); and (5) discovery responses and depositions in Columbia Mfg., Inc. v. United States, No. 02-1221 (Fed. Cl.). These activities also have prevented defendant from having sufficient time to complete its responsive pleading.

Accordingly, defendant respectfully requests the Court to grant this unopposed motion to enlarge the deadline for its responsive pleading by 14 days, to and including April 18, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

/s/Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

April 4, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 4, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger