IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LABARGE, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1C |
| | ) | (Senior Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests the Court to enlarge the deadline for the parties' joint preliminary status report ("JPSR") by an additional 21 days, to and including July 18, 2005. The JPSR currently is due June 27, 2005. This is defendant's first motion for this purpose. Counsel for defendant has contacted counsel for plaintiff regarding this motion and is authorized to state that plaintiff does not oppose this motion.

This motion is necessary because of unanticipated delays experienced by the parties in completing the JPSR. In part, this has been due to the temporary absence of agency counsel for maternity leave, which has temporarily delayed defendant's work for the JPSR. As a result, defendant has not had sufficient time to complete the necessary tasks for the completion of the JPSR.

In addition, undersigned counsel has been, and will be, occupied with the following activities in other matters: (1) alternative dispute proceedings, including a DCAA audit, in SPW Engineering Group, Inc. v. United States, No. 04-794 (Fed. Cl.); (2) discovery responses and multiple motions to compel in Columbia Mfg., Inc. v. United States, No. 02-1221 (Fed. Cl.); (3) class action certification discovery in Filosa, et al. v. United States, No. 04-710 (Fed. Cl.); and (4) response brief in Massachusetts Bay Transportation Authority v. United States, No. 05-5017 (Fed. Cir.). These activities also have prevented defendant from having sufficient time to complete the JPSR.

Accordingly, defendant respectfully requests the Court to grant this unopposed motion to enlarge the deadline for the parties' JPSR by 21 days, to and including July 18, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

/s/Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

June 21, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 21, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger

Gregory T. Jaeger