# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| LABARGE INC., | * | |
| *Plaintiff,* | * | No. 05-1C |
| v. | * | |
| | * | Filed: June 24, 2005 |
| THE UNITED STATES, | * | |
| *Defendant.* | * | Senior Judge Smith |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time to file the parties' joint preliminary status report ("JPSR"). The JPSR shall be filed on or before July 18, 2005.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge