IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LABARGE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1C |
| | ) | (Senior Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests the Court to enlarge the deadline for the parties' joint preliminary status report ("JPSR") by an additional seven days, to and including July 25, 2005. The JPSR currently is due July 18, 2005. Counsel for defendant has contacted counsel for plaintiff regarding this motion and is authorized to state that plaintiff does not oppose this motion. This is defendant's second motion for this purpose. Defendant's first motion, also unopposed, requested an enlargement of 21 days.

This motion is necessary because of unanticipated delays experienced by the parties in completing their consultations relating to the JPSR. These consultations have included informal settlement discussions. As a result, the parties have not had sufficient time to complete the necessary tasks for the completion of the JPSR.

Accordingly, defendant respectfully requests the Court to grant this unopposed motion to enlarge the deadline for the parties' JPSR by seven days, to and including July 25, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

/s/Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

July 15, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 15, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger