# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | | |
| LABARGE INC., | * | |
| *Plaintiff,* | * | No. 05-1C |
| v. | * | |
| | * | Filed: July19, 2005 |
| THE UNITED STATES, | * | |
| *Defendant.* | * | Senior Judge Smith |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time to file the parties' joint preliminary status report ("JPSR"). The JPSR shall be filed on or before July 25, 2005.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge