# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | | |
| LABARGE INC., | * | |
| *Plaintiff,* | * | No. 05-1C |
| v. | * | |
| | * | Filed: July 29, 2005 |
| THE UNITED STATES, | * | |
| *Defendant.* | * | Senior Judge Smith |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

Pursuant to the Joint Preliminary Status Reports filed by the parties, the Court hereby sets discovery deadlines as follows:

| | |
|---|---|
| Initial Disclosures Pursuant to RCFC 26(a)(1) | September 6, 2005 |
| Designation of Experts and Submission of Reports | April 8, 2006 |
| Designation of Rebuttal Experts/Reports | June 8, 2006 |
| Close of All Discovery | September 6, 2006 |
| Dispositive Motions | November 6, 2006 |

After the filing of dispositive motions, the parties shall contact the court to set a date and time for the pre-trial conference.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge