# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| LABARGE INC, | * | |
| *Plaintiff,* | * | No. 05-1C |
| v. | * | |
| | * | Filed: January 10, 2006 |
| THE UNITED STATES, | * | |
| *Defendant.* | * | Senior Judge Smith |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, and with the concurrence of Judge Sweeney, the Clerk of the Court is hereby directed to transfer this case to the docket of Judge Sweeney for the efficient administration of justice.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge