IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LABARGE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1C |
| | ) | (Judge Sweeney) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Court of Federal Claims Rules and the settlement agreement executed by the parties on June 27, 2006 and July 7, 2006, the parties jointly stipulate to the dismissal of this action with prejudice, as specified in the parties' settlement agreement, with each party to bear its own costs, expenses and attorney fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Authorized Representative of the
Attorney General

/s/ Gary T. Carr
GARY T. CARR
P.O. Box 300129
6253 Westminster Place
St. Louis, MO 63130

Attorney for Plaintiff

July 28, 2006

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

Attorneys for Defendant

July 28, 2006

CERTIFICATE OF FILING

I hereby certify that on July 28, 2006, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger